**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

OCT 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Alberto Concepcion, #22853-050
FCI - Allenwood (med)
P0B 2000
White Deer, vs PA 17887
                        Plaintiff/Sovereign,

FEDERAL BUREAU OF INVESTIGATION;
EXECUTIVE OFFICE OF THE UNITED
STATES ATTORNEYS; &
U.S. DEPARTMENT OF JUSTICE;
                        Defendants/Corporations.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL COMPLAINT
PURSUANT TO TITLE
5 U.S.C § 552, AND/OR
TITLE 5 U.S.C. § 552(a), ET AL.,
FREEDOM OF INFORMATION ACT

Case: 1:07-cv-01766
Assigned To : Unassigned
Assign. Date : 10/03/2007
Description: FOIA/PRIVACY ACT

JURY ACTION

JURY TRIAL DEMAND

CASE RE-ASSIGNED
TO: URBINA J. RMU
NOV 26 2007

---

COMPLAINT/AFFIDAVIT/MEMORANDUM OF LAW/APPLICATION

---

**NOW COMES**, Pro Se Plaintiff, Alberto Concepcion, the Sovereign Secured Party, Creditor, Holder-In-Due-Course, Trade Name Owner, & Record Owner on behalf of STRAW-MAN, & DEBTOR ALBERTO CONCEPCION, hereinafter **"Concepcion, or CONCEPCION"**, waving no powers, rights, and/or immunities by the use of said **"private copyrighted statutes"**. This is an action under the Freedom of Information Act, hereinafter F.O.I.A, pursuant to title 5 U.S.C. § 552, as Amended, & the Privacy Act of 1974, pursuant to title 5 U.S.C. § 552(a), for the **"full disclosure"** of these agencies records improperly being withheld from the Plaintiff, by the Defendants named in the caption of this Cause of Action.

CONCEPCION, is without Counsel, & is relying on Haines v. Kerner, 30 L.Ed 2d 652, at ¶ 1 (1972), in which the U.S. Supreme Court held: Pro Se Complaint to less stringent standard.

RECEIVED

SEP 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JURISDICTION**

1. This Court has both subject matter jurisdiction over this action, & personal jurisdiction over the Defendants pursuant to 5 U.S.C. § 552(a)(4)(B), & 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B), & 28 U.S.C. § 1391.

## PARTIES

3. The parties to this case are those listed in the caption of this Cause of Action.

## STATEMENT OF THE CASE

4. On **May 1,1998,** the Federal Bureau of Investigation from Newark, New Jersey, hereinafter N.J-FBI, **"supposedly conducted a federal investigation"** targetting the Broadway Townhouses, & a **"PERSON"** known to them as CONCEPCION. Said investigation **"was personally"** conducted by Essex County Sheriff B.O.N Police Officer JOHN F. MURPHY JR., hereinafter MURPHY [**OF WHICH MURPHY, WAS PRETENDING TO BE A SPECIAL N.J-FBI AGENT**]; & his partner also from the Essex County Sheriff [B.O.N] Dept., known as PETER MICKWALTER, badge #172, hereinafter MICKWALTER.

5. On **Dec. 17,1999,** **"two days after"** CONCEPCION, was arrested, a Federal Grand Jury sitting in Newark, New Jersey [**SUPPOSEDLY**] returned a Five Count indictment [**TWO**] against CONCEPCION, & five co-defendants in Federal Criminal Case #99-6144-01, & 99-753(AJL), hereinafter Case #99-753-(AJL), **"charging them with conspiracy to distribute more than 100 grams, but less then 400 grams of [SO-CALL] heroin"** in an allege violation of title 21 U.S.C. § 846 [COUNT 1], & with distribution, & possession with intent to distribute a quantity of [**SO-CALL**] heroin in an allege violation of

2

title 21 U.S.C. § 841(a)(1) [COUNT 4]. <u>SEE</u>, Ex: F-1 - F-3, herewith.

6. Due to the **"CHARGE"** of more than **"100 GRAMS, BUT LESS THAN 400 GRAMS OF [SO-CALL] HEROIN"**, the penalty of imprisonment faced was 0-20 years **"MAXIMUM"**. In <u>U.S. v. Wynn</u>, 987 F.2d 354, at ¶ 9 (1993), The Cir. Court held: Sentencing beyond statutory maximum plainly violated right to due process under 5th Amendment... Also see the U.S. Sentencing Guideline <u>2005</u>, Edition 18 § 2D1.1, Level 26, of which was the **"proper"** starting range in CONCEPCION'S, **"fabricated federal criminal case, in which lead to the false arrest, false imprisonment, peonage, & slavery, & etc"**.

7. On <u>March 16,2000</u>, CONCEPCION, appeared before **[NOW FORMER]** Federal Trial Judge ALFRED J. LECHNER JR., hereinafter AJL, & entered a guilty plea to Count 1, **"OF THE INDICTMENT"**.

8. **On, or about** <u>May 31,2000</u>, former Counsel of Record THOMAS R. ASH-LEY, hereinafter ASHLEY, on behalf of CONCEPCION, filed a Motion to with-draw his guilty plea for the purpose of going to trial.

9. On <u>July 7,2000</u>, Judge AJL, **"denied"** CONCEPCION'S, Motion to with-draw the plea agreement, & impose a <u>**"ILLEGAL SENTENCE OF 325 MONTHS"**</u>; FAR IN EXCESS TO THE <u>**"240 MONTHS MAXIMUM"**</u> THAT WOULD HAVE APPLIED TO THE **"PER-SON INDICTED [CONCEPCION]"**, HAD THE U.S. DISTRICT COURT OF [NEWARK] NEW JERSEY, hereinafter N.J.D.C HAD NOT INVOKED THE STATUTE ENHANCEMENT OF THE CONTROLLED SUBSTANCE ACT, HEREINAFTER C.S.A OF TITLE 21 U.S.C. § 841(b)(1) (B), **"OF WHICH ASHLEY, <u>DID NOT</u> OBJECT TO, & <u>NO SUPERSEDE INDICTMENT</u> WAS EVER GRANTED BY ANY GRAND JURY"**. In <u>U.S. v. Conley</u>, 349 F.3d 837, at ¶ 6 (2003), The Cir. Court held: Counsel's **"failure"** to object to 120 month sentence imposed... **"when maximum applicable penalty was 60 months... pre-judice Defendant"**, supporting ineffective assistance of counsel claim; **"error was obvious..."** citing <u>Strickland v. Washington</u>, 80 L.Ed 2d 674

(1984). Also see <u>Johnson v. United States</u>, 137 L.Ed 2d 718 (1997).

## STATEMENT OF CLAIM

10. On <u>July 7,2005</u>, CONCEPCION, Cert. Return Receipt Mail #<u>7002-0510-0001-6676-2018</u>, a request to the U.S. Dept. of Justice-Executive Office for the U.S. Attorneys, hereinafter D.C-EOUSA, for **"ALL"** documents **[SPECIFICALLY THE LAB REPORT]** for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-4.

11. On <u>Sept. 13,2005</u>, CONCEPCION, Cert. Mail #<u>7002-0510-0001-6675-6680</u>, **"a request"** to the N.J-FBI for **"ALL"** the documents mentioned in the bottom page of the following exhibits. <u>SEE</u>, Ex:F-5 - F-8, <u>"SPECIFICALLY"</u> Ex: F-6.

12. On, or about <u>Oct. 5,2005</u>, CONCEPCION, receive a letter from the U.S. Dept., of Justice-Federal Bureau of Investigation, hereinafter D.C-FBI. <u>SEE</u>, Ex: F-9, at ¶ 1.

13. On <u>Dec. 20,2005</u>, CONCEPCION, Cert. Mail #<u>7003-3110-0006-1289-8869</u>, a letter to the D.C-FBI **"with another"** F.O.I.A request for the **"LAB REPORT, INTER ALIA"** for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-10.

14. On <u>Dec. 30,2005</u>, CONCEPCION, Cert. Mail #<u>7003-3110-0006-1289-9255</u>, **"another request"** to the N.J-FBI for **"ALL"** documents pertaining to Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-11.

15. On <u>Jan. 23,2006</u>, CONCEPCION, Cert. Mail #<u>7003-3110-0006-1289-8760</u>, **"TWO"** separate F.O.I.A **"requests"** [THE SECOND **"REQUEST"** CERT. MAIL WAS #<u>7003-3110-0006-1290-9282</u>, DATED MARCH 3,2006] requesting for the **"LAB REPORT, INTER ALIA"** for Case #<u>99-753(AJL)</u>, of which the U.S. Attorneys Office in Newark, New Jersey, hereinafter N.J-USA, responded by way of letter. <u>SEE</u>, Ex: F-12 - F-16.

16. On <u>Feb. 10,2006</u>, CONCEPCION, Cert. Mail #<u>7003-3110-0006-1290-9466</u>,

**"TWO"** separate letters [THE SECOND LETTER WAS CERT. MAIL #7003-3110-0006-1290-9497, DATED FEB. 28,2006] to the N.J.D.C Clerk, and/or [NOW] presiding Judge WILLIAM G. BASSLER, for the request of a **"LAB REPORT"** for Case #99-753(AJL). **SEE,** Ex: F-17 - F-19.

17. On **March 10,2006,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1290-8636, **"another request"** to the D.C-EOUSA for numerous documents. **SEE,** Ex: F-20 - F-23.

18. On **June 14,2006,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1290-7592, **"another request"** to the D.C-EOUSA for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-24 - F-27.

19. On **June 16,2006,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1290-9510, **"another request"** to the D.C-FBI for **"ALL"** documents pertaining to Case #99-753(AJL), specifically the Lab Reoprt, Inter Alia. **SEE,** Ex: F-28.

20. On **Aug. 1,2006,** CONCEPCION, Cert. Mail #7003-3110-0006-1290-9541, **"another request"** to the D.C-EOUSA for a copy of the **"LAB REPORT"** for Case #99-753(AJL). **SEE,** Ex: F-29, & F-30.

21. On **Aug. 16,2006,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1290-9572, **"another request"** to the D.C-FBI for a copy of the **"LAB REPORT"** for Case #99-753(AJL). **SEE,** Ex: F-31, & F-32.

22. On **Sept. 28,2006,** CONCEPCION, receive a package from the D.C-EOUSA [**SEE,** ¶ 15, HEREIN] containing a copy of the indictment [OF WHICH SAID INDICTMENT IS BEARING **"NO"** NAME SIGNATURE OF THE FOREPERSON, AND/OR FORMER U.S. ATTORNEY ROBERT J. CLEARY'S, NAME ON SAID DOCUMENTS], & the Rule 11, application for permission to enter plea of guilty for Case #99-753(AJL), of which said indictment, & the Rule 11, application for permission to enter plea **"WERE FAX"** to the D.C-EOUSA **"FROM"** the N.J-USA on Aug.

5

30,2006; "OF WHICH THE <u>REQUESTED LAB REPORT, INTER ALIA WERE NOT</u> PROVIDED TO CONCEPCION, BY NEITHER AGENCY". <u>SEE</u>, Ex: F-33 - F-38.

23. On <u>Aug. 29,2006</u>, CONCEPCION, mailed a letter to Ms. DONNA PRE-STON, AND/OR THE EXECUTIVE PERSONEL at the D.C-EOUSA; of which they receive CONCEPCION'S, request for the release [TO VILMA CRUZ] of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-39 - F-42.

24. On <u>Oct. 17,2006</u>, CONCEPCION, Cert. Return Receipt Mail #<u>7003-3110-0006-1296-3376</u>, **"another request"** to the D.C-EOUSA for a copy of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-43 - F-46.

25. On <u>Oct. 17,2006</u>, CONCEPCION, Cert. Return Receipt Mail #<u>7003-3110-0006-1296-3369</u>, **"another request"** to the D.C-FBI for a copy of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-47 - F-50.

26. On <u>Oct. 17,2006</u>, CONCEPCION, Cert. Return Receipt Mail #<u>7003-3110-0006-1296-3383</u>, **"another request"** to the N.J-FBI for a copy of the "<u>LAB REORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-51 - F-53.

27. On <u>Oct. 24,2006</u>, CONCEPCION, mailed **"another request"** to the N.J-FBI for a copy of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-54 - F-56.

28. On <u>Oct. 24,2006</u>, CONCEPCION, mailed **"another request"** to the D.C-EOUSA for a copy of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-57.

29. On <u>Oct. 24,2006</u>, CONCEPCION, mailed **"another request"** to the D.C-FBI for a copy of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>, Ex: F-58.

30. On <u>Nov. 1,2006</u>, CONCEPCION, mailed **"another request"** to the N.J-FBI for a copy of the "<u>LAB REPORT, INTER ALIA</u>" for Case #<u>99-753(AJL)</u>. <u>SEE</u>,

Ex: F-59 - F-61.

    31. On **Nov. 8,2006,** CONCEPCION, mailed **"another request"** to the N.J-FBI for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-62.

    32. On **Nov. 9,2006,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1294-8359, **"another request"** to the N.J-FBI for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-63 - F-66.

    33. On **Nov. 14,2006,** CONCEPCION, mailed **"another request"** to the N.J-FBI for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-67 - F-69.

    34. On **Nov. 15,2006,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1296-2720, **"another request"** to the N.J-FBI for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-70 - F-73.

    35. On **Jan. 3,2007,** CONCEPCION, Cert. Return Receipt Mail #7003-3110-0006-1296-4830, **"another request"** to the D.C-EOUSA for a copy of the **"LAB REPORT"** for Case #99-753(AJL). **SEE,** Ex: F-74 - F-77.

    36. On **March 14,2007,** CONCEPCION, mailed **"another request"** to the D.C-FBI for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-78 - F-80.

    37. On **March 14,2007,** CONCEPCION, Cert. Return Receipt Mail #7006-3110-0004-7651-3173, **"another request"** to the D.C-FBI for a copy of the **"LAB REPORT, INTER ALIA"** for Case #99-753(AJL). **SEE,** Ex: F-81 - F-84.

    38. On **March 14,2007,** CONCEPCION, Cert. Mail #7006-2150-0004-7651-3166, a Notice of Appeals to the Office of Info., & Privacy in regard to his **"LAB REPORT, INTER ALIA"** request for Case #99-753(AJL). **SEE,** Ex: F-85, & F-86, **"SPECIFICALLY"** Ex: F-86.

**39.** On **May 21, 2007**, CONCEPCION, receive from the D.C-EOUSA a letter in regard to Case #99-753(AJL), of which stated at ¶ 2, in part: The District [N.J-USA] has **"INFORMED US"** that the **"LAB REPORTS ARE NOT"** in their files; of which CONCEPCION, has submitted by way of Cert. Return Receipt Mail to numerous other agencies, & offices as the Newark Police Dept., in Newark, New Jersey, the New Jersey State Police Dept., the U.S. Probation Dept., in Newark, New Jersey, & the D.E.A in **"several"** States, of which they **"ALL"** stated that **"NO SUCH DOCUMENT(S) [LAB REPORT]"** are in their possession. In Campbell v. U.S. Dept. of Justice, 164 F.3d 20, at ¶ 6 (D.C. Cir. 1998), The Cir. Court held: Agency **"CANNOT"** limit its search for information requested under F.O.I.A to only one record system if there are others that are likely to turn up the information requested..; of which CONCEPCION, has provided the Defendants herein, & others with more than enough information for them to produce the requested **"LAB REPORT, INTER ALIA"** for over two years in which they the D.C-FBI, & the D.C-EOUSA **"are aware"** of the N.J-FBI, & N.J-USA being the initial agencies, and/or offices involved in prosecuting Case #99-753(AJL).

CONCEPCION, attest, asserts, & contends that he was in fact **"INDICTED ON PURE LACTOSE"** of which **"is not"** consider a controlled substance violation, and/or a chemical substance violation, of which the Federal Grand Jury indicted CONCEPCION, ET AL., for an allege substance known as heroin, of which said made false testimonies, perjury generally, subornation of perjury, misconduct, & false declarations before the the Federal Grand Jury [SEE, ¶ 5, HEREIN], & the N.J.D.C [INTER ALIA] were made by several U.S. Government, & State employees as well as others knowingly, intentionally, & willingly in Case #99-753(AJL), as said **"UNITED STATES"** Government agencies, & offices known as the D.C-FBI, the D.C-EOUSA, the N.J-FBI, & the N.J-USA **"HAVE VIOLATED"** title 5 U.S.C. § 552 et seq., & the release of

the "EXCULPATORY EVIDENCE RULE", of which would have clear CONCEPCION, ET AL., from the allege federal criminal [BOGUS] drug, & conspiracy charges in Case #99-753(AJL); EVEN THOUGH TITLES 21 U.S.C. §§§ 841, 846, & 853, AMONG OTHERS "ARE NOT PROMULGATED" IN THE FEDERAL REGISTER-CODE OF FEDERAL REGULATIONS, "& POSSESS NO PUBLISHED IMPLEMENTING AUTHORITIES". THEREFORE, A "PERSON" WHO DOES NOT COMPLY WITH ITS PROVISIONS "CANNOT BE GUILTY OF ANY CRIME(S)". SEE, Ex: F-87; U.S. v. Mursky, 4 L.Ed 2d 423, at ¶ 6 (1960); U.S. v. Caudle, 828 F.2d 1111 (1987); & U.S. v. Widdowson, 723 F.Supp. 583 (1989).

40. On June 18,2007, CONCEPCION, Cert. Return Receipt Mail #7006-2150-0004-7651-7409, a Notice of Appeal to the Office of Info., & Privacy in regard to his "denied non-exempt requests" for the "LAB REPORT, INTER ALIA" for Case #99-753(AJL). SEE, Ex: F-88 - F-91.

41. On June 18,2007, my sister VILMA CRUZ [WITNESS IF NEEDED], re-ceive a package from the D.C-FBI containing 28 pages out of 51 [OF WHICH CONCEPCION, "DID NOT" RECEIVE A COPY OF THAT PACKAGE FROM THE D.C-FBI, BUT HE DID APPEAL FOR THE RELEASE OF THE REMAINING 23 PAGES, & THE REQUESTED "LAB REPORTS" OF WHICH WAS NOT IN SAID PACKAGE], of which said package my sister receive "DID NOT" contain the "REQUESTED LAB REPORT(S), INTER ALIA". These documents were initially denied by the D.C-FBI, but were release do to CONCEPCION'S, "GRANTED APPEAL" at the Office of Info., & Privacy, of which they "remanded back to the D.C-FBI for further process". SEE, Ex: F-92 - F-96, "SPECIFICALLY" Ex: F-96. See, 712 F.2d 686, at ¶ 15-17.

42. On July 30,2007, CONCEPCION, receive a letter from the D.C-FBI stating in part: No records responsive to your F.O.I.A request were loca-ted by a search of the automated indices; of which CONCEPCION, has Appeal to the Office of Info., & Privacy. SEE, Ex: F-97; & Valencia-Lucena v.

9

U.S. Coast Guard, 180 F.3d 321 (D.C. Cir. 1990).

43. On **July 30,2007**, CONCEPCION, Cert. Return Receipt Mail #7006-2050-0004-7651-5108, **"another request [DIRECTLY]"** to presiding Judge WILLIAM G. BASSLER [**SEE**, ¶ 16, HEREIN], involved in Case #99-753(AJL), at the N.J.D.C for a copy of the **"LAB REPORT, INTER ALIA"** of which said Judge has been ignoring, & not responding to **"ANY"** of CONCEPCION'S, Cert. Return Receipt Mail letters, & requests; of which said [**BAD FAITH**] act(s) have injured CONCEPCION, in numerous ways, in which resulted from the **"improper withholding"** of the requested documents. **SEE**, Ex: F-98.

44. On **Aug. 9,2007**, CONCEPCION, Cert. Return Receipt Mail #7006-2150-0004-7651-5252, **"another"** Notice of Appeal to the Office of Info., & Privacy in regard to his **"denied non-exempt requests"** for the **"LAB REPORT(S), INTER ALIA"** for Case #99-753(AJL). In McGehee v. C.I.A, 687 F.2d 1095, at ¶ 8-9 (1983), The D.C. Cir. Court held: The District Court **"should have compelled"** disclosure of the documents only if they were **"improperly withheld"**..; as in Trwitt v. Dept. of State, 897 F.2d 540, at 542 (1990), The D.C. Cir. Court held: Under the F.O.I.A, an agency is obligated to make **"promptly available"** records that are **"reasonably describe[d]"** in a written request therefore, & are **"not exempt"** from disclosure. See, 5 U.S.C. § 552 (a)(3)(A), & 552(b); & Consumer Federation of America v. Dept. of AG, 455 F.3d 283 (D.C. Cir. 2006).

