UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION              )
                                )
    Plaintiff                   )
                                )    Civil Action No. 07-1766 RMU
        v                       )
FEDERAL BUREAU OF               )
INVESTIGATION, ET AL            )

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on November 26th, 2007 from Unassigned (9098)

to Judge Urbina because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
    Deputy Clerk

CC:    Judge Urbina
& Courtroom Deputy