IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHANGE OF ADDRESS

Alberto Concepcion,
    Plaintiff/Sovereign,
vs.

Case No. 07-1766 RMU

FEDERAL BUREAU OF INVESTIGATION;
EXECUTIVE OFFICE OF THE U.S. ATTORNEYS; &
U.S. DEPARTMENT OF JUSTICE;
    Defendants/Corporations.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME ALBERTO CONCEPCION

NUMBER AND STREET F.C.I FORT DIX
P.O. BOX 2000

CITY Fort Dix, STATE N.J ZIP CODE 08640

TELEPHONE NO. 609 - 723 - 1100

PRISON F.C.I Fort Dix (if applicable)

PRISONER'S REGISTRATION NO. 22853-050 (if applicable)

EFFECTIVE Dec. 1, 2007
(DATE)

Alberto Concepcion ©
PRO SE SIGNATURE
Without Prejudice U.C.C. 1-207

CERT. MAIL NO. 7006-2150-0004-7652-6067