UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALBERTO CONCEPCION,<br><br>     Plaintinff,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 07-1766 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendants in the above-captioned case.

  /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, I caused the foregoing Notice of Appearance to be served on Plaintiff via first class mail, postage prepaid, at the following address:

**ALBERTO CONCEPCION**
#22853-050
FCI-Allenwood (Med)
P.O. Box 2000
White Deer, PA 17887

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov