IN THE UNITED STATES DISTRICT COURT

__FOR THE__ DISTRICT OF __COLUMBIA__

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CHANGE OF ADDRESS**

Alberto Concepcion,
      Plaintiff/Sovereign,

    vs.

FEDERAL BUREAU OF INVESTIGATION;
EXECUTIVE OFFICE OF THE U.S. ATTORNEYS; $
U.S. DEPT. OF JUSTICE;
      Defendants/Corporations.

Case No. __07-1766(RMU)__

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME __ALBERTO CONCEPCION__

NUMBER AND STREET __F.C.I FORT DIX__
                        __P.O. Box 2000__

CITY __Fort Dix__, STATE __N.J__ ZIP CODE __08640__

TELEPHONE No. __609 - 723 - 1100__

PRISON _____ (if applicable)

PRISONER'S REGISTRATION No. __22853-050__ (if applicable)

EFFECTIVE __12-18-2007__
        (DATE)

*Alberto Concepcion* ©
PRO SE SIGNATURE
*Without Prejudice U.C.C. 1-207*