UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERTO CONCEPCION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1766 (RMU) |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants hereby move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time to February 13, 2008 to respond to Plaintiff's Complaint.[1] Because Plaintiff is incarcerated and pro se, it is unnecessary for the undersigned counsel to confer with him about this motion. See LCvR 7(m). The grounds for this motion are as follows:

1. Plaintiff's Complaint, which asserts claims arising under the Freedom of Information Act ("FOIA"), contains an extremely dense and complicated recitation of facts and involves allegations concerning more than twenty-five FOIA requests made over a two-year period. Those requests were made to several federal agencies—namely, the Federal Bureau of Investigation (the "FBI") and the Executive Office of the United States Attorney (the "EOUSA").

---

[1] The Court's electronic docket currently indicates that Defendants have until February 8, 2008 to respond to the Complaint (presumably because Plaintiff styled his Complaint as arising under both the Freedom of Information Act and the Privacy Act). (See Docket No. 10.) However, the undersigned Assistant United States Attorney who has been assigned primary responsibility for this action has reviewed the claims in the Complaint, and they appear to arise solely under FOIA. Thus, Defendants believe that their response to the Complaint is due prior to February 8, 2008.

2. The undersigned Assistant United States Attorney who has been assigned primary responsibility for this action (the "AUSA") first learned of that assignment on December 21, 2007 (the Friday before the Christmas holiday), and due to holiday vacation schedules, was unable to connect with agency counsel prior to this week.

3. This week, the AUSA has been in contact with attorneys at the FBI and the EOUSA, and is working diligently to gather all information relevant to Plaintiff's claims so that he can determine whether Plaintiff has received adequate responses to his FOIA requests.

4. From preliminary discussions with agency counsel, the AUSA has learned that Defendants may be in a position to disclose additional documents to Plaintiff, which might obviate the need for further litigation.

5. Defendants respectfully seek an extension to February 13, 2008 to file their response to the Complaint to give them sufficient time to gather and review all relevant information, consult with one another and formulate an appropriate response to Plaintiff's Complaint. If it turns out that Defendants are in a position to disclose additional documents to Plaintiff, the AUSA will make every effort to ensure that appropriate disclosures are made as quickly as possible.

6. This extension is sought in good faith and not for purposes of delay.

Accordingly, Defendants respectfully requests that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January, 2008, a true and correct copy of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**ALBERTO CONCEPCION**
#22853-050
FCI-Allenwood (Med)
P.O. Box 2000
White Deer, PA 17887

                                              /s/
                                              CHRISTOPHER B. HARWOOD
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W.,
                                              Washington, D.C. 20530
                                              (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, et al., )<br>)<br>       Defendants. )<br>_____) | Civil Action No. 07-1766 (RMU) |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having considered Defendants' Motion for an Enlargement of Time to Respond to

Plaintiff's Complaint ("Defendants' Motion"), and the entire record herein, it is, this _____

day of _____, 2008,

ORDERED that Defendants' Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants must file their response to Plaintiff's Complaint

by February 13, 2008.

_____
U.S. DISTRICT COURT JUDGE

Copy to:

**ECF Counsel**

**ALBERTO CONCEPCION**
#22853-050
FCI-Allenwood (Med)
P.O. Box 2000
White Deer, PA 17887