## FACTS

45. On **Nov. 24,1998**, an allege recorded N.J-FBI tape **"WAS EDITED"** by two, & more State, & Federal Government Officials [**N.J-FBI, & N.J-USA**] who were directly involved in Case #99-753(AJL), for the purpose of creating there scheme(s), as well as to defraud, extort, bribe, obtain money, pro-

perty, & etc., from Concepcion; a part from the committed acts of fraud, peonage, & slavery, kidnapping, interstate commerce, withholding exculpatory evidence, & etc.

46. On **Dec. 9,1999,** numerous criminal complaints were [SUPPOSEDLY] presented to Federal Mag. Judge RONALD J. HEDGES, hereinafter RJH, by [**ESSEX COUNTY SHERIFFF B.O.N OFFICER** SEE, ¶ 4, HEREIN] MURPHY; in which numerous arrest warrants were than [SUPPOSEDLY] issued by Judge RJH, on **Dec. 9,1999.** CONCEPCION, asserts, & contends that Judge RJH, **"WAS WELL AWARE"** of at lease one, and/or more individuals, as well as himself committing numerous violations pursuant to the Fed.R.Crim.P., Rules 3, 4, 55, 505, & etc., **"of which said suspicious signatures of Judge RJH, name amounted to a total of 'EIGHT' as of this point".** SEE, Ex: F-99 - F-106; Giordenello v. United States, 2 L.Ed 2d 1503 (S.Ct. 1958); U.S. v. Kirk, 781 F.2d 1498 (1986); & Nathanson v. United States, 76 L.Ed 159 (S.Ct. 1933). In U.S. Ex Rel Pugh v. Pate, 401 F.2d 6, at ¶ 1-2 (1968), The Cir. Court held: Fourth Amendment requires that no warrant shall issue, but upon probable cause... as said case also held: Fictitious signature signed to affidavit... rendered warrant void.

47. On **Dec. 15,1999,** at approximately 2:45 p.m Concepcion, was [KIDNAP] arrested by Sheriff Officers MICKWALTER, & MURPHY, who were armed with weapons. Minutes after Concepcion, was arrested **"HE WAS ROBBED BY BOTH MURPHY, & MICKWALTER, OF HIS CASH IN THE AMOUNT OF $2,200.00 DOLLARS, & A BEEPER",** of which was on the possession of Concepcion, at the time of his **"FALSE ARREST".** See, the [2002] Fed.R.Crim.P., Rule 41(f)(2), & (3)(A), & (4).

48. On **Dec. 29,1999,** a **"STAMP"** criminal complaint bearing a **"FORGED"** hand free signature of Mag. Judge RJH, name on it **"WAS"** fax from the Newark, N.J-USA to MICHEAL A. ARMSTRONG, ESQ., Counsel of Record for co-de-

fendant JORGE RETAMAR; of which said stamp name signature of Judge RJH, name is **"MISSING"** the letter [d] out of his last name in which CONCEPCION, decided to enlarge said stamp name signature on the complaint. <u>SEE</u>, Ex: F-107 - F-110, "<u>SPECIFICALLY</u>" Ex: F-107, & F-110; & Rules 3, 4, 505, & etc., in the <u>Fed.R.Crim.P.</u>

49. Sometime inbetween the months of <u>Dec. 31,1998</u>, through <u>Dec. 17, 1999</u>, the initial State, & Federal Government employees who were involved in Case #<u>99-753(AJL)</u> [THE ARRESTING SHERIFF OFFICERS, & THE PROSECUTING N.J-USA], **"introduce, & added 45.00 to 50.00 grams of a powder substance to CONCEPCION'S, ET AL., Case #<u>99-753(AJL)</u>"**, & presented the **"FABRICATED EVI-DENCE"** to a Federal Grand Jury on <u>Dec. 17,1999</u> [<u>SEE</u>, ¶ 5, HEREIN], in order to obtain an indictment on more than 100 grams of an allege Controlled Substance Act, hereinafter CSA, known as heroin against said Defendants. **"The introduce, & added powder substance"** is a part from the arresting Sheriff Officers, & the prosecuting N.J-USA having CONCEPCION, ET AL., **"<u>INDICTED ON PURE LACTOSE, AS OPPOSED TO HEROIN</u>, OF WHICH THE FABRICATED, & ETC., CRIMINAL COMPLAINT ALLEGED SAID LACTOSE TO BE HEROIN"**. <u>SEE</u>, Ex: F-109, ¶ 6; <u>U.S. v. Jackson</u>, 115 F.3d 843 (1997); <u>Thompson v. Calderson</u>, 109 F.3d 1358, at ¶ 16-20 (1996); & <u>Mooney v. Holohan</u>, 79 L.Ed 791 (1935).

50. On, or about **<u>Sept. 27,2000</u>**, there was a extrodition instrument from a **"unrelated"** federal criminal case of which said document was [**SUP-POSEDLY**] signed by Judge RJH. <u>SEE</u>, Ex: F-111.

51. On <u>June 4,2002</u>, CONCEPCION, receive **"<u>ADDITIONAL EVIDENCE</u>"** from a Deputy Clerk at the N.J.D.C stating: "SET STATEMENT FROM CLERK AS TO <u>NO ARREST WARRANT</u>"; of which the N.J-USA et al., who were directly involved in Case #<u>99-753(AJL)</u>, knew that **"no warrant"** was issued on <u>Dec. 9,1999</u>, for CONCEPCION'S, arrest even though the docket sheet claims that a warrant was issued. <u>SEE</u>, Ex: F-112; & the <u>Fed.R.Crim.P.</u>, Rule 55 Records.

52. On Aug. 20,2002, CONCEPCION, filed a Judicial Misconduct Complaint against Mag. Judge RJH, pertaining to approximately three suspicious hand free signatures of RJH, name [THE ONLY THREE CONCEPCION, HAD AT THAT TIME]; at the Third Circuit Court of Appeals. Complaint No. 02-25.

53. On, or about Sept. 10,2002, CONCEPCION, receive, & seen for the "first time" a copy of his arrest warrant [OF WHICH NONE COULD BE LOCATED UNTIL "AFTER" CONCEPCION, FILED THE JUDICIAL MISCONDUCT COMPLAINT. SEE, ¶ 52, HEREIN]; of which he receive "directly" from presiding N.J.D.C Judge WILLIAM G. BASSLER'S, secretary, in which the arrest warrant "DID NOT" bear any kind of [FILE] stamp on it. SEE, Ex: F-113, & F-114; the [2002] Fed.R.Crim.P., Rules 41(f)(1); & Rule 55 Records, supra.

54. On, or about Sept. 13,2002, CONCEPCION, receive another nearly identical arrest warrant [OF WHICH WAS REQUESTED PERSONALLY BY KAISER CARTER] which was sent to her residence "directly" from Judge RJH, secretary-chamber. The "ONLY DIFFERENCE" between both arrest warrants [SEE, BOTH EX: F-114, & F-115] is; the one Mrs. CARTER, receive from Judge RJH, has a "RED STAMP [FILE COPY] ON IT, & THE OTHER ONE FROM JUDGE BASSLER, DOESN'T", besides "another" suspicious hand free signature of Judge RJH, name on said federal commercial document. See, the Fed.R.Crim.P., Rule 41(b).

55. On, or about Feb. 1,2002, there were several federal criminal complaints [SEE, EX: F-116 - F-118], & a arrest warrant issued [SEE, EX: F-119] at the N.J.D.C for "another unrelated" federal criminal case, "OF WHICH SAID CRIMINAL COMPLAINTS WERE [SUPPOSEDLY] SIGNED BY MAG. JUDGE RJH, AS SAID COMPLAINTS "ARE ALSO BEARING SEVERAL MORE SUSPICIOUS HAND FREE SIGNATURES OF JUDGE RJH, NAME ON THEM"; as the issued arrest warrant [SEE, EX: F-119] for Defendant STEVENSON, "WAS ISSUED, & SIGNED BY ANOTHER MAG. JUDGE [STANLEY R. CHESLER], & NOT MAG. JUDGE RJH, WHO [SUPPOSEDLY] SIGNED THE CRIMINAL COMPLAINTS". In U.S. v. Smith, C.C. Mass. 1833, 17 F.510, The

Court held: That one Mag. Judge **"CANNOT"** commit himself on an affidavit taken before another Mag. Judge.

56. On <u>July 12, 2004,</u> there was **"another"** criminal complaint [<u>SEE,</u> EX: F-120] filed in **"another unrelated"** federal criminal case issued at the N.J.D.C, of which said complaint was [**SUPPOSEDLY**] signed by Judge RJH; of which one of the two prosecutors prosecuting Case #<u>99-753(AJL),</u> was involved in prosecuting **"ALL"** of these criminal cases [**EXCEPT ¶ 50, HEREIN TO MY KNOWLEDGE**] bearing the fifteen suspicious hand free signatures of Mag. Judge RJH, name on them, **"AS JUDGE RJH, <u>HAS REFUSE TO ADMIT, OR DENY</u> IF THESE SIGNATURES [15] ARE OF HIS OWN HAND-WRITING, OF WHICH BRINGS UP THE PROBABLE CAUSE QUESTIONS".** Did Judge RJH, sign **"ALL"** of the Complaints, & Warrants mentioned herein **"PERSONALLY"** as required by the <u>Fed.R.Crim.P.,</u> Rule 3, which held: It **"MUST"** be made under Oath before a Mag. Judge... as Rule 4(b)(1)(D), held: <u>**"A WARRANT MUST BE SIGNED BY A JUDGE"**</u>; or was it that the initial prosecutors from the N.J-USA, and/or others were forging Judge RJH, signature(s) on these documents with his knowledge ?;

of which makes one wonder, how is it possible for any **"Federal Judge"** not to know how to spell his own birth name on vital [**COMMERCIAL**] instruments as these complaints, warrants, & etc. ?  See, <u>Michigan v. Tyler</u>, 56 L.Ed 2d 486 (S.Ct. 1978); <u>Wolf v. Colorado</u>, 93 L.Ed 1782 (S.Ct. 1949); <u>Wong Sun v. United States</u>, 9 L.Ed 2d 441 (S.Ct. 1968); <u>U.S. v. Kirk</u>, supra; & <u>Giordenello v. United States</u>, supra.

57. CONCEPCION, has already mentioned that he is a Pro Se [INCARCERA-TED] litigant; not trained, and/or license in Law, & is a layman to the legal procedures, & lacks qualification as that of the Defendants, & Corporate entities. See, the [2003] <u>Fed.R.Civ.P.</u>, 28 § 3002(15)(A); & <u>Haines v. Kerner</u>, supra.

14

## POINT I
## FOR THE RELEASE OF THE REQUESTED FREEDOM
## OF INFORMATION DOCUMENTS

58. CONCEPCION, now places before this Court the following **"facts"** of which occurred sometime inbetween the months of Dec. 31,1998, through Dec. 17,1999, of which were unethical acts, criminal in nature acts, & etc., of which said acts were implemented by several State, & Federal Government employees, & others from within the State of New Jersey, in which the government employees **"introduce, & added 45.00 to 50.00 grams of a powder substance"** to CONCEPCION'S, ET AL., Case #99-753(AJL), & presented the **"fabricated evidence"** to the Federal Grand Jury on Dec. 17,1999, in order for them to obtain an indictment against said Defendants on more than 100 grams, but less than 400 grams of [SO-CALL] heroin.

Here CONCEPCION, is providing this Court with Ex: F-121, & F-122 **[OF WHICH THIS DRUG CALCULATION CHART CAME DIRECTLY FROM THE N.J-USA]**, of which was mailed from the [NEWARK] N.J-USA on, or about Feb. 21,2001, to former Counsel of Record MICHEAL J. SULLIVAN, & the Third Circuit Court of Appeals [ON DIRECT APPEAL] in response to Mr. SULLIVAN'S, filed brief [OF APPELLANT] to the Appeals Court. Appeal No. 00-2132.

59. On the first page of Ex: F-121, at ¶ 1, stated that **"203"** ten dollar bags of [SO-CALL] heroin came up to be **"54.11 net grams of heroin, of which is close to two ounces"**. Surprisingly, ¶ 2, in Ex: F-121, stated that **"500"** ten dollar bags of [SO-CALL] heroin came up to be **".40 net grams of heroin, of which amounted to be less than a half of gram, of which both are BEYOND IMPOSSIBLE"**. Said introduce, & added 45.00 to 50.00 grams of the powder substance to Case #99-753(AJL), by the N.J-USA et al. [THIS FACT WAS A PART FROM THE HEROIN, & BUG DEVICE(S) THAT WERE PLANTED

15

IN CONCEPCION'S, APARTMENT BY SEVERAL NEWARK POLICE OFFICERS FROM NEWARK, NEW JERSEY [AS LT. JAMES O'CONNER] WHO ARRESTED CONCEPCION (& PLANTED ADDITIONAL HEROIN IN CONCEPCION'S APARTMENT FOR THE ARRESTING ESSEX COUNTY SHERIFF OFFICERS, & THE N.J-USA INVOLVED IN CASE #99-753(AJL)), ON THE NIGHT OF MAY 6,1998; OF WHICH CONCEPCION, WAS CLEARED FROM SAID FABRICATED STATE CHARGES ON SEPT. 21,2001], **"then brought the amount of [SO-CALL] heroin up to 143.97 GRAMS IN TOTAL"** during the entire "19 MONTHS" of the allege federal investigation of which started on May 1,1998. **SEE,** Ex: F-122; & U.S. v. Santos, 340 F.Supp. 2d 527 (N.J.D.C. 2004).

CONCEPCION, asserts, & contends that the above **"facts should have been acknowledge by both of the presiding Judges, his counselor, & all of the five defense lawyers who were involved in Case #99-753(AJL)",** during the N.J.D.C proceedings, & as they were **"SUPPOSEDLY"** going over the evidence brought against CONCEPCION, ET AL. The due diligence, misconduct, & etc., that was committed by several individuals from the N.J-FBI, & the N.J-USA, among others **"WERE UNCONSTITUTIONAL, & A VIOLATION OF CONCEPCION'S, STATE, & FEDERAL CONSTITUTIONAL RIGHTS, INTER ALIA".**

60. Furthermore, the N.J-FBI, & the N.J-USA, among others were **"ALL"** aware of the submitted **"fabricated, & fraudulent"** Feb. 24,1999, N.J-FBI recorded drug transcation tape **"SUPPOSEDLY"** between State, & Federal informant MICK, & CONCEPCION; these facts are also besides the N.J-FBI, N.J-USA, & former Counsel of Record THOMAS R. ASHLEY, having knowledge of the Nov. 24,1998,allege N.J-FBI recorded tape conversation between State, & Federal informant known as IVAN PEREZ, & co-defendant JORGE RETAMAR, being **"altered, & edited"** by the initial N.J-USA et al., who were involved in prosecuting Case #99-753(AJL), of which these specific tapes **"WERE DROP-OFF"** at the Union County Jail in Elizabeth, N.J inbetween Jan. 4,2000, & Jan. 24,2000, by **"SOMEBODY"** who was involved in Case #99-753(AJL), **"OF**

16

WHICH CONCEPCION, CONSIDERS INDISPENSABLE EVIDENCE".

61. The surprises, unexcusable neglect, misconduct, fraud, & etc., committed by numerous individuals from the N.J-USA et al., who were involved in Case #99-753(AJL), "WORSEN AFTER" Concepcion's, false arrest [SEE, ¶ 47, HEREIN], & phone conversation with his sister from the Union County Jail, of which he told her that "HE WAS IN THE STATE OF NORTH CAROLINA ON FEB. 24,1999 [SEE, EX: F-123 - F-126, 'SPECIFICALLY' EX: F-126, DATES OF THE CAR RENTALS], FOR SURE", & possibly out of the State of New Jersey on Jan. 25,1999, under his deceased brother's name [MIGUEL CON-CEPCION, SEE, EX: F-127, & F-128]; "of which that specific date [JAN. 25, 1999] is on the [SUPPOSEDLY] sworn criminal complaint [AFFIDAVIT] present-ed to Mag. Judge RJH, on Dec. 9,1999, by [SHERIFF B.O.N OFFICER] MURPHY, [SEE, TOP PG. OF EX: F-109]"; of which said information in MURPHY'S, affi-davit contained false information in which were made deliberately, knowing-ly, intentionally, & willingly, in which created a falsehood in applying for the [SUPPOSEDLY] issued arrest warrants in Case #99-753(AJL);

of which some of the misleading issues in the criminal complaint affidavit consisted of [A] false statements, & information, [B] numerous omissions, [C] gross recklessness disregarding the truth, & etc., in which said "falsehood statements" in applying for the warrants were material, & necessary to the finding of the probable cause in Case #99-753(AJL), of which the initial N.J-USA et al., & others went along with the fraud, mis-conduct, & etc., in said allege heroin, & federal criminal case.

62. The following day "AFTER" the phone conversation [SEE, ¶ 61, HEREIN] "somebody" involved in Case #99-753(AJL), added 14 additional tapes [OF WHICH CONCEPCION, HAS BEEN DENIED ACCESS TO THE LOG-BOOK AT THE UNION COUNTY JAIL, OF WHICH HIS INTENTIONS WERE TO SEE "WHO" DROP-OFF, &

17

EXCHANGED THE FABRICATED, & EDITED RECORDED N.J-FBI TAPE(S), OF WHICH CON-
CEPCION, TOLD COUNSELOR ASHLEY, BUT HE TOTALLY IGNORED HIM] to the 37
tapes that were already at the Union County Jail for approximately a week.
Simultaneously, as the additional 14 **"fabricated, & fraudulent"** tapes
**"were added, & one for sure was replaced"**; the N.J-USA, & the N.J-FBI et
al., were trying to figure out how could they **"withdraw, & delete"** the
Jan. 25,1999, allege heroin amount, & the [SUPPOSEDLY] recorded N.J-FBI
tape conversation between CONCEPCION, & one of the State, & Federal infor-
mants involved in Case #99-753(AJL). SEE, Ex: F-123 - F-126, "SPECIFICAL-
LY" Ex: F-124.

That **"WAS DONE"**, because the prosecuting N.J-USA, & the N.J-FBI in-
volved in Case #99-753(AJL), **"WERE NOT SURE"** if CONCEPCION, **"did, or did
not"** use his deceased brother's name [MIGUEL CONCEPCION, SEE, EX: F-127, &
F-128] on Jan. 25,1999. Unfortunately, the prosecuting N.J-USA, & the N.J-
FBI initially involved in Case #99-753(AJL), **"were unable to withdraw, &
delete [AS THEY WERE ABLE TO DO WITH THE ALLEGE FEB. 24,1999, HEROIN
AMOUNT, & RECORDED TAPE] that specific date, & tape for Jan. 25,1999, BE-
CAUSE SAID DATE [JAN. 25,1999] WAS USED IN [SHERIFFF OFFICER] MURPHY'S,
CRIMINAL COMPLAINT AFFIDAVIT BEFORE MAG. JUDGE RJH, ON DEC. 9,1999, PRIOR
TO CONCEPCION'S, PHONE CONVERSATION WITH HIS SISTER"**. SEE, Ex: F-109; the
Fed.R.Crim.P., Rules 608, & 609 et seq; & U.S. v. Moreno-Morales, 334 F.
3d 819 (2002).

63. What threw the **"corrupted, & etc."**, initial N.J-FBI, & N.J-USA
et al., off who were **"directly, & indirectly"** involved in prosecuting
Case #99-753(AJL), was that CONCEPCION, **"WAS"** traveling to **"DIFFERENT
STATES"** in MIGUEL CONCEPCION'S, name **"years before his [CANCER] death, &
during the entire 19 months of the allege federal investigation"**; OF WHICH
MIGUEL CONCEPCION, HAS BEEN DECEASED SINCE JUNE 25,1997, **"THIRTEEN MONTHS**

**BEFORE"** THE ALLEGE FEDERAL INVESTIGATION BEGAN [MAY 1,1998]. Therefore, the N.J-USA, & the N.J-FBI, & others **"having no knowledge [OF THIS FACT]"** of MIGUEL CONCEPCION'S, name being used by CONCEPCION, during the allege federal investigation; they the initial prosecuting N.J-USA, & the N.J-FBI, et al., **"WERE PLACING CONCEPCION"**, within the City of Newark, New Jersey selling [SO-CALL] heroin to the State, & Federal informant involved in Case #99-753(AJL), **"WHEN IN FACT CONCEPCION, WAS OUT OF THE STATE OF NEW JERSEY UNDER MIGUEL CONCEPCION'S NAME"**. **SEE,** Ex: F-123 - F-128.

64. Apparently, the initial prosecuting N.J-USA, & the N.J-FBI et al., were only able to reduce the allege heroin amount for Jan. 25,1999, to .40 net gram,  **"as shown in there own drug calculation chart known herein as Ex: F-121, at ¶ 1"**; as said prosecutors et al., were also able to switch the fabricated, & fraudulent allege N.J-FBI recorded tape, & delete the heroin amount for Feb. 24,1999, do to CONCEPCION'S, phone conversation with his sister. **SEE,** Ex: F-126, **"THE DATES OF THE RENTAL CAR PURCHASE BY CON-CEPCION, IN NORTH CAROLINA"**. Therefore, both of the allege heroin amounts for Jan. 25,1999, & for Feb. 24,1999, **"WERE** CONSOLIDATED WITH ONE ANOTHER, **& WAS** PLACE IN THE DEC. 31,1998, ALLEGED HEROIN TRANSCATION BETWEEN CONCEP-CION, & THE STATE, & FEDERAL INFORMANT INVOLVED IN CASE #99-753(AJL)". See, Baker v. McCollan, 61 L.Ed 2d 433 (S.Ct. 1979); & Napue v. Illinois, 3 L. Ed 2d 1217 (S.Ct. 1958).

65. CONCEPCION, asserts had counselor ASHLEY, & the other **"five law-yers"** involved in Case #99-753(AJL), conducted a proper investigation of there own, a part from said lawyers highering private investigators; said lawyers would have found that there was **"CONCLUSIVE EVIDENCE"** available to prove beyond a reasonable doubt that the allege **"143.97 GRAMS OF [SO-CALL] HEROIN IN TOTAL"** involved in Case #99-753(AJL), **"WAS IN FACT PURE LACTOSE"**; of which the D.C-FBI, the D.C-EOUSA, the U.S. Dept. of Justice, the N.J-

19

FBI, & the N.J-USA, among others **"failure"** to produce the **"requested non-exempt Lab Report(s), the Serial Numbers [ONLY] to the allege recorded N.J-FBI tapes, & etc., for CONCEPCION'S, allege federal criminal case would develope these specific facts"**; <u>OF WHICH SAID REQUESTS **"MUST EXIST"**</u>. In <u>U.S v. Bagle</u>, 87 L.Ed 2d 481 (1985), The Supreme Court held: Evidence is material if there is reasonable probability that had the evidence **[LAB REPORT(S), INTER ALIA]** been disclosed to the defense, the results of the proceedings would have been different. Also see <u>Kyles v. Whitley</u>, 131 L.Ed 2d 490 (S.Ct. 1995); <u>Thomas v. Goldsmith</u>, 979 F.2d 746 (1992); <u>Brady v. Maryland</u>, 10 L.Ed 2d 215 (S.Ct. 1963); <u>Strickland v. Washington</u>, supra; <u>Campbell v. U.S. Dept. of Justice</u>, supra; & <u>McGehee v. C.I.A</u>, supra.

66. The Defendants, & Corporate entities named herein are the agencies within the meaning of title 5 U.S.C. § 552(e), & is in possession, and/or control of the records soughted, & requested by the Plaintiff/Sovereign, Alberto Concepcion, of which are the subject of this Cause of Action. See, <u>Trwitt v. Dept. of State</u>, supra; <u>Consumer Federation of America v. Dept. of AG</u>, supra; & the <u>Fed.R.Crim.P.</u>, Rule 55 Records.

67. The information soughted, & the release of these records **"will not"** cause any harm to the public, especially when said records are **"NOT EXEMPT"**, & are being requested by Concepcion, personally. There is **"NO"** legitimate purpose(s) for said Defendants, & others to continue to **"improperly withhold"** said requested exculpatory evidence, & documents for Case #99-753(AJL). See, <u>Peralta v. U.S. Attorney's Office</u>, 136 F.3d 169 (1998).

**COUNT ONE OF THE
FOIA REQUEST**

68. Against **"ALL"** of the named Defendants herein under title 5 U.S.C. § 552 et seq., of the Freedom of Information Act for the **"full disclosure"**

of the **"non-exempt"** Lab Report(s) in whole, the Serial Numbers [ONLY] to **"ANY, & ALL"** of the allege recorded N.J-FBI tapes that were involved in Case #99-753(AJL), with there dates, exact locations of the recordings, the approved warrant, & application for the phone-wire tap authorization(s) [INCLUDING THE SERIAL NUMBERS OF CONCEPCION'S CO-DEFENDANTS TAPES], the search warrants, the 407 forms of **"any, & all"** of the co-defendants state- ments, & any other unmentioned documents on myself, or any reference to **"Concepcion, or CONCEPCION"**, and/or Case #99-753(AJL). Said **"requests"** are in conjunction with the requests made by CONCEPCION, in Ex: F-4 - F-98, to the Defendants [& OTHERS] in this Cause of Action.

69. Concepcion, repeats, & realleges the **"facts"** contained in para- graphs 1 - 67, herein; inclusive.

70. The Defendants in this Cause of Action have **"failed"** to comply with the requisite statutory periods which govern compliance under the F.O.I.A provisions with respect to CONCEPCION'S, requests. Therefore, the Defendants herein have knowingly, intentionally, & willingly **"improperly withheld"** the requested non-exempt records, & documents from CONCEPCION; of which CONCEPCION, has been awaiting for approximately **"two years, & has exhausted the required administrative remedies"**. **SEE**, ¶ 41, herein.

71. CONCEPCION, has a **"legal right"** under the F.O.I.A to obtain the requested **"LAB REPORT(S), INTER ALIA"** of which he has been seeking; as there is **"no legal"** basis for the Defendants, & others to continue to deny CONCEPCION'S, said rights to **"his specific requested records, & documents"**, of which CONCEPCION, has made numerous attempts in good-faith, & by way of Certified [RETURN RECEIPT] Mail.

72. **WHEREFORE**, Pro Se Plaintiff/Sovereign, Alberto Concepcion, **"re- spectfully"** requests, & prays for the **"ORDER OF THIS COURT"** for the follow- ing relief against the named Defendants, & Corporate Entities in this Cause

of Action which are as follows:

(A) THE DISCLOSURE OF **"ALL"** THE REQUESTED RECORDS IN ¶ 68, HEREIN IN THERE ENTIRETIES WITH <u>**"NO REDACTIONS"**</u> ON THE SOUGHTED <u>**"LAB REPORT(S) RE-**</u><u>**SULTS, INTER ALIA"**</u>; & MAKE COPIES PROMPTLY AVAILABLE TO THE PLAINTIFF, OF WHICH HE <u>**"WILL PAY ANY"**</u> REASONABLE COPYING FEES <u>**"IF NECESSARY"**</u> FOR THE RE-QUESTED RECORDS, & DOCUMENTS;

(B) AWARD COST'S FOR THE CERT. [RETURN RECEIPT] MAIL, TYPING RIBBON, ERASERS, COPIES, & ETC., IN THE AMOUNT OF $500.00 U.S. DOLLARS AS PROVIDED IN TITLES 5 U.S.C. § 552(a)(4)(E), AND/OR 28 U.S.C. § 2412(d);

(C) MANDATORY INJUNCTION RELIEF, & EXPEDITING OF THIS CAUSE OF ACTION IN EVERY WAY PURSUANT TO 28 U.S.C. § 1657(a);

(D) DECLARATORY RELIEF PURSUANT TO TITLE 28 U.S.C. § 2201;

(E) THE APPOINTMENT OF A SPECIAL ATTORNEY(S), OR COUNSEL(S) PURSUANT TO TITLE 28 U.S.C. § 543; &

(F) GRANT SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST, & PROPER IN FAVOR OF PRO SE PLAINTIFF/SOVEREIGN, Alberto Concepcion;

## OR INALTERNATIVE

74. A JURY TRIAL PURSUANT TO THE <u>FED.R.CIV.P.</u>, RULE 38(a), & (b), IS **"RESPECTFULLY"** REQUESTED FOR DAMAGES OF SIX HUNDRED MILLION UNITED STATES DOLLARS [$600,000,000.00], **"FOR IMPROPERLY WITHHOLDING [INTER ALIA] EXCUL-PATORY STATEMENTS, EVIDENCE, & DOCUMENTS NOT EXEMPT BY ANY PROVISIONS IN TITLE 5 U.S.C. § 552 ET SEQ"**. E.G., THE <u>LAB REPORT(S), INTER ALIA</u> FOR CASE #<u>99-753(AJL)</u>;

OF WHICH SAID DAMAGES CONSIST OF IMPROPERLY WITHHOLDING EXCULPATORY RECORDS-DOCUMENTS CONTAINING EVIDENCE, CONFLICTING STATEMENTS, & ETC.;

FALSIFICATION OF PUBLIC RECORDS, & DOCUMENTS OF WHICH ARE CONTAINING PER-
JURY, & FALSE STATEMENTS PROCESS BY THE D.C-FBI, THE D.C-EOUSA, THE U.S.
DEPT. OF JUSTICE, & OTHERS; 58 PLUS COUNTS OF WIRE FRAUD; MAIL FRAUD MULTI-
PLE COUNTS; FRAUD GENERALLY, MULTIPLE COUNTS; AIDING, & ABETTING; FALSE
ARREST; FALSE IMPRISONMENT; FALSE TESTIMONIES, MULTIPLE COUNTS; OBSTRUCTION
OF JUSTICE, MULTIPLE COUNTS; LACK OF FEDERAL JURISDICTION OVER CASE #99-753
(AJL); CONCEALMENTS, & FALSE PRETENTS; KIDNAPPING; INTERSTATE COMMERCE;
ROBBERY; BRIBERY, MULTIPLE COUNTS; EXTORTION, MULTIPLE COUNTS; FALSE DECLA-
RATION BEFORE GRAND JURY, & COURT; SUBORNATION OF PERJURY; PERJURY GENERAL-
LY; FORGERY; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW; MISPRISON OF FELONY;
OFFICIAL MISCONDUCT; FRAUD IN, & ON THE N.J.D.C ET AL.; NUMEROUS VIOLA-
TIONS OF THE CONSTITUTION FOR THE UNITED STATES; & NUMEROUS VIOLATIONS OF
THE NEW JERSEY STATE CONSTITUTION **[INTER ALIA]**.

75. IF **"ANY"** OF THE REQUESTED RECORDS, & DOCUMENTS IN ¶ 68, HEREIN
DO NOT EXIST; THE PLAINTIFF, HEREIN IS RESPECTFULLY REQUESTING FOR AN
IMMEDIATE **"TRIAL BY JURY DATE"** FOR THIS CAUSE OF ACTION.

### OATH

The undersigned declares, certifies, verifies, & state under penalty
of perjury under the Laws of the United States pursuant to title 28 U.S.C.
§ 1746, that the foregoing is true, & correct to the best of my knowledge.

Respectfully Requested, &
Submitted By:

DATED: September 5,2007

Alberto Concepcion© the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN & DEBTOR
ALBERTO CONCEPCION
(570) 547-7950

23

1999R02650
cam

# Ex: F-1

UNITED STATES OF AMERICA

v.

ALBERTO CONCEPCION,
   a/k/a "Bert,"
WALTER ROMAN,
JULIO CANALES,
ANA NEGRON,
JORGE RETAMAR,
   a/k/a "Darkman"
     and
WANDA SANTIAGO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

:   Crim. No. 99-753 (AJL)

:   21 U.S.C. §§ 841, 846 and 853
    18 U.S.C. § 2

**FILED**

DEC 1 7 1999

AT 8:30 _____
WILLIAM T. WALSH
CLERK

:   I N D I C T M E N T

    The Grand Jury in and for the District of New Jersey,

sitting at Newark, charges:

COUNT 1

    From at least on or about May 1, 1998, through on or

about December 16, 1999, in Essex County, in the District of New

Jersey, and elsewhere, defendants

          ALBERTO CONCEPCION,
            a/k/a "Bert,"
           WALTER ROMAN,
           JULIO CANALES,
           ANA NEGRON,
           JORGE RETAMAR,
          a/k/a "Darkman,"
             and
           WANDA SANTIAGO

did knowingly and intentionally conspire and agree with one

another and with others to distribute and to possess with intent

to distribute more than 100 grams of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

Ex: F-2

COUNT 4

On or about January 25, 1999, in Essex County, in the District of New Jersey, and elsewhere, defendant

ALBERTO CONCEPCION,
a/k/a "Bert"

did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I narcotic drug controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Concepcion, 22853-050 Unit 4-B

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.42 |

Postmark Here

2005 USPS

Sent To: Executive Office for the U.S. Attorney
Street, Apt. No.; or PO Box No. 600 E. Street N.W. RM 7100
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, January 2001          See Reverse for Instructions

7002 0510 0001 6676 2018

Ex: F-4



Ex: F-5

ALBERTO CONCEPCION, 22853-050
F.C.I Allenwood P.O. Box 2000
White Deer, PA. 17887

Date September 13, 2005

FREEDOM OF INFORAMTION SECTION

FEDERAL BUREAU OF INVESTIGATION
1 Gateway Plaza
Newark, New Jersey 07102

CERTIFIED MAIL NO. 7002-0510-0001-6675-6680

RE: FOIA/PA's request; 5 U.S.C.§§ 552 and/or 552a.

Dear Sir or Madam:

This is my non-commercial request pursuant to the provision of the Freedom of Information and Privacy Act, as codified under the title 5 U.S.C.§ 552 as amended, and/or the Privacy Act of 1974 as codified under the title 5 U.S.C. 552a, et al. I hereby request for copy of all of the records in possession of this agency pertained to me and/or to any form of identification that make reference to myself.

I am requesting copy of all records wherein my name is utilized, and this request is conclusive. I will expect information of myself from any retrievable source, that is but not limited to, this agency's records.

I will expect any legal justification for each and any delection or exemption made. I want a index of all exempted or withhelded records. The Act provide that you shall furnish me all non-exempt records. I, of course, reserve the right to appeals any decision to withhold records. I will also pay for copying fee, after the first 125 pages. As provided by the Act, I expect response withing 20 working days from receiving this letter.

Here I am including the follow information about myself:

Requesting for certified copys of any, and all documents pertaining to ALBERTO CONCEPCION, ET AL., which some are as follows: statements, criminal complaints, arrest warrants, Lab Report(s), and etc., including any other unmentioned documents. Alberto Concepcion
~~Certificate of Identity~~
~~included.~~ Without Prejudice U.C.C. 1-207

Ex: F-6

NAME: ALBERTO CONCEPCION    DATE: September 13, 2005

REG. # 22853-050    CRIMINAL NO. 99-6144-01-01

DOB: 5-29-1968    —99-753 (AIL)

POB Newark, N.J    DATE OF SENTENCE July 7, 2000

SSN # 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    CHARGE/CONVIT. # 21 U.S.C.841(a)(1) Heroin

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

RE: FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

## TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I hereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this request is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletion or excision made. I want an index of all excised or withheld records. The Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me as the below address. Thank you..

Sincerely,

Alberto Concepcion
Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887-2000

ATTACHMENT: CERTIFICATE OF IDENTITY

CERTIFIED MAIL NO. 7002-0510-0001-6675-6680

# Ex: F-7

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester ¹ __ALBERTO CONCEPCION__

Citizenship Status ² __American Citizen__ Social Security Number ³ __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__

Current Address __F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887__

Date of Birth __May 29, 1968__ Place of Birth __Newark, New Jersey__

CERTIFIED MAIL NO. 7002-0510-0001-6675-6680

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature ⁴ __Alberto Concepcion Without Prejudice U.C.C. 1-207__ Date __September 13, 2005__

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
Print or Type Name

¹ Name of individual who is the subject of the record sought.

² Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

³ Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

⁴ Signature of individual who is the subject of the record sought.

Ex: F-8




U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 3, 2005

MR ALBERTO CONCEPCION
**22853-050
POST OFFICE BOX 2000
WHITE DEER, PA  17887 2000

Request No.: 1030134- 000
Subject: CONCEPCION, ALBERTO

Dear Mr. Concepcion:

**11 –** ☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Newark Field Office.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Ex: F-9

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

TO: U.S. DEPATMENT OF JUSTICE
    FEDERAL BUREAU OF INVESTIGATION


FROM: ALBERTO CONCEPCION, 22853-050
      F.C.I Allenwood P.O. Box 2000
      White Deer, PA. 17887


RE: SECOND REQUEST [ 1030134-000 ] FOR A
    COPY OF THE LAB REPORT FOR FEDERAL
    CRIMINAL CASE # 99-6144-01-01 / 99-753(AJL)


        Dear Mr. David M. Hardy:

                I, ALBERTO CONCEPCION, have been awaiting
over three months for copies of certain federal documents, specifically
a certified copy of the " LAB REPORT " for the above Federal Criminal
Case. Here inclosed is another F.O.I.A reqest form in place of the first
if needed, with the letter you sent me in response to my first request.

        Please provide me with a expeditous response for said requested
document. * THANK YOU *


                                        Respectfully Requested By:

December 20,2005                        _Alberto Concepcion_
      DATED                             Alberto Concepcion


c.c. file

    CERTIFIED MAIL TO THE ABOVE ADDRESS
    # 7003-3110-0006-1289-8869


Ex: F-10

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CONCEPCION, 22853-050 Unit 4-

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.90 |

Postmark Here

Sent To
U.S. DEPT. OF JUSTICE F.B.I
Street, Apt. No;
or PO Box No. 935 Pennsylvania Ave. N.W
City, State, ZIP+4
Washington, DC 20535-0001

7003 3110 0006 1289 8869

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CONCEPCION, 32853-150

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.90 |

Postmark
Here

7003 3110 0006 1289 9255

Sent To
F.B.I.

Street, Apt. No.; or PO Box No.
Gateway 1 Market St

City, State, ZIP+4
Newark, New Jersey 07102

PS Form 3800, June 2002        See Reverse for Instructions

Ex: F-11

Ex. F-18

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CONCEPCION 22853-050 Unity-B

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here

Sent To: U.S. ATTORNEYS OFFICE
Street, Apt. No.; or PO Box No. 970 Broad St.
City, State, ZIP+4 Newark, New Jersey 07102

PS Form 3800, June 2002    See Reverse for Instructions

7003 3110 0000 1289 8760

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEYS OFFICE
Freedom of Info. Section
970 Broad St.
Newark, New Jersey
07102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003-3110-0000-1289-8760

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22853-050

Address: F.C.I ALLenwood P.O. Box 2000
White Deer, PA. 17887

Agency Name: U.S. ATTORNEYS OFFICE

Address: 970 Broad St.
Newark, New Jersey 07102

Ex: F-13

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

LAB REPORT, certified as a true &
correct copy of the original. This request
is for Federal Criminal Case #99-644-01-01,
& 99-753 (AJL).

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C. 1-207

Executed on (date): January 23, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

C.C. file

Certified Mail No. 7003-3110-0006-1289-8760

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. 5-29-1968

POB. Newark, New Jersey

SSN.# 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

DATE: 1-23-2006

CRIMINAL NO. Magistrate Judge 99-6144-01-01
Trial Judge 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF NEWARK NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.


RE:    **FREEDOM OF INFORMATION/PRIVACY ACT REQUEST**


**TO WHOM IT MAY CONCERN**

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

# Ex: F-14

Alberto Concepcion
Without Prejudice U.C.C. 1-207
REG. NO. 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

C.C. file

Certified Mail No. 7003-3110-0006-1289-5760

PAGE 2 OF 3

FREEDOM OF INFORMATION ACT REQUEST

Requester: **ALBERTO CONCEPCION, # 22853-050**

Address: **F.C.I Allenwood P.O. Box 2000**

**White Deer, PA. 17887**

_____

Agency Name: **UNITED STATES ATTORNEYS OFFICE**

Address: **970 Broad St.   [ Suite 700 ]**

**Newark, New Jersey 07102**

_____

Dear Sir or Madam,   *Ex: F-15*

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

documents certified as a true, & correct copy of the original;

" LAB REPORT, & THE SIGNED RULE 11, FORM " for federal criminal

case # 99-6144-01-01, & 99-753(AJL).   Date of sentemce was July

7,2000.

_____

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: *Alberto Concepcion® Without Prejudice U.C.C. 1-207*

Executed on (date): **March 3,2006   [ SECOND REQUEST ]**

Social Security No.: **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**

Date of Birth: **May 29,1968**

Place of Birth: **Newark, New Jersey**

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

CERTIFIED MAIL TO THE U.S. ATTORNEYS OFFICE

NO. 7003-3110-0006-1290-9282

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*                    *(973)645-2700*
*Newark, NJ 07102*

March 1, 2006

Alberto Concepcion
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

**Re:** **Freedom of Information Act Request**

Dear Mr. Concepcion:

Our office has received your letter dated January 23, 2006. Your letter has been forwarded to the Freedom of Information Act Unit, Executive Office for the United States Attorneys in Washington D.C.

Federal regulations 28 C.F.R. §16.3 requires all U.S. Attorney's offices to forward FOIA requests to the FOIA Unit in Washington D.C. That office coordinates the processing of all FOIA requests for all of the United States Attorney Offices, and that office will respond directly to you regarding your request.

In the future, please direct all of your FOIA matters to the FOIA Unit in Washington D.C. as this will accelerate the processing of your request.

The address for the FOIA Unit in Washington D.C. is as follows:

        Freedom of Information Act/Privacy Act Unit
        Executive Office for United States Attorney's
        600 E. Street, N.W., Room 7300
        Washington, DC 20530
        202-616-6757

If you have any questions regarding this matter, please direct your questions to the FOIA Unit in Washington, D.C.

Ex:F-16

Very truly yours,

CHRISTOPHER J. CHRISTIE
United States Attorney

By:  Gisele W. Bryant
Program Manager

**TO:** CLERK OF COURT
MARTIN LUTHER KING JR., BLDG.
50 WALNUT STREET
P.O. BOX 419
Newark, New Jersey 07101

**FROM:** ALBERTO CONCEPCION, # 22853-050
F.C.I ALLENWOOD P.O. BOX 2000
White Deer, PA. 17887

**RE:** <u>**LAB REPORT REQUEST**</u>

    <u>DEAR CLERK OF COURT, AND/OR JUDGE WILLIAM G. BASSLER</u>:  I, ALBERTO CONCEPCION, respectfully request from the U.S. District Court for the District of [ NEWARK ] New Jersey, for a certified true, & correct copy of the " <u>LAB REPORT</u> " for Federal Criminal Case # <u>99-6144-01-01</u>, & <u>99-753(AJL)</u>, including a certified copy of the Rule 11, form for ALBERTO CONCEPCION.  Here enclosed I have provided you with additional informa-tion regarding to the information requested above.  If there is a fee pertaining to the requested documents, please provide me with an exact dollar amount so I could forward it to whoever.  Pursuant to the <u>Fed R. Crim. P.</u>, Rule 55, Records the requested documents should have been entered, & filed with the Court, & Clerk's Office.  I personally thank you for your time, & concerns, & expect a expeditious response.

Ex: F-17

<u>February 10, 2006</u>
DATE

Respectfully Requested By:

*Alberto Concepcion* ©
Alberto Concepcion ©
Pro Se Petitioner

c.c  file

CERTIFIED MAIL TO THIS DISTRICT COURT NO.
<u>7003-3110-0006-1290-9466</u>

DATE: February 28, 2006

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. 5-29-1968

POB. Newark, New Jersey

SSN.# 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

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

MAGISTRATE NO. # 99-6144-01-01

Ex: F-18

**TO:** CLERK OF COURT
MARTIN LUTHER KING JR., BLDG.
50 WALNUT STREET
P.O. BOX 419
Newark, New Jersey 07101

**FROM:** ALBERTO CONCEPCION, # 22853-050
F.C.I ALLENWOOD P.O. BOX 2000
White Deer, PA. 17887

**RE:** <u>LAB REPORT REQUEST</u>

<u>DEAR CLERK OF COURT, AND/OR JUDGE WILLIAM G. BASSLER</u>:  I, ALBERTO CONCEPCION, respectfully request from the U.S. District Court for the District of [ NEWARK ] New Jersey, for a certified true, & correct copy of the " <u>LAB REPORT</u> " for Federal Criminal Case # <u>99-6144-01-01</u>, & <u>99-753(AJL)</u>, including a certified copy of the Rule 11, form for ALBERTO CONCEPCION.  Here enclosed I have provided you with additional informa-tion regarding to the information requested above.  If there is a fee pertaining to the requested documents, please provide me with an exact dollar amount so I could forward it to whoever.  Pursuant to the <u>Fed R. Crim. P.</u>, Rule 55, Records the requested documents should have been entered, & filed with the Court, & Clerk's Office.  I personally thank you for your time, & concerns, & expect a expeditious response.

# Ex:F-19

<u>February 28, 2006</u>
· DATE

Respectfully Requested By:

*Alberto Concepcion*
Alberto Concepcion,
Pro Se Petitioner

c.c  file . [ **SECOND REQUEST** ]

CERTIFIED MAIL TO THIS DISTRICT COURT NO.
<u>7003-3110-0006-1290-9497</u>



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DIRECTOR 22853-050 Unit 4-B

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.88 |

Postmark Here

Sent To
FOIA United States Attorneys
Street, Apt. No; or PO Box No. 600 E. Street, N.W. Room 7300
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, June 2002                    See Reverse for Instructions

7003 3110 0006 1290 8636

---

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>FREEDOM OF INFO. ACT UNIT<br>Executive Office for the<br>United States Attorney's<br>600 E. Street, N.W. RM.7300<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☑ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*   7003-3110-0006-1290-8636 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



Ex: F-20

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 6,1968

POB. Newark, New Jersey

SSN.# 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

DATE: March 8,2006

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7,2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF [ NEWARK ] New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE 99-6144-01-01

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    **FREEDOM OF INFORMATION/PRIVACY ACT REQUEST**

**TO WHOM IT MAY CONCERN**

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

Ex:F-21

Alberto Concepcion ©
Without Prejudice U.C.C.1-207
REG. NO.  22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

CERTIFIED MAIL NO. 7003-3110-0006-1290-8636

PAGE 2 OF 3

## FREEDOM OF INFORMATION ACT REQUEST

**Requester:** ALBERTO CONCEPCION, 22853-050

**Address:** F.C.I Allenwood P.O. Box 2000

White Deer, PA. 17887

**Agency Name:** EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS

**Address:** 600 E. Street, N.W.

Washington, DC. 20530

### FREEDOM OF INFORMATION UNIT

Dear Sir or Madam,     Ex: F-22

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

" LAB REPORT, INDICTMENT, THE RULE 11, APPLICATION OF WHICH WAS

SIGNED BY ALBERTO CONCEPCION, & THE RECORDED F.B.I. TAPES SERIES

NUMBERS WITH THE DATES OF RECORDINGS, & IF POSSIBLE PLEASE PROVED ME

WITH THE LOCATIONS OF SAID RECORDINGS."

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

**Signature:** *Alberto Concepcion* © Without Prejudice
U.C.C. 1-207

**Executed on (date):** MARCH 8, 2006

**Social Security No.:** 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

**Date of Birth:** 5-29-1968

**Place of Birth:** NEWARK, NEW JERSEY

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

CERTIFIED MAIL NO. 7003-3110-0006-1290-8636

U.S. Department of Justice  PAGE 3 OF 3    **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ALBERTO CONCEPCION, 22853-050

Citizenship Status [2]  Sovereign American    Social Security Number [3]  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

Current Address  F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth  May 29,1968    Place of Birth  Newark,New Jersey

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  *Alberto Concepcion*    Date  March 8,2006
*Without Prejudice U.C.C. 1-207*

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Ex:F-23    Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

FORM DOJ-361
SEP. 01

CERTIFIED MAIL NO. 7003-3110-0006-1290-8636



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

1. Article Addressed to:

U.S. DEPT. OF JUSTICE
BICN BLDG. RM. 7500
600 E. St. N.W
Washington, DC. 20530

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:   ☑ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number    7003-3110-0506-1290-7592
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Ex: F-24

## FREEDOM OF INFORMATION ACT REQUEST

June 13, 2006

Same request was sent to the F.O.I.A F.B.I
Cert Mail 7003-3110-0006-1290-9570, on June 16, 2006

Requester: ALBERTO CONCEPCION, 22853-050
Address: F.C.I Allenwood
P.O. BOX 2000
White Deer, PA. 17887

Agency Name: F.O.I.A. U.S. DEPT. OF JUSTICE
Address: BICN BLDG. Rm. 7500
600. E. St., N.W.
Washington, DC. 20530

CERT. MAIL NO. # 7003-3110-0006-1290-7592

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Lab Report, Search Warrant(s), & the Wire Tap Authorized Application for Federal Criminal Case # 99-6144-01-01, & 99-753 (4JL).

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C. 1-2
Executed on (date): June 13, 2006
Social Security No.: 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
Date of Birth: 5-29-1968
Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

Ex. F-25

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. 5-29-1968

POB. Newark, New Jersey

SSN.# 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

DATE: 6-13-2006

MAG. 99-6144-01-01

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF Newark, New Jersey

MAG. RONALD J. HEDGES

US DIST. JUDGE ALFRED J. LECHNER JR

## RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,    Ex: F-26

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000    PAGE 2 OF 3

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  *ALBERTO CONCEPCION  22853-050*

Current Address  *E.C.I Allenwood P.O. Box 2000 White Deer, PA. 1788*

Date of Birth  *5-29-1968*

Place of Birth  *Newark, New Jersey*

Social Security Number [2]  *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*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  *Alberto Concepcion*                Date  *6-13-2006*
           *Without Prejudice U.C.C. 1-207*

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

*Ex: F-27*

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Conception, 22853-050 Unit 4-B

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To
FOIA Federal Bureau of Investigation
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave
City, State, ZIP+4 Washington DC 20535-0001

7003 3110 0006 1290 9510

PS Form 3800, June 2002          See Reverse for Instructions

# Ex: F-28

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of
Investigation
Chief, FOIA Section
935 Pennsylvania Ave. N.W.
Washington, DC 20535-0001
ATT: EXECUTIVE PERSONEL

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Chris Powell
☐ Agent
☐ Addressee

B. Received by (Printed Name)
CHRIS POWELL

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number 7003-3110-0006-1290-9510
(Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | .63 |
| Certified Fee | 2.40 | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 3.03 | |

7456 1290 0006 3110 3002

UNCER #D, 22853-0560 4008 148

Postmark Here

Sent To U.S. DEPT. OF JUSTICE
Street, Apt. No.; or PO Box No. 600 East St., N.W.
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

Ex: F-29

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION, 22853-050

Address: F.C.I Allenwood [MED.]
P.O. Box 2000
White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE (F.O.I.A)

Address: 600 East Street, N.W.
Washington, DC. 20530

CERT. MAIL NO. # 7003-3110-0006-1290-9541

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

LAB REPORT FOR FEDERAL CRIMINAL CASE #99-6144-01, & 99-753(ATL), THE LAB REPORT HAVE BEEN REQUESTED BY CONCEPCION, SEVERAL TIMES OF WHICH "HE HAS NOT RECEIVED AS OF THE ENCLOSED DATE."

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C. 1-207

Executed on (date): July 31, 2006

Social Security No.: 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

Date of Birth: 5-29-1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

Ex: F-31

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CONCEPCION 920853250 Unit 4-B

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

7003 3110 0006 1290 9572

Sent To
F B I FOIPA
Street, Apt. No.; 935 Pennsylvania Ave. N.W.
or PO Box No.
City, State, ZIP+4
Washington, DC. 20535-000

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of
Investigation
Chief, FOIPA Section
935 Pennsylvania Ave. N.W.
Dept. of Justice
Washington, DC. 20535-000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003-3110-0006-1290-9572

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION, #22853-050

Address: F.C.I Allenwood P.O.Box 2000
White Deer, PA. 17887

_____

Agency Name: Federal Bureau of Investigation

Address: Chief, F.O.I.A Section
935 Pennsylvania Ave. N.W.
Washington, DC. 20535-0001

CERT. MAIL NO. 7003-3110-0006-1290-9572

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

LAB REPORT FOR FEDERAL CRIMINAL CASE #99-6144-
01, & 99-753(ATL). " THE LAB REPORT HAVE BEEN
REQUESTED BY CONCEPCION, SEVERAL TIMES OF WHICH HE Ht
NOT RECEIVED AS OF THE ENCLOSED DATE."

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.CC.1-207

Executed on (date): August 14, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

SEP 2 ... 2006

Requester: Alberto Concepcion _____   Request Number: 06-1738

Subject of Request: Self _____

Dear Requester:

     Your request for records under the Freedom of Information
Act/Privacy Act has been processed.  This letter constitutes a reply
from the Executive Office for United States Attorneys, the official
recordkeeper for all records located in this office and the various
United States Attorneys' offices.  To provide the greatest degree of
access authorized by the Freedom of Information Act and the Privacy
Act, we have considered your request in light of the provisions of
both statutes.

     All of the records you seek are being made available to you.
We have also processed your request under the Freedom of Information
Act and are making all records required to be released, or
considered appropriate for release as a matter of discretion,
available to you.  **This letter is a full release.**

     [ ]  A review of the material revealed documents which:

     [ ]  originated with another government component.  These
records were referred to the component(s) listed for review and
direct response to you:_____.

     [ ]  are public records which may be obtained from the clerk of
the court or this office, upon specific request, subject to a
copying fee.

     [ ]  A review/search/copying fee is being assessed for the
processing of your request.  Please send a certified check or money
order for $_____, payable to the Treasury of the United States,
within thirty (30) days.  Payment should be mailed to the Freedom of
Information Act/Privacy Act Unit, 600 E Street, N.W., Room 7300,
Washington, DC 20530.

Ex: F-33

(Page 1 of 2)
Form No. 021A - 7/01

You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.  20530-0001.**  Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

This is the final action this office will take concerning your request.

Sincerely,

William G. Stewart II
Acting Assistant Director

Enclosures

Ex: F-34

(Page 2 of 2)
Form No. 021A - 7/01

REQUESTER: Alberto Concepcion

FOIA FILE#: 06-1738

# DOCUMENTS Released in Full "RIF"

16 pages

Ex: F-35

1999R02650
cam

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. |
| v. | : | 21 U.S.C. §§ 841, 846 and 853 |
| | | 18 U.S.C. § 2 |
| ALBERTO CONCEPCION, | : | |
| a/k/a "Bert," | | |
| WALTER ROMAN, | : | |
| JULIO CANALES, | | Ex: F-36 |
| ANA NEGRON, | : | |
| JORGE RETAMAR, | | |
| a/k/a "Darkman" | : | |
| and | | |
| WANDA SANTIAGO | : | I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey,
sitting at Newark, charges:

COUNT 1

From at least on or about May 1, 1998, through on or
about December 16, 1999, in Essex County, in the District of New
Jersey, and elsewhere, defendants

ALBERTO CONCEPCION,
a/k/a "Bert,"
WALTER ROMAN,
JULIO CANALES,
ANA NEGRON,
JORGE RETAMAR,
a/k/a "Darkman,"
and
WANDA SANTIAGO

did knowingly and intentionally conspire and agree with one
another and with others to distribute and to possess with intent

to distribute more than 100 grams of heroin, a Schedule I
narcotic drug controlled substance, contrary to Title 21, United
States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section
846.

Ex: F-37

(b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant ALBERTO CONCEPCION, a/k/a "Bert" up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

_____
ROBERT J. CLEARY
United States Attorney

Ex:F-38

**TO:** U.S. DEPARTMENT OF JUSTICE
600 E. Street, N.W.
Washington, DC. 20530
**ATT:** DONNA PRESTON, AND/OR
THE EXECUTIVE PERSONEL

**FROM:** ALBERTO CONCEPCION, #22853-050
F.C.I Allenwood P.O. Box 2000
White Deer, PA. 17887

Dear Ms. Preston, and/or the Executive Personel: I, ALBERTO CON-CEPCION, have given my sister Vilma Cruz, **"POWER OF ATTORNEY"** for the purpose of getting any, & all documents pertaining to Federal Criminal Case #99-6144-01, & 99-753(AJL). **See,** the attached documents pages 1, through 3, for more detail. The requested **"LAB REPORT"** is to be stamp [CERTIFIED] as a true, & correct copy of the original with a date, time, & the name of the person who issued said requested document(s).

Please include **"any other unmentioned tests, and/or documents"** regarding to the lab results. I hereby respectfully request for an expeditious response to this request.

Respectfully Requested, &
Submitted By:

**DATED:** August 29, 2006

*Alberto Concepcion* ©
ALBERTO CONCEPCION

c.c. file

CERTIFIED MAIL NO. _____

Ex: F-39

## FREEDOM OF INFORMATION ACT REQUEST

EX-40

Requester: ALBERTO CONCEPCION©, 22853-050

Address: F.C.I Allenwood [MED]
P.O. Box 2000
White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: 600 East Street N.W.
Washington, D.C. 20530

ATT: DONNA PRESTON AND/OR
THE EXECUTIVE PERSONEL

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

LAB REPORT FOR FEDERAL CRIMINAL CASE #99-6144-01, & 99-753(ATT). PLEASE INCLUDE ANY OTHER UNMENTIONED TESTS, AND/OR DOCUMENTS REGARDING TO THE LAB RESULTS.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion©, Without Prejudice U.C C.1-207

Executed on (date): August 29, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: 8-29-2006

MAG. JUDGE NO. 99-6144-01

CRIMINAL NO. 99-753 (AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAG. JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Ex: F-41

Alberto Concepcion © Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ALBERTO CONCEPCION© #22853-050

Current Address  F.C.I Allenwood  P.O.Box 2000 White Deer, PA, 17887

Date of Birth  May 29, 1968

Place of Birth  Newark, New Jersey

Social Security Number [2]  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  Alberto/Concepcion©   Date  August 29, 2006
Without Prejudice U.C.C. 1-207

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

Ex: F-42

PAGE 3 OF 3

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/08

FORM DOJ-361
FEB 95

Exit F-43

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Corrected © 22853-050

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To
Executive Office for the U.S. Attorneys
Street, Apt. No.;
or PO Box No. 600 E. Street, N.W.
City, State, ZIP+4
Washington, DC. 20530

PS Form 3800, June 2002          See Reverse for Instructions

7003 3110 0006 1296 3376

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Executive Office For
The U.S. Attorneys
600 E. Street N.W.
Washington, DC. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003-3110-0006-1296-3376

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

<u>Requester:</u> ALBERTO CONCEPCION © 22853-050

<u>Address:</u> F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

<u>Agency Name:</u> Executive Office for the U.S. ATTORNEYS

<u>Address:</u> 600 E. Street, N.W.

Washington, DC. 20530

CERT. MAIL NO. #7003-3110-0006-1296-3376

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

<u>Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case #99-6144-01-06, & 99-753(AJL); & a "Certified Copy of the Lab Report" for the above Federal Criminal Case. If there is no Lab Report for the above criminal case, Please put it in writing, & forward a copy of that response to both CONCEPCION, & VILMA CRUZ. THANK YOU!!!</u>

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

<u>Signature:</u> Alberto Concepcion © Without Prejudice

Executed on (date): October 13, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 13, 2006

MAGISTRATE NO. 99-6144-01
CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

CERT. MAIL NO.# 7003-3110-0006-1296-3376

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletion or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely, Ex: F-45

Alberto Concepcion© Without Prejudice U.C.C. 1-207

REG. NO. /22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _ALBERTO CONCEPCION☺ 22853-050_

Current Address _F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _May 29, 1968_

Place of Birth _Newark, New Jersey_

Social Security Number [2] _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_

_CERT. MAIL NO. #7003-3110-0006-1296-3376_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Alberto Concepcion☺_             Date _October 13, 2006_
_Without Prejudice U.C.C 1-207_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040_
                              (Print of Type Name)

                              Ex: F-46

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

Ex. I-47

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7003 3110 0006 1296 3369

CONCEPCION© 22853-050 Unit 4-B

| | | |
|---|---|---|
| Postage | $ | .63 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here

Sent To U.S. DEPT. OF JUSTICE F.B.I.
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave., N.W.
City, State, ZIP+4 Washington, DC 20535-0001

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPT. OF JUSTICE
Federal Bureau of Investigation
935 Pennsylvania Ave, N.W.
Washington, DC 20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
10-23-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003-3110-0006-1296-3369

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: Federal Bureau of Investigation

935 Pennsylvania Ave., N.W.

Washington, DC. 20535

CERT. MAIL NO. 7003-3110-0006-1296-3369

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Requesting for the serial numbers, & dates [ONLY] on all the audio

tapes for Federal Criminal Case #99-6144-01-06, & 99-753(AJL); & a

"Certified Copy of the Lab Report" for the above Federal Crim. Case."

If there is no Lab Report for the above Federal Criminal Case,

please put it in writing , & forward copy to CONCEPCION, & CRUZ.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C.1-207

Executed on (date): October 13, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 13, 2006

MAGISTRATE no. 99-6144-01
CRIMINAL NO. 99-753 (ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

Ex: F-49

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ALBERTO CONCEPCION, ©#22853-050

Current Address  F.C.I Allenwood P.O. Box 2000 White Deer, PA, 17887

Date of Birth  May 29, 1968

Place of Birth  Newark, New Jersey

Social Security Number [2]  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  Alberto /Concepcion @
                Without Prejudice U.C.C 1-207          Date  October 13, 2006

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

Ex: F-50

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

PAGE 3 OF 3

FORM DOJ-361
FEB 95

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CONCEPCION @ 22853-080

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To F.B.I
Street, Apt. No.; or PO Box No. 1 Gateway Plaza
City, State, ZIP+4 Newark, New Jersey 07102

PS Form 3800, June 2002          See Reverse for Instructions

7003 3110 0006 1296 3383

Ex: F-51

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: Federal Bureau of Investigation

Address: 1 Gateway Plaza

Newark, New Jersey

CERT. MAIL no.# 7003-3110-0006-1296-3383

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

The serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case

#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above

Federal Criminal Case. If there is no Lab Report for the above criminal case,

please put it in writing, & forward a copy of that response to CONCEPCION, & CRUZ.

THANK YOU!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C. 1-207

Executed on (date): October 20, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

Ex: F-58

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 30, 2006

MAGISTRATE NO. 99-6144-01

CRIMINAL NO. 99-753(ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST


TO WHOM IT MAY CONCERN


    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,    Ex: F-53

Alberto Concepcion, Without Prejudice U.C.C. 1-207

REG. NO. /22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000    PAGE 2 OF 3

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION © 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: Federal Bureau of Investigation

Address: 1 Gateway Plaza

Newark, New Jersey 07102

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C.1-207

Executed on (date): October 24 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 24, 2006

MAGISTRATE NO. 99-6144-01-06
CRIMINAL NO. 99-753 (ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Ex: F-55

Alberto Concepcion @ Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _ALBERTO CONCEPCION© 22853-050_

Current Address _F.C.I Allenwood P.O.Box 2000 White Deer, PA. 17887_

Date of Birth _May 29, 1968_

Place of Birth _Newark, New Jersey_

Social Security Number [2] _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_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Alberto Concepcion©_
_Without Prejudice U.C.C. 1-207_          Date _October 24, 2006_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave, Maplewood, New Jersey 07040_
(Print or Type Name)

Ex: F-56

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 13108

PAGE 3 OF 3

FORM DOJ-361
FEB 95

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© #22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE [F.O.I.A]

Address: BICN BLDG. Room 7300

600 E. Street, N.W.

Washington, D.C. 20530

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C.1-207

Executed on (date): October 24, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION © # 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, P4. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: Federal Bureau of Investigation [F.O.I.A]

935 Pennsylvania Ave., N.W.

Washington, DC. 20535



Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto/Concepcion © Without Prejudice U.C.C.1-207

Executed on (date): October 24, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPTION, #22853-050

Address: F.C.I Allenwood [MED]
P.O. Box 2000
White Deer, PA, 17887

Agency Name: NEWARK, F.B.I

Address: 111 Center Place
Newark, New Jersey 07102

_____

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers [ONLY] for any, & all of the audio tapes for Federal Criminal Case # 99-C144-01, & 99-753(AJL); as well as the "LAB REPORT" for this specific Criminal Case certified as a true, & correct copy of the original.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C.1-207

Executed on (date): November 1, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

DATE: 11-1-2006

MAGISTRATE NO. 99-6144-01-06
CRIMINAL NO. 99-753(ATL)

REG.# 22853-050

DATE OF SENTENCE July 7, 2000

DOB. May 29, 1968

CHARGE/CONVIT.# HEROIN

POB. Newark, New Jersey

US DIST. COURT OF Newark, New Jersey

SSN.# 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

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

Ex: F-60

Alberto Concepcion, Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   ALBERTO CONCEPCION, 22853-050

Current Address   E.C.I Allenwood P.O. Box 2000 White Deer PA, 17887

Date of Birth   May 29, 1968

Place of Birth   Newark, New Jersey

Social Security Number [2]   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]   Alberto Concepcion
without Prejudice U.C.C. 1-207                    Date November 1, 2006

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552b(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave, Maplewood, New Jersey 27040
                        (Print or Type Name)

Ex: F-61

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

PAGE 3 OF 3

FORM DOJ-361
FEB. 95

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION (S)

Address: F.C.I Allenwood [MED]

P.O.Box 2000

White Deer, PA. 17887

Agency Name: Federal Bureau of Investigation

Address: 111 Center Place

Newark, New Jersey 07102

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

**Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case**

**#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the**

**above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL**

**CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE**

**REQUESTER." THANK YOU !!!!**

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto/Concepcion (S) Without Prejudice U.C.C.1-207

Executed on (date): November 8, 2006

Social Security No.: 136 08 6035

Date of Birth: May 27, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

Ex:F-63

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7003 3110 0006 1294 8359

For delivery information visit our website at www.usps.com®

Concepcion 22853-050 Unit 4-B

| | | |
|---|---|---|
| Postage | $ | .63 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.88 |

Postmark Here    NOV 3 2000

Sent To
Federal Bureau of Investigation
Street, Apt. No; or PO Box No. 111 Center Place
City, State, ZIP+4 Newark, New Jersey 07102

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of
Investigation
111 Center Place
Newark, New Jersey 07102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003-3110-0006-1294--8359

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

<u>FREEDOM OF INFORMATION ACT REQUEST</u>

<u>Requester:</u> ALBERTO CONCEPCION©

<u>Address:</u> F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

<u>Agency Name:</u> Federal Bureau of Investigation

<u>Address:</u> 111 Center Place

Newark, New Jersey 07102

CERT. MAIL NO. # 7003-3110-0006-1294-8359

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

**Serial numbers, & dates [ONLY] on all the** audio tapes **for Federal Criminl Case**

**#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the**

**above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL**

**CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE**

**REQUESTER." THANK YOU !!!!**

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

<u>Signature:</u> Alberto Concepcion©, Without Prejudice U.C.C.1-207

Executed on (date): November 7, 2006

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION©

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 136 68 6035

DATE: 11-7-2006

MAGISTRATE no. 99-6144-01

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

## TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Ex: F-65

Alberto Concepcion, Without Prejudice U.C.C. 1-207

REG. NO. / 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ALBERTO CONCEPCION © 22853-050

Current Address  F.C.I Allenwood P.O. Box 2000 White Deer, PA, 17887

Date of Birth  May 29, 1968

Place of Birth  Newark, New Jersey

Social Security Number [2]  136686035

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  Alberto /Concepcion ©
        Without Prejudice U.C.C. 1-207          Date  11-7-2006

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
                    (Print or Type Name)

                                    Ex: F-66

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION ©

Address: F.C.I Allenwood [MED]
P.O. Box 2000
White Deer, PA. 17887

Agency Name: NEWARK FEDERAL BUREAU OF INVESTIGATION

Address: 111 Center Place
Newark, New Jersey 07102

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion © Without Prejudice U.C.C. 1-207

Executed on (date): November 14, 2006

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION ©

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 136 68 6035

DATE: _____

MAGISTRATE NO. 99-6144-01
CRIMINAL NO. 99-753 (AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEWARK, NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Ex: F-68

Alberto Concepcion © Without Prejudice U.C.C. 1-207

REG. NO. / 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

**U.S. Department of Justice**

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden should be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _ALBERTO CONCEPCION, 22853-050_

Current Address _F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _May 29, 1968_

Place of Birth _Newark, New Jersey_

Social Security Number [2] _136 68 6035_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Alberto Concepcion_    Date _November 14, 2006_
_Without Prejudice U.C.C. 1-207_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040_
(Print or Type Name)

Ex: F-69

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

PAGE 3 OF 3

FORM DOJ-361
FEB 95

EX-F-70

7003 3110 0006 1296 2720

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

**For delivery information visit our website at www.usps.com®**

CONVERTON 22853050 Unit 4-B

| | | |
|---|---|---|
| Postage | $ | .63 |
| Certified Fee | | 2.40 |
| Return Reciept Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here

Sent To
_Federal Bureau of Investigation_
Street, Apt. No.; or PO Box No _111 Center Place_
City, State, ZIP+4 _Newark, New Jersey 07102_

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEDERAL BUREAU OF
INVESTIGATION
111 Center Place
Newark, New Jersey 07102
ATT: DEPUTY AGENT

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Reciept for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number _7003-3110-0006-1296-2720_
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION, ©

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: NEWARK FEDERAL BUREAU OF INVESTIGATION

Address: 111 Center Place

Newark, New Jersey 07102

CERT. MAIL NO. #7003-3110-0006-1296-2720

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C 1-207

Executed on (date): November 14, 2006

Social Security No.: 136 68 6035

Date of Birth: May 29, 1965

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. NEWARK, NEW JERSEY

SSN.# 136 68 6035

DATE: _____

MAGISTRATE NO. 99-6144-01
CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEWARK, NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    **FREEDOM OF INFORMATION/PRIVACY ACT REQUEST**

**TO WHOM IT MAY CONCERN**

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

Ex: F-72

Alberto Concepcion, Without Prejudice U.C.C.1-207

REG. NO. / 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _ALBERTO CONCEPCION© 22853-050_

Current Address _F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _May 29, 1968_

Place of Birth _Newark, New Jersey_

Social Security Number [2] _136 68 6035_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Alberto/oncepcion©_                    Date _November 14, 2006_
          _Without Prejudice U.C.C 1-207_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave. Maplewood, New Jersey 07040_
(Print or Type Name)

Ex: F-73

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

PAGE 3 OF 3

FORM DOJ-361
FEB 95



Ex F-74

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

7003 3110 0006 1296 4830

Conception 22853-050 Unit 4-B

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here — JAN 3 2007

Sent To
U.S. DEPT. OF JUSTICE [E.O.T.A]
Street, Apt. No.; or PO Box No. 600 East St., N.W.
City, State, ZIP+4
Washington, DC. 20530

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

U.S. DEPT. OF JUSTICE
600 East Street, N.W., CRM 3001
Washington, DC. 20530
"LEGAL MATTER"

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent   ☐ Addressee

B. Received by ( Printed Name) /07   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7003 3110 0006 1296 4830

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S.DEPT. OF JUSTICE [F.O.I.A]

Address: 600 East Street, N.W. [ROOM 7300]

Washington, DC. 20530

CERT. MAIL NO. 7003-3110-0006-1296-4830

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Requesting for a copy of the "LAB REPORT" for Federal Criminal Case #99-6144-01, & 99-753(AJL). See, page 2, for more details, & information. If the lab report don't exist, please put it in writing.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C.1-207

Executed on (date): December 28, 2006

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey 07102

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 136 68 6035

DATE: December 28, 2006

MAGISTRATE no. 99-6144-01

CRIMINAL NO.  99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HERION

US DIST. COURT OF NEWARK, NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST


TO WHOM IT MAY CONCERN


    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

# Ex: F-76

Alberto Concepcion, Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _ALBERTO CONCEPCION © 22853-050_

Current Address _F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _May 29, 1968_

Place of Birth _Newark, New Jersey_

Social Security Number [2]  _136  68  6035_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  _Alberto Concepcion ©_
_Without Prejudice U.C.C. 1-207_          Date _12-28-2006_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040_
(Print or Type Name)

**Ex: F-77**

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/08

_PAGE 3 OF 3_

FORM DOJ-361
FEB 95

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22853-050

Address: F.C.I Allenwood [MED]

P.O. BOX 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: Federal Bureau Of Investigation

935 Pennsylvania Ave, N.W.

Washington, D.C. 20535 - 0001

[ REGULAR MAIL ]                          [ LAST REQUEST ]

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case

#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the

above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL

CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE

REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C 1-207

Executed on (date): March 14, 2007

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, N.J

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

DATE: March 14, 2007

NAME: ALBERTO CONCEPCION ®

MAG. Judge No. 99-6144-07
CRIMINAL NO. 99-753(AJL)

REG.# 22853-050

DATE OF SENTENCE July 7, 2000

DOB. 5-29-1968

CHARGE/CONVIT.# HEROIN

POB. Newark, New Jersey

US DIST. COURT OF NEWARK, NEW JERSEY

SSN.# 136 68 6035

US DIST. JUDGE ALFRED J. LECHNER, JR.

MAG. JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST


TO WHOM IT MAY CONCERN


Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,        Ex: F-79

Alberto Concepcion © Without Prejudice U.C.C. 1-207

REG. NO. /22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _ALBERTO CONCEPCION© 22853-050_

Citizenship Status [2] _Sovereign American_ Social Security Number [3] _136 68 6035_

Current Address _F.C.I. Allenwood P.O. Box 2000 White Deer, PA, 17887_

Date of Birth _May 29, 1968_    Place of Birth _Newark, New Jersey_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Alberto Concepcion©_    Date _March 14, 2007_
_Without Prejudice U.C.C. 1-207_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave. Maplewood, New Jersey 07040_
Print or Type Name

EX: F-80

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.



Ex F-81

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CONCEPTION° 22853050  Unit 4-B

| | |
|---|---|
| Postage | $ .03 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To
U.S. DEPT OF JUSTICE F.B.I. [F.O.I.A]
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave, N.W.
City, State, ZIP+4 Washington, DC 20535-0001

PS Form 3800, August 2006     See Reverse for Instructions

7006 2150 0004 7651 3173

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPT. OF JUSTICE
Federal Bureau Of Investigation
935 Pennsylvania Ave. N.W.
Washington, DC 20535-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
D.W. Jones/M   2-1-7

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*
7006-2150-0004-7651-3173

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: FEDERAL BUREAU OF INVESTIGATION

935 Pennsylvania Ave., N.W.

Washington, DC. 20535-0001

CERT. RETURN RECEIPT NO. 7006-2150-0004-7651-3173

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

LAST REQUEST

Signature: Alberto Concepcion© without Prejudice U.C.C. 1-207

Executed on (date): March 14, 2007

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jercey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. 5-29-1968

POB. Newark, New Jersey

SSN.# 136 68 6035

DATE: March 14, 2007

MAG. JUDGE NO. 99-6144-01

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAG. JUDGE RONALD J. HEDGES

RE: <u>FREEDOM OF INFORMATION/PRIVACY ACT REQUEST</u>

<u>TO WHOM IT MAY CONCERN</u>

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of <u>all</u> records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely, Ex: F-83

Alberto Concepcion, Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _ALBERTO CONCEPCION ©_

Citizenship Status [2] _Sovereign American_ Social Security Number [3] _136 68 6035_

Current Address _F.C.I Allenwood P.O. Box 2000 White Deer, PA, 17887_

Date of Birth _May 29, 1968_  Place of Birth _Newark, New Jersey_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Alberto/Concepcion ©_     Date _March 14, 2007_
_Without Prejudice U.C.C. 1-207_

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave, Maplewood, New Jersey 07040_
Print or Type Name

EX: F-84

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CONCEPCION, 22853-050 Unit 4-B

| Postage | $ | .63 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.03 |

Postmark Here

Sent To
CO-DIRECTOR OFFICE OF INFO. PRIVACY
Street, Apt. No. or PO Box No. 425 New York Ave., N.W
City, State, ZIP+4 Washington, DC, 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0004 7651 3166

Ex: F-85

```
TO: CO-DIRECTOR, OFFICE OF        :   FROM: ALBERTO CONCEPCION,
    INFORMATION PRIVACY           :         Fed. Reg. No. 22853-050
    U.S. DERT. OF JUSTICE         :         F.C.I Allenwood [MED]
    1425 New York Ave., N.W.      :         White Deer, PA. 17887
    Washington, D.C 20530-0001    :
                                  :
```

REQUEST NO. <u>1030134-000</u>            SUBJECT: ALBERTO CONCEPCION

---

### NOTICE OF APPEAL

---

**TO WHOM IT MAY CONCERN:** I ALBERTO CONCEPCION, hereby **"APPEAL"** the
denial request of the **"LAB REPORT"** for Federal Criminal Case #<u>99-6144-01</u>,
& <u>99-753(AJL)</u>, of which I received on <u>Feb. 12,2007</u>. **SEE,** Ex: R-1 - R-5,
herewith. CONCEPCION, respectfully request for an expeditious response
to this Appeal.

                                        Respectfully Requested, &
                                        Submitted By:

DATED: <u>MARCH 14,2007</u>              _Alberto Concepcion_
                                        ALBERTO CONCEPCION


c.c.  FILE;  &

      CERT. MAIL TO THE ABOVE [CO-DIRECTOR]
      ADDRESS NO. #<u>7006-2150-0004-7651-3166</u>

Ex: F-86



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)*

Requester: Alberto Concepcion

Request Number: 07-49          Date of Receipt: March 14, 2006

Subject: Self (Lab Report)

MAY 16 2007

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.  [ ]   A search for records located in EOUSA - _____ has revealed no responsive records regarding the above subject.

2.  [X]   A search for records located in the United States Attorney's Office(s) for the District of New Jersey has revealed no responsive records regarding the above subject. ***The District has informed us that the Lab Reports are not contained in their files.***

3.  [ ]   After an extensive search, the records which you have requested cannot be located.

4.  [ ]   Your records have been destroyed pursuant to Department of Justice guidelines.

5.  [ ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Assistant Director

Ex: F-87

Form No. 005 - 3/07

Ex: F-88

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Concepcion, 22853-050 Unit 4-A

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

7006 2150 0004 7651 7409

Sent To
OFFICE OF INFO, & PRIVACY
Street, Apt. No.; or PO Box No. 425 New York Ave. Suite 11050
City, State, ZIP+4
Washington, D.C. 20530 - 0001

PS Form 3800, August 2006    See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to: <br> *(illegible handwriting)* | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☑ No <br><br> 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☑ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number *(Transfer from service label)*  7006 2150 0004 7651 7409 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

TO: THE OFFICE OF INFORMATION, &        : FROM: ALBERTO CONCEPCION,
    PRIVACY                             :       Fed.Reg. No. #22853-050
    U.S. DEPT. OF JUSTICE               :       F.C.I Allenwood [MED]
    1425 New York Ave. [SUITE 11050]:           P.O. Box 2000
    Washington, D.C. 20530-0001         :       White Deer, PA. 17887
                                        :
_____ :
                                        :
REQUEST NO. 07-49                       :
                                        :       _____
SUBJECT: LAB REPORT REQUEST             :       NOTICE OF APPEAL
                                        :
_____ :       _____


S.S.N. #136 68 6035
D.O.B. May 29,1968
P.O.B. NEWARK, NEW JERSEY
MAGISTRATE JUDGE: RONALD J. HEDGES, #99-6144-01.
TRIAL JUDGE: ALFRED J. LECHNER JR., #2:99-CR-753(AJL), AND/OR
             99-753(AJL).
ARRESTING AGENCIES: NEWARK, NEW JERSEY F.B.I AGENCY; & THE STATE
                    ESSEX COUNTY SHERIFF [B.O.N] DEPARTMENT.
PROSECUTING OFFICIALS: U.S. ATTORNEYS OFFICE FROM NEWARK, NEW JERSEY; &
                       THE STATE EESEX COUNTY PROSECUTORS OFFICE.


   **TO WHOM IT MAY CONCERN:** The information requested herein [DISCLOSURE
OF LAB REPORT, & ALL CONNECTED DOCUMENTS OF TESTS] is made pursuant to
the F.O.I.A 5 U.S.C. § 552, as Amended, & 5 U.S.C. § 552(a), of the Pri-
vacy Act of 1974. I, the requester herein respectfully request for the
**"FULL DISCLOSURE, & RELEASE OF ALL RECORDS"** in possession of this Depart-
ment, Agency, or Office on myself, or **"ANY"** reference to me, and/or the
above federal criminal case, including **"ANY"** data contained in the files
of this Department, Agency, or Office, & **"ANY"** State, or Federal Depart-
ment(s), Agencies, and/or Offices listed above in regard to said re-
quester, & case; **"OF WHICH A LAB REPORT MUST EXIST FOR THE ABOVE CRIMINAL
CASE"**. See, Brady v. Maryland, 10 L.Ed 2d 215 (S.Ct. 1963); & Jencks v.
United States, 1 L.Ed 2d 1103 (S.Ct. 1957).

Ex: F-89

1. CONCEPCION, asserts, & contends that said corrupted, & etc., A.U.S.A et al., involved in criminal case #99-753(AJL), destroyed evidence, fabricated evidence, & etc., which involved the requested lab report, & information in regard to the requested lab report in there attempt to cover up there perjury generally, subornation of perjury, false declarations before the Grand Jury, & Court, & etc., in the above criminal case.

2. **IN SHORT**: If this Department, Agency, or Office **"CANNOT LOCATE"** the requester's requested information **[LAB REPORT]** for Federal Criminal Case #99-753(AJL), please put it in writing that a **"LAB REPORT DOES NOT EXIST"** with this Department, Agency, or Office; & what Department(s), Agencies, and/or Office(s) **"IF ANY"** were contacted in an attempt to locate a lab report for the above criminal case with said individual(s) name, address(es), & phone number(s), including any other unmentioned information pertaining to the requester, and/or his request.

3. I will pay **"ANY"** fees for these records, & information as mentioned by the statute(s).

4. As provided by the Act of 5 U.S.C. § 552(f)(5), & (6)(A)(i); I respectfully will expect a response to this request within twenty (20) working days of receipt of this Cert. Return Receipt Mail #7006-2150-0004-7651-7409.

## OATH

Under penalty of perjury I, ALBERTO CONCEPCION, declare that the foregoing information is true, & correct to the best of my knowledge pursuant to title 28 U.S.C. § 1746. Ex: F-90

2

DATED: June 13,2007

Respectfully Requested, &
Submitted By:

Alberto Concepcion©the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

c.c.  file

Ex: F-91

Ex: F-98

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 2150 0004 7651 4835

CONCEPCION, 22853-050

| | |
|---|---|
| Postage | $ .80 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.50 |

Postmark Here
WHITE DEER PA 17887

Sent To OFFICE OF INFO. & PRIVACY

Street, Apt. No.; or PO Box No. 425 New York Ave. [SUITE 11050]

City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF INFORMATION
& PRIVACY
U.S. DEPT. OF JUSTICE
425 New York Ave. [SUITE 11050]
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                      2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7006 2150 0004 7651 4835

3 Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

TO: THE OFFICE OF INFORMATION, &      :     FROM: ALBERTO CONCEPCION,
    PRIVACY                           :           Fed. Reg. No. #22853-050
    U.S. DEPT. OF JUSTICE             :           F.C.I Allenwood [MED]
    1425 New York Ave. [SUITE 11050]  :           P.O. Box 2000
    Washington, D.C. 20530-0001       :           White Deer, PA. 17887
                                      :
_____   :     _____
                                      :
                                      :
REQUEST NO. 1062945-000               :
                                      :
SUBJECT: LAB REPORT REQUEST, & THE    :
         RESPONSIVE RECORD IN THEIR   :           NOTICE OF APPEAL
         ENTIRETIES                   :
                                      :
_____   :     _____

S.S.N. #136 68 6035       $Ex:F-93$
D.O.B. May 29,1968
P.O.B. NEWARK, NEW JERSEY
MAGISTRATE JUDGE: RONALD J. HEDGES, #99-6144-01.
TRIAL JUDGE: ALFRED J. LECHNER JR., #2:99-CR-753(AJL), AND/OR
             99-753(AJL).
ARRESTING AGENCIES: NEWARK, NEW JERSEY F.B.I AGENCY; & THE STATE
                    ESSEX COUNTY SHERIFF [B.O.N] DEPARTMENT.
PROSECUTING OFFICIALS: U.S. ATTORNEYS OFFICE FROM NEWARK, NEW JERSEY; &
                       THE STATE ESSEX COUNTY PROSECUTORS OFFICE.


        Identification request in accordance with 28 C.F.R. § 16.41(d).


        **TO WHOM IT MAY CONCERN:** The information requested herein [SPECIFI-

CALLY THE DISCLOSURE OF THE **"LAB REPORT"**, & ALL OF THE CONNECTED DOCUMENTS

**"TO THE LAB REPORT TESTS, & RESULTS"**, & THE REMAINING 23 PAGES OUT OF THE

51 PAGES THAT **"WERE NOT PROVIDED (AS WAS ORDER TO BE RELEASE BY THE U.S.**

**DEPT. OF JUSTICE, OFFICE OF INFO., & PRIVACY")** BY THE NEWARK FILED OFFICE

OF THE FEDERAL BUREAU OF INVESTIGATION. **SEE,** THE F.O.I.A DOCUMENT DATED

JUNE 20,2007, ATTACHED HEREIN] is made pursuant to the F.O.I.A 5 U.S.C. §

552, as Amended, & 5 U.S.C. § 552(a), of the Privacy Act of 1974. I, the

requester herein **"respectfully"** request for the **"FULL DISCLOSURE, & RE-**

**LEASE OF ALL RECORDS"** in possession of this Department, Agency, or Office

on myself, or **"ANY"** reference to me, and/or the above federal criminal

case, including **"ANY"** data contained in the files of this Department, Agency, or Office, & **"ANY"** State, or Federal Department(s), Agencies, and/ or Offices listed above in regard to said requester, & case; **"OF WHICH A LAB REPORT MUST EXIST FOR THE ABOVE CRIMINAL CASE"**. See, <u>Brady v. Maryland</u>, 10 L.Ed 2d 215 (S.Ct. 1963); & <u>Jencks v. United States</u>, 1 L.Ed 2d 1103 (S.Ct. 1957).

1. CONCEPCION, asserts, & contends that said **"corrupted, & etc., A.U.S.A et al.",** involved in criminal case #<u>99-753(AJL)</u>, "destroyed evidence, fabricated evidence, & etc., which involved the requested lab report, & information in regard to the requested lab report in there attempt **"to cover-up"** there perjury generally, subornation of perjury, false declarations before the Grand Jury, & Court, & etc., in the above criminal case".

2. **<u>IN SHORT</u>:** If this Department, Agency, or Office **"CANNOT LOCATE"** the requester's requested information **[<u>SPECIFICALLY THE LAB REPORT</u>]** for Federal Criminal Case #<u>99-753(AJL)</u>, please put it in writing that a **"LAB REPORT DOES NOT EXIST"** with this Department, Agency, or Office; & what Department(s), Agencies, and/or Offices **"IF ANY"** were contacted in an attempt to locate a lab report for the above criminal case with said individual(s) name, address(es), & phone number(s), including any other unmentioned information pertaining to the requester, and/or his request.

3. Once again, I will pay **"ANY"** fees for these records, & information as mentioned by the statute(s).

4. As provided by the Act of 5 U.S.C. § 552(f)(5), & (6)(A)(i); I respectfully will expect a response to this request within twenty (20) working days of receipt of this Cert. Return Receipt Mail #<u>7006-2150-0004-7651-4835</u>.  Ex: F-94

2

<u>OATH</u>

Under penalty of perjury  I, <u>ALBERTO CONCEPCION</u>, declare that the foregoing information is true, & correct to the best of my knowledge pursuant to title 28 U.S.C. § 1746.

**DATED:** <u>June 29,2007</u>

Respectfully Requested, & Submitted By;

Alberto Concepcion, the Sovereign, Secured Party, & Creditor on behalf of STRAW-MAN, & DEBTOR ALBERTO CONCEPCION

c.c. file

Ex: F-95

3



U.S. Department of Justice

Office of Information and Privacy

_____

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUN 2 0 2007

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution          Re:    Appeal Nos. 07-0678 & 07-1156
Post Office Box 2000                              Request No. 1030134
White Deer, PA  17887                             ADW:ALB

Dear Mr. Concepcion:

　　　You appealed from the action of the Newark Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

　　　After carefully considering your appeal, and as a result of discussions between FBI personnel and a member of my staff, I am remanding your request for further processing. The FBI initially invoked Exemption 7(A) of the Freedom of Information Act, 5 U.S.C. § 552(b)(7)(A), at the time your request was processed.  However, that exemption, which pertains to records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings, is no longer applicable to withhold all of the responsive records in their entireties.  Accordingly, the FBI will send any and all releasable portions of the responsive records to you directly, subject to any applicable fees.  In fact, a member of my staff has looked into this and found that the FBI anticipates sending responsive records to you by approximately June 22, 2007, under a new request file number (FOIPA 1062945).  You may appeal any future adverse determination made by the FBI.

　　　If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Ex: F-96

Sincerely,

Janice Galli McLeod
Associate Director



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 23, 2007

MR. ALBERTO CONCEPCION
**22853-050
FCI ALLENWOOD
POST OFFICE BOX 2000
WHITE DEER, PA 17887

Request No.: 1083804- 000
Subject: CONCEPCION, ALBERTO

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

Ex:F-97

TO: JUDGE WILLIAM G. BASSLER
    50 Walnut St.
    Newark, New Jersey
    CERT. RETURN RECEIPT NO. 7006-
    2050-0004-7651-5108
    "SECOND REQUEST"

FROM: ALBERTO CONCEPCION, #22853-050
    F.C.I ALLENWOOD [MED.]
    P.O. Box 2000
    White Deer, PA. 17887

DOCUMENTATION   REQUEST

SUBJECT: ALBERTO CONCEPCION
S.S.N. 136 68 6035
D.O.B MAY 29,1968
P.O.B NEWARK, NEW JERSEY
MAGISTRATE JUDGE: RONALD J. HEDGES, #99-6144-01.
FORMER TRIAL JUDGE: ALFRED J. LECHNER JR., #99-753(AJL).
ARRESTING OFFICIALS: ESSEX COUNTY SHERIFF [B.O.N] DEPARTMENT.
PROSECUTING OFFICES: U.S. ATTORNEYS OFFICE FROM NEWARK, NEW JERSEY; &
        THE ESSEX COUNTY PROSECUTORS OFFICE.

    Dear Judge BASSLER, I, ALBERTO CONCEPCION, am "respectfully" request-
ing from you "personally" for the "second time" for a copy of the "submit-
ted Affidavit" filed by former Counselor of Record THOMAS R. ASHLEY, [SEE,
FEDERAL TRANSCRIPT HEREWITH FOR JUNE 30,2000, PAGE 4, ¶ 15, & 16]; & a
copy of the "LAB REPORT" for federal criminal case #99-753(AJL), from your
file(s), or from whomever may have a copy of said requested documents, "OF
WHICH SAID LAB REPORT WAS NOT EVER REQUESTED BY THOMAS R. ASHLEY, FOR THE
ABOVE ALLEGE FEDERAL CRIMINAL CASE", SEE, THE FED.R.CRIM.P., RULE 55, RE-
CORDS.

Ex: F-98

DATED: July 30,2007

Respectfully Requested, &
Submitted By;

Alberto Concepcion, the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION, PRO SE

c.c. file

Certified as a true copy on
This Date: 11/7/01

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : **CRIMINAL COMPLAINT**

v.

FILED

ALBERTO CONCEPCION,
  a/k/a "Bert," DEC 0 9 1999
WALTER ROMAN,
JULIO CANALES,
ANA NEGRON, :
JORGE RETAMAR,
  a/k/a "Darkman," and :
WANDA SANTIAGO

Case No. 99-1.1411-01-06

I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief. From at least on or about May 1, 1998, through on or about December 9, 1999, in Essex County, in the District of New Jersey, and elsewhere, the defendants

ALBERTO CONCEPCION,
a/k/a "Bert,"
WALTER ROMAN,
JULIO CANALES,
ANA NEGRON,
JORGE RETAMAR,
a/k/a "Darkman,"
and
WANDA SANTIAGO

did knowingly and intentionally conspire and agree with each other and with others to distribute and to possess with intent to distribute more than 100 grams of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

Ex: F-99

John Murphy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 9, 1999, at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer



FILED
DEC 0 9 1999

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    **CRIMINAL COMPLAINT**

     v.      :

SHAWN WILLOUGHBY,      :    Case No. QQ - 6145 - C1
     a/k/a "Marque Johnson"

         I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about March 25, 1999, in Essex County, in the District of New Jersey, the defendant, SHAWN WILLOUGHBY, a/k/a "Marque Johnson":

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the State of New Jersey, did knowingly possess in and affecting commerce a firearm, that is a .380 caliber semi-automatic Bryco handgun, serial number 913455,

in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

         I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

         SEE ATTACHMENT A

continued on the attached page and made a part hereof.

Ex: F-100

John Murphy, Special Agent
Federal Bureau of Investigation

Certified as a true copy on
This Date: 10-4-08
By M. D'Agtin
( ) Clerk
( ) Deputy

Sworn to before me and subscribed in my presence,

December 9, 1999, at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :       **CRIMINAL COMPLAINT**

   v.                                              :

DIOSDADO ALGRIN,                           FILED
a/k/a "Chucky"                         DEC 0 9 1999      Case No. 99-6149-01

I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about November 12, 1998, in Essex County, in the District of New Jersey, defendant DIOSADO ALGRIN, a/k/a "Chucky" did:

knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT A

continued on the attached page and made a part hereof.

**Ex: F-101**

John Murphy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 9, 1999, at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

FILED

DEC 0 9 1999

v.

FRANKIE OCASIO

**CRIMINAL COMPLAINT**

Case No. 99-6151-01

I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about June 22, 1999, in Essex County, in the District of New Jersey, the defendant FRANKIE OCASIO:

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the State of New York, did knowingly possess in and affecting commerce ammunition and a firearm, that is a Norinco 9mm assault rifle, loaded with 30 rounds of ammunition,

in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

Ex: F-102

John Murphy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 9, 1999 at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# United States District Court
## District of New Jersey

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **WARRANT FOR ARREST** |
| v. | : | |
| CARLOS VARGAS | : | Case Number: 99-6143-01 |
| a/k/a "C-Man" | | |

Ex: F-103

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Carlos Vargas</u>

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

___ Indictment ___ Information _x_ Complaint ___Order of court ___Violation Notice ___ Probation Violation Petitio

charging him or her with (brief description of offense)

distribution and possession with intent to distribute heroin

in violation of Title ___21___, United States Code, Section(s) __841, 846__

<u>Hon. Ronald J. Hedges</u>
**Name of Issuing Officer**

<u>United States Magistrate Judge</u>
**Title of Issuing Officer**

Signature: Ronald J. Hedges
**Signature of Issuing Officer**

<u>December 9, 1999, Newark, New Jersey</u>
**Date and Location**

Bail fixed at $ _____ by _____

Certified This Date: 10-10-0
By m. Delfin
{ } Clerk
{ } Deputy

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

# *United States District Court*
# *District of New Jersey*

| UNITED STATES OF AMERICA | : | WARRANT FOR ARREST |
|---|---|---|

v.

:

SHAWN WILLOUGHBY
A/k/a "Marque Johnson"

:    Case Number: 9c\-6 1145-01

To:    The United States Marshal
    and any Authorized United States Officer

Ex: F-104

**YOU ARE HEREBY COMMANDED** to arrest    Shawn Willoughby

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

___ Indictment  __ Information  _x_ Complaint  ___Order of court  ___Violation Notice  __ Probation Violation Petition

charging him or her with (brief description of offense)

possession of firearm by convicted felon,

in violation of Title ____18____, United States Code, Section(s)  __922(g)(1) and 2__

| Hon. Ronald J. Hedges | United States Magistrate Judge |
|---|---|
| **Name of Issuing Officer** | **Title of Issuing Officer** |

*Ronald as Mean*

| **Signature of Issuing Officer** | December 9, 1999 Newark, New Jersey |
|---|---|
| | **Date and Location** |

Bail fixed at $ _____ by _____

| **RETURN** |
|---|

This warrant was received and executed with the arrest of the above-named defendant at

_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# United States District Court
## District of New Jersey

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **WARRANT FOR ARREST** |
| v. | : | |
| DIOSDADO ALGRIN | : | Case Number: 99-6149-CX |
| A/k/a "Chucky" | | |

Ex: F-105

To: The United States Marshal
 and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___Diosdado Algrin_____

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

___ Indictment  ___ Information  _x_ Complaint  ___Order of court  ___Violation Notice  ___ Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute heroin

in violation of Title ____21____, United States Code, Section(s) ___841_____
 18                                                   2

Hon. Ronald J. Hedges_____                 United States Magistrate Judge_____
**Name of Issuing Officer**                          **Title of Issuing Officer**

Ravelclle

~~Signature of Issuing Officer~~             December 9, 1999 Newark, New Jersey____
**Signature of Issuing Officer**                     **Date and Location**

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| _____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# United States District Court
## District of New Jersey

| UNITED STATES OF AMERICA | : | **WARRANT FOR ARREST** |
|---|---|---|

v.

FRANKIE OCASIO    :    Case Number: 99 - 6151 - 01

**Ex: F-106**

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  Frankie Ocasio

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

___ Indictment  ___ Information  _x_ Complaint  ___Order of court  ___Violation Notice  ___ Probation Violation Petition

**charging him or her with** (brief description of offense)

possession of firearm by convicted felon,

in violation of Title ____18____, United States Code, Section(s)  922(g)(1) and 2

| Hon. Ronald J. Hedges | United States Magistrate Judge |
|---|---|
| **Name of Issuing Officer** | **Title of Issuing Officer** |

| *[signature]* | December 9, 1999 Newark, New Jersey |
|---|---|
| **Signature of Issuing Officer** | **Date and Location** |

Bail fixed at $ _____  by _____

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| _____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

*Discovery* — Materials used by Government to prove case against you. They must give us a copy of all books, papers, audio and video tapes the intend to use at trial.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     **CRIMINAL COMPLAINT**

    v.     :

ALBERTO CONCEPCION,
   a/k/a "Bert,"     :
WALTER ROMAN,
JULIO CANALES,     :
ANA NEGRON,
JORGE RETAMAR,     :
   a/k/a "Darkman," and     Case No.
WANDA SANTIAGO

**Ex: F-107**

       I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief.  From at least on or about May 1, 1998, through on or about December 9, 1999, in Essex County, in the District of New Jersey, and elsewhere, the defendants

ALBERTO CONCEPCION,
a/k/a "Bert,"
WALTER ROMAN,
JULIO CANALES,
ANA NEGRON,
JORGE RETAMAR,
a/k/a "Darkman,"
and
WANDA SANTIAGO

did knowingly and intentionally conspire and agree with each other and with others to distribute and to possess with intent to distribute more than 100 grams of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 846.

       I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

           SEE ATTACHMENT A

continued on the attached page and made a part hereof.

                                  _____
                                    John Murphy, Special Agent
                                    Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 9, 1999, at Newark, New Jersey

                                    *Ronald J. Hedges*
                                    _____
HONORABLE RONALD J. HEDGES             Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE

A

# Ex: F-108   <u>ATTACHMENT A</u>

I, John Murphy, a Special Agent for the Federal Bureau
of Investigation, having conducted an investigation and having
discussed this matter with other law enforcement officers, have
knowledge of the following facts:

1. During the course of the investigation, the FBI
learned that four street gangs -- "Bomb Crew," "Good Job Crew,"
"Headbanger Crew," and the "Hit Squad" - control the distribution
of drugs in the Broadway Townhouses, a federally-funded housing
complex in Newark, New Jersey. By mutual agreement, each group
maintains an exclusive area of the Broadway Townhouses from which
they operate and sell drugs. In or about June 1998, the FBI
identified CARLOS VARGAS as the leader of the "Bomb Crew,"
ALBERTO "BERT" CONCEPCION as the leader of the "Headbanger Crew,"
and CEDRIC KING as the leader of the "Hit Squad." On or about
July 25, 1998, CEDRIC KING was murdered on Crane Street in
Newark, New Jersey. ANTHONY KING, JOHN CHEATHAM, and RASHEEN
SMALLWOOD, among others, have assumed leadership of offshoots of
the "Hit Squad" since the death of CEDRIC KING. The defendants
WALTER ROMAN, JULIO CANALES, ANA NEGRON, JORGE RETAMAR, a/k/a
"Darkman," and WANDA SANTIAGO sell narcotics for or in
association with ALBERTO CONCEPCION, a/k/a "Bert." Over the past
several years CONCEPCION has supplied various individuals, with
heroin, which they in turn distributed in the Broadway
Townhouses. At one time, CONCEPCION maintained an apartment in
the Broadway Townhouses, 51 A Mount Pleasant Avenue, which he
used to coordinate street level distribution in the Townhouses.
More recently, CONCEPCION has not lived in the Townhouses, and
has used associates to conduct the street level heroin
distribution in the complex. WALTER ROMAN is a longtime resident
in the neighborhood of the Broadway Townhouses. ROMAN has, among
other activities in furtherance of the conspiracy, stored heroin
in his residence for CONCEPCION and others selling drugs for
CONCEPCION, and collected money that was the proceeds of drug
sales for CONCEPCION. ROMAN has also delivered heroin, ready for
distribution, to street level distributors including JULIO
CANALES, and his common-law wife ANA NEGRON. JORGE RETAMAR,
CONCEPCION's long time associate and former employee of
CONCEPCION's auto body shop, and RETAMAR'S girlfriend WANDA
SANTIAGO, have sold CONCEPCION's heroin in and around the
Broadway Townhouses.

2. During a series of transactions which occurred
between at least on or about May 1, 1998, through on or about
December 9, 1999, the defendant ALBERTO CONCEPCION sold
quantities of heroin to a cooperating witness, totaling more than

12/29/1999  14:56   9736    316     U S ATTORNEY OFFICE                    PAGE  12

Ex: F-109

100 grams.  For example, on or about January 25, 1999, the
defendant ALBERTO CONCEPCION sold 10 "bricks," that is, packages
containing 50 individual bags, of heroin to a cooperating
witness.  The heroin was brand-stamped "Gotta have it."  This
sale took place in Newark, New Jersey, in a white 1998 Lexus 400,
four-door automobile, registration number UH182H, operated by
CONCEPCION.

3.    Defendant WALTER ROMAN was at one time employed at
an auto body shop owned by defendant ALBERTO CONCEPCION called
"Authentic Restoration."  On or about November 20, 1998 in
Newark, New Jersey, the defendant WALTER ROMAN negotiated a sale
of one brick of heroin to the cooperating witness and an
undercover law enforcement agent.  Defendant ROMAN directed the
cooperating witness and undercover agent to go to 56 I Broad
Street.  At that location, defendant ROMAN sold one brick of
heroin, brand-stamped "Outlaw," to the undercover agent and
cooperating witness.  The brand stamp "Outlaw" was associated at
that time with defendant CONCEPCION.

4.    On or about March 1, 1999 in Newark, New Jersey,
defendants JULIO CANALES and ANA NEGRON sold 30 bags of heroin
brand stamped "Headbanger," and "Mo Money" to an undercover agent
in exchange for $280.  The transaction occurred at the defendants
residence at 49 C Broad Street.  During the transaction,
defendant CANALES retrieved certain of the bags from a location
on the first floor of the residence, and directed defendant
NEGRON to retrieve the remaining bags from the second floor.
Defendant CANALES stated, in substance an in part, that the
heroin was "Bert's."

5.    On or about November 24, 1998, defendant JORGE
RETAMAR, a/k/a "Darkman," using a telephone facility within
Authentic Restoration, spoke with a cooperating witness and
negotiated the sale of one brick of heroin.  RETAMAR directed the
cooperating witness and an undercover law enforcement agent to go
to 51 D Broad Street and see his girlfriend, the defendant WANDA
SANTIAGO, who could find the heroin in a shirt in a closet.  At
that location, WANDA SANTIAGO sold a brick of heroin, brand-
stamped "25 to Life," to the undercover law enforcement agent in
exchange for $400.

6.    All the narcotics referred to in the above
paragraphs field tested positive for the presence of heroin.

9, 1999, in Essex County,. in the District of New Jersey, and elsewhere, the defendants ALBERTO CONCEPCION, a/k/a "Ben," WALTER ROMAN, JULIO CANALES, ANA NEGRON. JORGE RETAMAR, a/k/a "Darkman," and WANDA SANTIAGO did knowingly and intentionally conspire and agree with each other and with others to distribute and to possess with intent to distribute more than 100 grams of heroin, a Schedule I narcotic drug controlled substance, contrary to Title

21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 846.

**I further state** that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts: SEE ATTACHMENT A continued on the attached page and made a part hereof.

**John Murphy**, Special Agent Federal Bureau of Investigation Sworn to before me and subscribed in my presence, December 9, 1999, at Newark, New Jersey

Signture of Judicial Officer HONORABLE RONALD J. HEDGES UNITED STATES MAGISTRATE JUDGE

Ex: F-110

| | | |
|---|---|---|
| UNITED STATES 0F AMERICA<br>v.<br>**ALBERTO CONCEPCION**, a/k/a "Ben,"<br>WALTER ROMAN,<br>JULIO CANALES,<br>ANA NEGRON,<br>JORGE RETAMAR, a/k/a "Darkman,"<br>and WANDA SANTIAGO | **UNITED STATES DISTRICT COURT**<br>DISTRICT OF NEW JERSEY<br><br>**CRIMINAL COMPLAINT**<br>**[2nd copy - questionable signature]** | Case No.<br><br>**99-6144-01-06** |

I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief. From at least on or about May 1, 1998, through on or about December 9, 1999, in Essex County,. in the District of New Jersey, and elsewhere, the defendants ALBERTO CONCEPCION, a/k/a "Ben," WALTER ROMAN, JULIO CANALES, ANA NEGRON. JORGE RETAMAR, a/k/a "Darkman," and WANDA SANTIAGO did knowingly and intentionally conspire and agree with each other and with others to distribute and to possess with intent to distribute more than 100 grams of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 846.

**I further state** that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts: SEE ATTACHMENT A continued on the attached page and made a part hereof.

**John Murphy**, Special Agent Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, December 9, 1999, at Newark, New Jersey

Signture of Judicial Officer HONORABLE RONALD J. HEDGES UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

I, **John Murphy**, a Special Agent for the Federal Bureau of Investigation, having conducted an investigation and having discussed this matter with other law enforcement officers, have knowledge of the following facts:

**1.** During the course of the investigation, the FBI learned that four street gangs -- "Bomb Crew," "Good Job Crew," "Headbanger Crew," and the "Hit Squad" - control the distribution of drugs in the Broadway

Townhouses, a federally-funded housing complex in Newark, New Jersey. By mutual agreement, each group maintains an exclusive area of the Broadway Townhouses from which they operate and sell drugs. In or about June 1998, the FBI identified CARLOS VARGAS as the leader of the "Bomb Crew," ALBERTO "BERT" CONCEPCION as the leader of the "Headbanger Crew," and CEDRIC KING as the leader of the "Hit Squad." On or about July 25, 1998, CEDRIC KING was murdered on Crane Street in Newark, New Jersey. ANTHONY KING, JOHN CHEATHAM, and RASHEEN SMALLWOOD, among others, have assumed leadership of offshoots of the "Hit Squad" since the death of CEDRIC KING. The defendants WALTER ROMAN, JULIO CANAZES, ANA NEGRON, JORGE RETAMAR, a/k/a "Darkman," and WANDA SANTIAGO sell narcotics for or in association with ALBERTO CONCEPCION, a/k/a "Bert."

Over the past several years CONCEPCION has supplied various individuals, with heroin, which they in turn distributed in the Broadway

The following declarations below apply to this above
**Accepted for Value** Ten Billion U.S. dollars. This Property is Exempt from Levy. Please adjust this account for the Proceeds, Products, Accounts and Fixtures, and RELEASE any Order(s) of the Court to Me Immediately. Charge Back Paul H. O'Neill or Office Holder Secretary of the Treasury The Undersigned, Alberto Concepcion, accepts for value all related endorsements, front and back, in accordance with Uniform Commercial Code Article 3-419 and House Joint Resolution 192 of June 5, 1933, certified and sworn on the Undersigned's unlimited commercial liability and credit. Charge Account # 136686035 for the registration fees and command the memory of Account 136686035, to charge the same to the Debtor's Order or the Order of Paul H. O'Neill or Office Holder. Posted: Certified Account # 7000 1670 0008 5847 8883
Invoice # AC-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 Pre-Paid - Preferred Stock Priority - Exempt from levy.
Accepted by: Alberto Concepcion, On Date:3/21/02, Employer I.D. # 136686035

Judgment (D) - Page 3 of 20

pager, number 201-690-4407, but could not get a hold of him. Ibrahim Salley and I then went to Jersey City, New Jersey, to retrieve the heroin. When we arrived in New Jersey, we went to a hotel to meet our friend. Shortly after the meeting, we were arrested by the United States Customs Service.

13. After my arrest for conspiracy to distribute and possess with intent to distribute heroin, I began to cooperate with the United States Customs Service and the United States Attorneys Office for the District of New Jersey. I subsequently pled guilty to conspiracy to distribute and possess with intent to distribute heroin and was sentence in May, 1998, to 6 months imprisonment.

14. I have neither seen nor spoken to OSMAN GARBA since my arrest in April, 1997.

_____
LAWAL PRINCE AHMED

SWORN AND SUBSCRIBED BEFORE
ME THIS 27th DAY OF
SEPTEMBER, 2000.

_____
HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW JERSEY

Ex: F-111

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

MARTIN LUTHER KING, JR. FEDERAL BUILDING & U.S. COURTHOUSE
50 Walnut Street
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
1 JOHN F. GERRY PLAZA
ROOM 1050
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

> **TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

**REPLY TO: <u>NEWARK</u>**

☐   Div. Of Criminal Justice - Appell
Richard J. Hughes Justice Compl
25 Market Street, CN 085
6ᵗʰ Floor, West Wing
Trenton, New Jersey 08625

Imm. & Naturalization Service
970 Broad Street
Newark, New Jersey 07101

*[handwritten: get statement from clerk as to "no arrest warrant"]*

Re:     CONCEPCION v. USA
         **Civil Action No.** 02-CV-2301 (WGB)

*[handwritten: Ex: F-112]*

Dear Sir or Madam:

Enclosed please find a copy of:

__X__   Petition for Writ of Habeas Corpus filed on ____5-8-02____ .
_____   *In Forma Pauperis* order
__X__   Mason/Miller order
__X__   Order directing respondents to answer
_____   Order of dismissal
_____   Pro Bono application
__X__   Notice of Allocation and Assignment
_____   Other _____

cc:
__X__   Petitioner (Reg. Mail)
_____   Warden (Cert. Mail _____     Reg. Mail _____)
__X__   Attorney General State of New Jersey (Cert. Mail _____     Reg. Mail _____)
_____   United States Attorney (Placed in U.S. Attorney box in USDC)
_____   Immigration and Naturalization Service (Cert. Mail _____)
_____   Other _____._____

By:   Deputy Clerk __*[signature]*__   Date: __JUN 04 2002__

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**WILLIAM G. BASSLER**
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5060
P.O. BOX 999
NEWARK, NJ 07101-0999
973-645-2981



Ex: F-113

September 4, 2002

Mr. Alberto Concepcion
22853-050
F.C.I. Schuykill
P.O. Box 759
Minersville, PA 17954

            Re:   Concepcion v. United States
                  Civil Action No. 02-cv-2301(WGB)

Dear Mr. Concepcion:

      Pursuant to your conversation of today's date with my
chambers, enclosed please find a copy of the warrant for your
arrest, dated December 9, 1999.

                              Very truly yours,

                              _____

                              William G. Bassler, U.S.D.J.

Encl.

AO442 (Rev. 3/17) Warrant for Arrest

Case 1:07-cv-01766-RMU    Document 1-2    Filed 10/03/2007    Page 114 of 120

# United States District Court
## District of New Jersey

| UNITED STATES OF AMERICA | : | **WARRANT FOR ARREST** |

v.

ALBERTO CONCEPCION
A/k/a "Bert"

Case Number: 99-6144-01

Ex: F-114

To:  The United States Marshal
 and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Alberto Concepcion _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _x_ Complaint  ___Order of court  ___Violation Notice  ___ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute and possession with intent to distribute heroin

in violation of Title ____21____, United States Code, Section(s) __841, 846_____
 18                                                                                      2

Hon. Ronald J. Hedges_____          United States Magistrate Judge_____
**Name of Issuing Officer**                      **Title of Issuing Officer**

_(signature)_                                    December 9, 1999, Newark, New Jersey____
**Signature of Issuing Officer**                 **Date and Location**

Bail fixed at $ _____  by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA : **WARRANT FOR ARREST**

v.

ALBERTO CONCEPCION
A/k/a "Bert"

~~FILE COPY~~

Case Number: 99-6144-01

To: The United States Marshal
and any Authorized United States Officer

Ex: F-115

**YOU ARE HEREBY COMMANDED** to arrest <u>Alberto Concepcion</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

\_\_\_ Indictment  \_\_ Information  _x_ Complaint  \_\_Order of court  \_\_\_Violation Notice  \_\_\_ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute and possession with intent to distribute heroin

in violation of Title \_\_\_\_21\_\_\_\_, United States Code, Section(s) \_\_841, 846\_\_
                          18                                              2

<u>Hon. Ronald J. Hedges</u>
**Name of Issuing Officer**

<u>United States Magistrate Judge</u>
**Title of Issuing Officer**

Signature of Issuing Officer

<u>December 9, 1999, Newark, New Jersey</u>
**Date and Location**

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT**   FEB 08 2002 |
| v. | : | MAG. JUDGE RONALD J. HEDGES |
| HAKIM NEBLETT<br>a/k/a "Hak" | : | Mag. No. 02- 6048 |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.  On or about February 6, 2002, in Essex County, in the District of New Jersey and elsewhere, the defendant did:

knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin , a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

> SEE ATTACHMENT A

continued on the attached page and made a part hereof.

John Murphy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
February 8, 2002,  at Newark, New Jersey

HONORABLE HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Ex: F-116

## Count Six

On or about May 9, 2001, in Essex County, in the District of New Jersey and elsewhere, the defendant did: knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of phencyclidine (PCP) , a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## Count Seven

On or about May 16, 2001, in Essex County, in the District of New Jersey and elsewhere, the defendant did: knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of phencyclidine (PCP) , a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## Count Eight

On or about May 18, 2001, in Essex County, in the District of New Jersey and elsewhere, the defendant did: knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of phencyclidine (PCP) , a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## Count Nine

On or about June 12, 2001, in Essex County, in the District of New Jersey and elsewhere, the defendant did: knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of phencyclidine (PCP) , a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## Count Ten

On or about August 1, 2001, in Essex County, in the District of New Jersey and elsewhere, the defendant did: knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of phencyclidine (PCP) , a Schedule III narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

John Murphy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
February 1, 2002, at Newark, New Jersey

HONORABLE HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Ex: F-117

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : **CRIMINAL COMPLAINT**

v.

DEANDRE STEVENSON,
  a/k/a "Big Ahk,"
  a/k/a "Big Ahkbar,"
RAHMON BATEMAN,
  a/k/a "Rocky,"
ROBERT BAZEMORE,
  a/k/a "Rajan,"
ROBERT MAJOR,
  a/k/a "Al," and
FNU LNU, ~ aka Quiman Hatchet
  a/k/a "Jigga"

FILED

FEB 0 1 2002

Case No. 02-6238 - 01 - 05

       I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From at least in or about May 2001, through on or about January 29, 2002, in Essex County, in the District of New Jersey and elsewhere, the defendants DEANDRE STEVENSON, a/k/a "Big Ahk," a/k/a "Big Ahkbar," RAHMON BATEMAN, a/k/a "Rocky," ROBERT BAZEMORE, a/k/a "Rajan," ROBERT MAJOR, a/k/a "Al," and FNU LNU, a/k/a "Jigga" did:

knowingly and wilfully conspire and agree with one another and others to distribute and to possess with the intent to distribute more than 100 grams of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B),

in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT A

continued on the attached page and made a part hereof.

_____
John Murphy, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
February 1, 2002, at Newark, New Jersey

_____
HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Ex: F-118

## United States District Court
## District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |

v.

Case Number: 02- 110 (Amw)

DEANDRE STEVENSON
a/k/a "Big Ahk,"
a/k/a "Big Ahkbar"

Ex: F-119

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest___Deandre Stevenson_____
and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment __ Information Complaint __Order of court_____ Violation Notice Probation Violation Petition

charging him/her with (brief description of offense)

Conspiracy to distribute heroin and distribution of heroin

in violation of    Title 21, United States Code, Sections 846 & 841
Title 18, United States Code, Section 2

_Honorable Stanley R. Chesler_____          United States Magistrate Judge
Name of Issuing Officer                       Title of Issuing Officer

_____                  February 13, 2002   Newark , New Jer
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA          CRIMINAL COMPLAINT

**RECEIVED**

    v.

CHARLES KUSHNER          JUL 1 2 2004    Magistrate No. 04-6120 (RJH)

AT 8:30 _____ M          04CR580

WILLIAM T. WALSH, CLERK

    I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

    SEE ATTACHMENT A

in violation of Title 18, United States Code, Sections 371, 1503, 1513(e) and 2.

    I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

    SEE ATTACHMENT B

THOMAS A. MARAKOVITS, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,
July 12, 2004, at Newark, New Jersey

HONORABLE RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

Ex: F-120

controlled purchases of narcotics occurred.  (PSR ¶¶ 21-44).
Specifically, either a cooperating witness or an undercover agent
bought the following amounts of heroin from either Concepcion or
one of the co-conspirators to whom Concepcion supplied heroin:

| Date | Distributor | Number of Bags Of Heroin | Net Grams Of Heroin |
|---|---|---|---|
| 9/28/98 | Canales | 20 | .90 |
| 10/14/98 | Canales | 10 | .40 |
| 10/16/98 | Canales | 50 | 2.0 |
| 10/29/98 | Retamar | 50 | 1.7 |
| 10/29/98 | Roman[2] | 50 | 2.3 |
| 11/20/99 | Roman | 50 | 3.2 |
| 11/24/98 | Santiago | 50 | 2.3 |
| 12/17/98 | Concepcion | 3 | 1.61 |
| 12/20/98 | Concepcion | 490 | 20.0 |
| 12/31/98 | Concepcion | 203 | 54.11 |
| 1/6/99 | Concepcion | 400 | 13.1 |
| 1/21/99 | Canales | 4 | .81 |
| 1/25/99 | Concepcion | 500 | .40 |
| 2/1/99 | Canales | 48 | 1.8 |
| 2/12/99 | Concepcion | 404 | 24.0 |
| 3/1/99 | Canales & Negron | 30 | 1.7 |

---

[2]Although Roman distributed the heroin, it was Concepcion
who received the money for the heroin from the CW in three
payments.

Ex:F-121

4

| 5/4/99 | Retamar | 50 | 3.0 |
| 5/26/99 | Canales | 50 | 2.37 |
| 5/26/99 | Retamar | 23 | .87 |
| 6/4/99 | Retamar | 50 | 2.1 |
| 8/25/99 | Canales | 50 | 2.3 |
| 9/15/99 | Retamar | 50 | 3.0 |

========

Total:        143.97 gm

(PSR ¶¶ 21-44).  As this chart indicates, Concepcion himself made all of the sales involving quantities of heroin over 4 grams, and he personally sold 113.22 grams of heroin to either an undercover agent or cooperating witness.[3]   Further, he was responsible for either selling, or supplying to be sold, to undercover agents or cooperating witnesses, heroin totaling 143.97 grams.[4]

---

[3]Concepcion personally sold 1.61 + 20.0 + 54.11 + 13.1 + .40 +24.0 = 113.22 grams of heroin.

[4]The above chart only details the heroin transactions involving cooperating witnesses or undercover agents.  Concepcion and his co-conspirators also were involved in other transactions where heroin was distributed to other third parties.  In order to estimate the total amount of heroin attributable to Concepcion, the Probation Department took the evidence that Concepcion had supplied Roman, Canales and Retamar with 5 to 10 bricks of heroin each, once or twice a week (for an average of about 10 bricks/week each to Roman, Canales, and Retamar), the fact that each brick contained an estimated 3 net grams of heroin, and the facts that Roman was involved in the conspiracy for 7 months; while Canales and Retamar were involved in the conspiracy for 19 months, to conclude that the total amount of heroin that Concepcion supplied to Roman, Canales, and Retamar which was then distributed, was at least 5.4 kilograms of heroin.  (PSR ¶ 54).

Ex:F-122        5

**RESEARCHED**

**DECEMBER 17,18,20,31, 1998**

**JANUARY 06,08,12,19,21,25, 1999**

**FEBRUARY 01, 12, 24, 1999**

**March 1, 1999**

Ex: F-123

```
* DRIVER'S EDGE CHARTER MEMBER REBATES *      TOTAL
Last Month's Balance                            500
Earned this Month                                35
Redeemed/Expired                                  0
Current Balance                                 535


* FORD REBATES SUMMARY *                       TOTAL
Last Month's Balance                            550
Rebates Redeemed/Expired                        149
Current Balance                                 401
   149 Rebates expired on DECEMBER 31, 1998
     7 Rebates will expire on DECEMBER 31, 1999


YOUR REBATES ARE NOW GOOD ON USED CARS TOO! All the
Driver's Edge rebates you currently have, plus any
you earn from future purchases can now be redeemed
for any car. New or used. Foreign or Domestic. So
keep Citibank Driver's Edge the card of your choice.
```

1998

| Account Summary | | | | | | | Amount Due | | 111.00 |
|---|---|---|---|---|---|---|---|---|---|
| | Previous Balance | (+)Purchases & Advances | (-) Payments | (-) Credits | (+) Finance Charge | (+) Late Charges | (=)New Balance | Purchases Minimum Due | |
| | | | | | | | | Advances Minimum Due | |
| | | | | | | | | Amount Over Credit Line | |
| Purchases Advances | 5502.79 | 1732.79 | 2000.00 | | 102.94 | | 5338.52 | Fees | |
| | | | | | | | | Past Due | |
| Total | 5502.79 | 1732.79 | 2000.00 | | 102.94 | | 5338.52 | Minimum Amount Due | 111.00 |

| Rate Summary | Purchases | |
|---|---|---|
| Number of days this Billing Period **33** | | |
| | Purchases | |
| Calculation Method | Daily | Daily |
| Periodic Rate | .04904% | .04904% |
| Nominal Annual Percentage Rate | 17.900% | 17.900% |
| Annual Percentage Rate | 17.900% | 17.900% |
| Balance Subject to Finance Charge | 6360.72 | |

2993

| DATE | DATE | NUMBER | | | |
|---|---|---|---|---|---|
| !-23 | 12-23 | 7462122PM01D9R53L | PAYMENT - THANK YOU | | $2,000.00CR |
| !-24 | 12-24 | 2461043PN0V1T65XF | PREMR CASHLK*CAESARS ATLANTIC CITY NJ | | $1,056.99 |
| !-24 | 12-24 | | CASH ADVANCE FEE | | $42.27 |
| !-24 | 12-24 | 2422910PT003YP8G0 | CLAIRMONT DINER CLIFTON NJ | | $17.85 |
| !-26 | 12-26 | 2439900PT4SW2ZXND | RED LOBSTER 00004424 UNION NJ | | $49.37 |
| !-26 | 12-26 | 2461043PW2RNETR2E | CAESARS ATLANTIC CITY ATLANTIC CITY NJ | | $1.50 |
| !-29 | 12-29 | 2461043PX2RNETNZA | CAESARS ATLANTIC CITY ATLANTIC CITY NJ | | $2.25 |
| !-30 | 12-30 | 2461043PX2RNQWNL4 | CAESARS A.C. ROOM SERVICE ATLANTIC CITY | | $19.37 |
| !-30 | 12-30 | 2423337050SP1V5ZB | SHERATON HOTELS NEWARK NJ | | $104.76 |
| !-03 | 01-03 | | PAYMENT - THANK YOU | | $1,000.00CR |
| !-14 | 01-14 | 74621220F01E775HF | CARDCARE CREDIT INSURANCE | | $18.03 |
| !-18 | 01-18 | | | | |

```
USE OF THE ATTACHED CONVENIENCE CHECK IS SUBJECT TO TERMS PREVIOUSLY
DISCLOSED IN YOUR CARDMEMBER AGREEMENT.
```

1998-99

| nance Charge Summary: | | | | | Payment Due By: | 02/12/1999 |
|---|---|---|---|---|---|---|
| | BALANCE SUBJECT TO FINANCE CHARGE METHOD: E * | DAILY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | PERIODIC FINANCE CHARGE | CURRENT AMOUNT DUE | $110.00 |
| | | | | | PAST DUE AMOUNT + | 0.00 |
| | | | | | OVERLIMIT AMOUNT + | 0.00 |
| RCHASES | $1,501.02 | 0.061610% | 22.49% | $28.66 | | |
| SH ADVANCES | $2,915.85 | 0.061610% | 22.49% | $55.69 | MINIMUM PAYMENT DUE = | $110.00 |
| | | | | | This account has a grace period. See reverse side. | |

| nance Charges: · | | | Balance Information: | |
|---|---|---|---|---|
| LY PERIODIC RATE CHARGE | + | $84.35 | PREVIOUS BALANCE | $5,270.33 |
| NSACTION CHARGE | + | 42.27 | PURCHASES + | 212.93 |
| MUM PERIODIC CHARGE | + | 0.00 | CASH ADVANCES + | 1,356.99 |
| | | | PAYMENTS/CREDITS - | 3,000.00 |
| | | | AMOUNTS DEBITED + | 0.00 |
| | | | FINANCE CHARGE + | 126.62 |
| | | | NEW BALANCE = | $3,566.87 |

| | NUMBER OF DAYS IN BILLING CYCLE |
|---|---|
| | 31 |

**rdmember News:** PLEASE SEND YOUR PAYMENT IN THE ENCLOSED ENVELOPE.

*Transactions:*

| TRANSACTION DATE | POSTING DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01-18 | 01-19 | 24399000K49WE2TFL | RED LOBSTER    00004424 UNION    NJ | $33.10 |
| 01-20 | 01-20 | 241E8670NS8SSY08G | CONTINENTAL 0052718705130 HOME OFFICE    T | $465.00 |
| 01-27 | 01-27 | 24610430W2RNQWN5W | CAESARS A.C.  ROOM SERVICE ATLANTIC CITY | $31.91 |
| 02-01 | 02-01 | 24610431207VZBZZG | GTEAIR 002M 973-4857833 OAK BROOK    IL | $10.23 |
| 02-01 | 02-01 | 24610431207VZQ02H | GTEAIR 001M 973-6426650 OAK BROOK    IL | $6.72 |
| 02-01 | 02-01 | 24610431207VZG102 | GTEAIR 001M 973-3087874 OAK BROOK    IL | $6.72 |
| 02-03 | 02-03 | 2427530130NJRZMF10 | ALAMO RENT-A-CAR NEWARK   NJ | $50.87 |
| 02-06 | 02-06 | 742753016NJRZMF12 | ALAMO RENT-A-CAR NEWARK   NJ          CREDIT | $50.87CR |
| 02-18 | 02-18 | | CARDCARE CREDIT INSURANCE | $21.61 |
| 02-18 | 02-18 | | LATE CHARGES | $29.00 |

DID YOU FORGET US?  WE DID NOT RECEIVE A
PAYMENT LAST MONTH. IF A PAYMENT HAS ALREADY
BEEN MADE, PLEASE DISREGARD THIS MESSAGE.

USE OF THE ATTACHED CONVENIENCE CHECK IS SUBJECT TO TERMS PREVIOUSLY
DISCLOSED IN YOUR CARDMEMBER AGREEMENT.

*1999.*

**Finance Charge Summary:**

| | BALANCE SUBJECT TO FINANCE CHARGE METHOD: E * | DAILY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | PERIODIC FINANCE CHARGE |
|---|---|---|---|---|
| **PURCHASES** | $1,700.65 | 0.061610% | 22.49% | $32.47 |
| **CASH ADVANCES** | $2,530.37 | 0.061610% | 22.49% | $48.33 |

*See reverse side for information regarding computation.   *Rate may vary.

**Finance Charges:**

| | |
|---|---|
| DAILY PERIODIC RATE CHARGE | $80.80 |
| TRANSACTION CHARGE             + | 0.00 |
| MINIMUM PERIODIC CHARGE        + | 0.00 |
| FINANCE CHARGE | |
| ANNUAL PERCENTAGE RATE | 22.49% |

**Payment Due By:**   03/15/1999

| | | |
|---|---|---|
| CURRENT AMOUNT DUE | | $130.00 |
| PAST DUE AMOUNT | + | 110.00 |
| OVERLIMIT AMOUNT | + | 0.00 |
| **MINIMUM PAYMENT DUE** | = | **$240.00** |

Your account has a grace period. See reverse side.

**Balance Information:**

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $3,666.87 |
| PURCHASES | + | 626.16 |
| CASH ADVANCES | + | 0.00 |
| PAYMENTS/CREDITS | - | 50.87 |
| AMOUNTS DEBITED | + | 29.00 |
| FINANCE CHARGE | + | 80.80 |
| **NEW BALANCE** | = | **$4,351.96** |

| NUMBER OF DAYS IN BILLING CYCLE |
|---|
| 31 |

*Cardmember News:*  PLEASE SEND YOUR PAYMENT IN THE ENCLOSED ENVELOPE.

| Statement/Closing Date | Total Credit Line | Cash Advance Limit | New Balance | Available Credit Line | Available Cash Limit |
|---|---|---|---|---|---|
| 02/22/99 | $7300 | $6500 | $4178.83 | $3121 | $3121 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 2/18 | 40825162 | PAYMENT THANK YOU | -500.00 |
| | 2/18 | 40825163 | PAYMENT THANK YOU | -1,000.00 |
| | 2/22 | | LATE FEE - JAN PAYMENT PAST DUE | 25.00 |
| 1/25 | 1/26 | QDDV76SS | CONTINEN000527187670528HOME OFFICE    TX | 185.00 |
| 1/27 | 1/27 | BVMK6400 | HOME AND GARDEN CLU    800-283-7421   MD | 59.95 |

CASH WHEN YOU NEED IT - It's easier than ever to
get cash, up to your available Cash Advance
Limit. Tear off the attached check, deposit it
into your bank account, or use it like any
personal check.  Convenience Checks access the
cash advance portion of your credit line.  Refer
to your Citibank Card Agreement for specific
finance charges.

| ☀ DRIVER'S EDGE CHARTER MEMBER REBATES ☀ | TOTAL |
|---|---|
| Last Month's Balance | 535 |
| Earned this Month | 5 |
| Redeemed/Expired | 0 |
| Current Balance | 540 |

| ☀ FORD REBATES SUMMARY ☀ | TOTAL |
|---|---|
| Current Balance | 401 |

Ex: F-125

**Account Summary**

| | Previous Balance | (+)Purchases & Advances | (-) Payments | (-) Credits | (+) Finance Charge | (+) Late Charges | (=)New Balance |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |
| Advances | | | | | | | |
| Total | 5338.52 | 244.95 | 1500.00 | | 70.36 | 25.00 | 4178.83 |

| Amount Due | |
|---|---|
| Purchases Minimum Due | 86.00 |
| Advances Minimum Due | |
| Amount Over Credit Line | |
| Fees | |
| Past Due | |
| **Minimum Amount Due** | **86.00** |

Purchases line: Previous Balance 5338.52  (+)Purchases & Advances 244.95  (-) Payments 1500.00  (+) Finance Charge 70.36  (+) Late Charges 25.00  (=)New Balance 4178.83

| Rate Summary | **Purchases** | |
|---|---|---|
| Number of days this Billing Period  28 | | |
| Calculation Method | Daily | Daily |
| Periodic Rate | .04698% | .04698% |

## Purchases

| Trans | Post | Description | | Amount |
|---|---|---|---|---|
| 02/18 | 02/22 | FINISHMASTER INC #54 NEWARK NJ | 8042454905092258097655L | 100.00 |
| 02/23 | 02/25 | THRIFTY RENT-A-CAR MORRISVILLE NC | 8542185905551574098818 | 137.96 |
| 02/22 | 02/25 | TRIANGLE RENT-A-CAR #3 RALEIGH NC | 9245144905575008000605 | 100.00 |
| 03/03 | 03/04 | ENTERPRISE RENTACAR NEWARK NJ | 7645425906352155168797L | 36.02 |
| **Total MasterCard Purchases** | | | | **$373.98** |

### [$] Cash Advances and Checks

Cash Advance Limit............................$300.00*      *This represents a portion of your total credit line.

**Total Cash Advances and Checks**

$0.00

### Finance Charge Information

| | Nominal APR | Daily Periodic Rate | x | Number of Days in Billing Cycle | x | Average Daily Balance | = | Periodic FINANCE CHARGE | + | Cash Advance Fee/FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchases | 17.70% | .04849%* | x | 28 | x | $0.00 | = | $0.00 | | |
| Cash Advances | | | | | | | | | | |
| ATM/Teller | 19.50% | .05342%* | x | 28 | x | $0.00 | = | $0.00 | + | $0.00 |
| Conv. Cks./Other | 17.70% | .04849%* | x | 28 | x | $0.00 | = | $0.00 | + | $0.00 |
| Promotions | 7.20% | .01973%* | x | 28 | x | $0.00 | = | $0.00 | + | $0.00 |

\* Indicates variable rate    = Total *FINANCE CHARGE*    $0.00

Effective *ANNUAL PERCENTAGE RATE*

### AT&T Services Summary

AT&T Universal Calling Card Calls ................................................................................$0.00

Ex: F-126





Ex: F-127



**Motor Vehicle Services** — **NEW JERSEY**

C6381 01700 05681

AUTQ     CLASS D     ENDR

OPERATOR LICENSE          RESTR

281

DOB 05-29-1968          EXPIRES 08-31-2000

ALBERTO CONCEPCION
132 SUMMER AVE
NEWARK          NJ 07104

SEX  EYES     HT       ISSUED
M    BLK     6-01   08-12-1996
X
AR E0962250411   REN   18.00




# City of Newark, New Jersey

## BUREAU OF VITAL RECORDS

### Juanita Larkins, Registrar

*This is to certify that the following is a true copy of an official Death Record maintained by the Bureau of Vital Statistics, City of Newark, N.J.*
*Do not accept this certificate unless the raised seal of the Bureau is affixed hereon.*

DK 06880

**New Jersey State Department of Health**
**CERTIFICATE OF DEATH**

5140

| | | | STATE USE ONLY |
|---|---|---|---|

REG-18
Jun 81

1. NAME OF DECEASED (First) (Middle) (Last)
Miguel Concepcion Jr

2. DATE OF DEATH 7/25/97  | 3. SEX M | 4. DATE OF BIRTH 9-2-61 | 5a. AGE - Last Birth 35 | 5b. UNDER 1 YEAR Months Days | 5c. UNDER 1 DAY Hours Minutes

6. SOCIAL SEC NO 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

7a. PLACE OF DEATH HOSPITAL: ☑ INPATIENT ☐ ER/outpatient ☐ DOA OTHER: ☐ NURSING HOME ☐ RESIDENCE ☐ OTHER (Specify)

7b. FACILITY NAME St. Joseph Medical Center | 7c. CITY/TOWN OR LOCATION Paterson | 7d. COUNTY Passaic

8a. RESIDENCE NJ | 8b. COUNTY Essex | 8c. CITY Newark | 8d. STREET 132 Summer Ave | 8e. ZIP 07104

9. BIRTHPLACE Newark N.J. | 10. DECEDENT IN U.S. ARMED FORCES? ☐ YES ☑ NO | 11. MARITAL STATUS ☑ NEVER MARRIED ☐ WIDOWED ☐ MARRIED ☐ DIVORCED

12. USUAL OCCUPATION | 14. KIND OF BUSINESS OR INDUSTRY

15. NAME AND ADDRESS OF LAST EMPLOYER

16. RACE 1 ☐ WHITE 2 ☐ BLACK 3 ☐ AMER. INDIAN 4 ☐ OTHER (Specify) | 17. OF HISPANIC ORIGIN? IF YES, SPECIFY ☐ YES ☑ NO | 1 ☐ MEXICAN 3 ☐ CUBAN 5 ☐ OTHER (Specify) 2 ☑ PUERTO RICAN 4 ☐ CENT./SO AMERICA | 18. DECEDENT'S EDUCATION

18. NAME OF FATHER (First) Miguel (Last) Concepcion Sr | 20. MAIDEN NAME OF MOTHER (First) Juana (Last) Cruz

21a. NAME OF INFORMANT Vilma Cruz | 21b. RELATIONSHIP Sister | 22. DISPOSITION ☐ BURIAL ☐ CREMATION ☐ ENTOMBMENT ☐ OTHER (Specify)

23a. NAME OF CEMETERY OR CREMATORY Holy Cross Cemetery | 23b. CITY OR TOWN North Arlington | 23c. STATE NJ

24a. NAME AND ADDRESS OF FUNERAL HOME Capillas Funeraria 637 Broadway Newark, NJ 07104

24b. SIGNATURE OF FUNERAL DIRECTOR | 24c. NJ LICENSE NO 3343 | SIGNATURE OF LOCAL REGISTRAR Juanita Larkins | 24d. DATE RECEIVED 7/28/97

25b. PLACE OF DEATH 755 AM | DATE: 7/25/97 | HOUR: 755 A | 25c. DATE SIGNED 7/25/97 | 25d. INTERVAL BETWEEN ONSET AND DEATH

26. PART I
IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.

IMMEDIATE CAUSE a. Sepsis — 1 week
DUE TO OR AS A CONSEQUENCE OF
b. Acute Leukemia — 1 year
DUE TO OR AS A CONSEQUENCE OF
c.

PART II Other significant conditions contributing to death but not related to underlying cause in PART I

27a. WAS AUTOPSY PERFORMED? ☐ YES ☑ NO

INJURY 90 DAYS PRIOR TO DEATH ☐ YES ☐ NO | 30b. TIME OF INJURY M | 30c. INJURY AT WORK? ☐ YES ☐ NO | 30d. DESCRIBE HOW INJURY OCCURRED

30f. PLACE ☐ HOME ☐ FARM ☐ STREET ☐ OFFICE BUILDING ☐ FACTORY ☐ OTHER (Specify) | 30g. CITY AND COUNTY | 30h. STATE

31a. 203 Main St Paterson NJ | ☑ CERTIFYING PHYSICIAN ☐ MEDICAL EXAMINER ☐ PRONOUNCER AND CERTIFIER

31b. SIGNATURE | 31c. DATE SIGNED 7/25/97

H4445

**STATE USE ONLY**
IND/OCC
CAUSE
PLACE OF ACC
CROSS CLASS

*IN Witness Whereof, I have hereunto set my hand and affixed the seal of Bureau of Vital Statistics,*

Newark, N.J., this ............ 28th ............ day of ............ July ............ A.D. 19 ....97....

*(Registrar of Vital Statistics)*

Ex. F-138

I
07-1766
UMA

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Alberto Concepcion

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 22853 - 050

**DEFENDANTS**

Federal Bureau of Investigation, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01766
Assigned To : Unassigned
Assign. Date : 10/03/2007
Description: FOIA/PRIVACY ACT

JURY ACTION

CASE REASSIGNED

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other) OR** ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

0

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐ ACTION UNDER F.R.C.P. 23 | DEMAND $ 0 | Check YES only if demanded in complaint<br>JURY DEMAND: ☒ YES  ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE 10/3/07    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd