RECEIVED

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Alberto Concepcion, | : | **MOTION TO COMPEL** |
|        Plaintiff/Sovereign, | : | **COUNSEL(S) OF RECORD FOR** |
| | : | **DEFENDANTS, & CORPORATIONS** |
| | : | **TO PRODUCE RECORDS & DOCUMENTS** |
|   <u>vs</u>. | : | |
| | : | |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION; | : | |
| EXECUTIVE OFFICE OF THE UNITRD | : | |
| STATES ATTORNEYS; & | : | |
| U.S. DEPARTMENT OF JUSTICE; | : | CIVIL ACTION NO.<u>07-1766(RMU)</u> |
|       Defendants/Corporations. | : | |

---

## MOTION/AFFIDAVIT/MEMORANDUM OF LAW/APPLICATION

---

<u>**NOW COMES**</u>, Pro Se Plaintiff, Alberto Concepcion, the Sovereign, Secured Party, Creditor, Holder-In-Due-Course, Trade Name Owner, & Record Owner on behalf of STRAW-MAN, & DEBTOR ALBERTO CONCEPCION, hereinafter **"Concepcion, or CONCEPCION"**, waiving no powers, rights, and/or immunities by the use of said **"private copyrighted statutes"**; respectfully requesting this Court **"to compel"** Counsel(s) of Record for said Defendants/Corporations to produce the requested production of documents, & answer the requests for admission [UNLESS THIS COURT ACCEPTS THE DEFENDANTS, & COUNSEL(S) OF RECORD FOR SAID DEFENDANTS CONCEDED ADMISSIONS, & STIPULATIONS TO THE ANSWER BELOW SAID REQUESTS FOR ADMISSION'S THEREWITH PURSUANT TO THE FED.R.CIV.P., RULE 36(a), & (b), & PURSUANT TO THE CONST. FOR THE UNITED STATES, AT ART. I, § 10 (CONTRACT)], of which both requests have been produced to said Defendants, & Counsel(s) of Record **'in good faith"** by Concepcion, in this Cause of Action. See, the <u>Fed.R.Civ.P.</u>, Rules 34 et

seq., 36(a), & (b), & 37 et seq. The requested relief are mentioned in Concepcion's, Civil Complaint Action at pg. 21, ¶ 72, & pg. 22, ¶ 74.

1.The above request for the production of records, documents, files, data, & etc., & the requests for admission therein **"were"** Cert. Return Receipt Mail, & received by the named Defendants on <u>Jan. 2,2008</u>. Then on <u>Jan.14,2008</u>, Counsel(s) of Record for said Defendants receive Concepcion's, request for the production of records, documents, files, data, & etc., & the requests for admission therein, of which **"were"** also Cert. Return Receipt Mail, & received by said Counsel(s) of Record on <u>Jan. 14,2008</u>. <u>SEE</u>, Ex: D-1 - D-15, herewith.

2. The Defendants, and/or Counsel(s) of Record for said Defendants **"did not"** provide Concepcion, with any of the requested records, documents, files, data, & etc., **"but have admitted, & stipulated"** to Concepcion's, [CONTRACT] requests for admission; nor did said Defendants, and/or Counsel(s) of Record file **"any"** Motion(s), or otherwise for an adjournment.

3. The Defendants, & others "had **over two years"** [PLUS AN ADDITIONAL 30 DAYS] to produce the requested records, documents, files, data, & etc., & thirty [30] days plus to answer Concepcion's, requests for admission; of which said requests for admission have been admitted, & stipulated to by way of Contract. See, the Const. for the United States, at Art. I, § 10; & the New Jersey State Constitution.

4. The Defendants, & now Counsel(s) of Record for said Defendants having caused **"un-necessary additional"** damages, continuing damages, criminal damages, damages to person [CONCEPCION], exemplary, & punitive damages [INTER ALIA], against Concepcion. Therefore, the Plaintiff, has **"respectfully"** requested for the **"<u>ORDER OF THE COURT</u>"** to compel the Defendants, and/or Counsel(s) of Record to produce: **"<u>ALL</u>"** non-exempt records, documents,

files, data, & etc., **"with no redactions"** [SEE, TRWITT V. DEPT. OF STATE, 697 F. 2D 540, AT 542 (1991); & MCCEHEE V. C.I.A, 687 F.2D 1095, AT § 8-9 (1983)], & to redact portions **"if necessary"** of the exempt records, documents, files, data, & etc.; or provide a date for the Plaintiff'S, requested trial by jury on **"ALL"** the issues mentioned in the Request ¹or the Production of Records, & Documents, & Requests for Admission, as well as said detailed issues mentioned in the Plaintiff's, Cause of Action, now before this Court. **SEE**, Plaintiff's, Civil Complaint Action at pg. 21, ¶ 74; & Consumer Federation of America v. Dept. of AG., 455 F.3d 283 (D.C. Cir. 2006).

## STATEMENT OF FACTS

5. On Jan. 2,2008, & Jan. 14,2008, the Plaintiff, attempt **"in good faith"** to obtain discovery materials relevant to the caption [FOIA] Cause of Action from all of the named Defendants, & Counsel(s) of Record for said Defendants; in which was done by the Plaintiff, without involving this Court. As set forth herein at ¶ 2, the Defendants, and/or Counsel(s) of Record **"failed"** to respond within the thirty [30] day Rule pursuant to the Fed.R.Civ.P., Rule 34(b), **"& did not"** make any efforts to obtain an extention from the Court, and/or CONCEPCION, at the address, & phone number located at the upper left hand corner of the cover page of the request for production of records, documents, & etc. **SEE**, Ex: D-4, herewith.

6. Said Defendants, & Counsel(s) of Record have, & are continuing to **"circumvent"** the Plaintiff's, facts in numerous ways; especially by not producing the **"not exempt"** records, documents, files, data, & etc., in regard to this Cause of Action pursuant to title 5 U.S.C. § 552 et seq., of which the **"withholding of the not exempt"** requested records, & etc., are continuing to lead to numerous damages [INTER ALIA], **"& THE COVER-UP"** of

numerous criminal activities, Constitutional violations [BOTH STATE, & FED-
ERAL], & etc., by numerous State [OF NEW JERSEY], & Federal Government
Employees, & others; as well as several lawyers from within the State of
New Jersey.

### POINT  I
#### DEFENDANTS & COUNSEL(S) OF RECORD WAIVING
#### THEIR OBJECTIONS BY THEIR FAILURE
#### TO RESPOND TO THE REQUESTED RECORDS & ANSWERS

7. The Rule provided that responses, & objections to requests for
production of documents, & requests for admission are to be answer within
thirty [30] days after service of the requests [**SEE,** ¶ 1, HEREIN], unless
the Court gramts a shorter, or longer time; of which it has been well esta-
blished in federal practice that **"discovery objections are waived if a
party fails to object timely, or other discovery efforts".** See, the Fed.R.
Civ.P., Rule 34(b), & (c); & Marx v. Kelly Harr, & Hallman P.C., 929 F.2d
8, at pg. 12, ¶ 6 (1st Cir. 1991). This waiver is enforced even if the ob-
jections are based on a claim of privilege. Also see Sturdevant v. Sears,
Roebuck, & Co., 32 F.R.D. 425 (W.D. Mo. 1963); & Krewson v. City of Quincy,
120 F.R.D. 6, ¶ 7 (D.Mass. 1988).

8. As shown herewith, & in the Plaintiff's, request for production
of records, documents, & etc., & in his requests for admission therein,
said requested discovery... **"are not exempt"** records, documents, files, da-
ta, & etc. [AS THE LAB REPORT(S) WITH RESULTS, SERIAL NUMBERS (ONLY) ON
THE ALLEGED RECORDED N.J-FBI TAPES, SEARCH WARRANT(S), OATH OF OFFICE,
OFFICER'S AFFIDAVIT, SURETY BOND(S), BID BOND(S),  PERFORMANCE BOND(S),
PAYMENT BOND(S), NOTICE OF ACCEPTANCE OF CRIMINAL JURISDICTION THAT NEEED
TO BE FILED WITH THE NEW JERSEY STATE GOVERNOR IN REGARD TO CASE #99-753
(AJL), & ETC.], **"are not only proper, but highly appropriate, & relevant**

4

under title 5 U.S.C. § 552 et seq., & in this Cause of Action".

POINT   II

THE DISCOVERY SOUGHTED IS RELEVANT
TO THE CLAIMS, & DEFENSES IN THE ABOVE
CAPTION CAUSE OF ACTION

9. If said Defendants, and/or Counsel(s) of Record for said Defendants, belatedly object by stating that the records, documents, files, data, & etc., in which are being sought by the Plaintiff, are irrelevant, or exempt; then Honorable Judge RMU, **"respectfully"** shall take the Defendants, and/or Counsel(s) of Record argument(s), Motion, or otherwise **"as frivolous",** do to the facts of the specific requested records, documents, files, data, & etc., **"being the principle not exempt records, documents, & etc.",** requested in both the request for production of records, documents, & etc., & in the Plaintiff's, filed FOIA Cause of Action [AS THE LAB REPORT(S) WITH RESULTS, SERIAL NUMBERS (ONLY) ON THE ALLEGED RECORDED N.J-FBI TAPES, SEARCH WARRANT(S), OATH OF OFFICE, OFFICER'S AFFIDAVIT, SURETY BOND(S), BID BOND(S), PERFORMANCE BOND(S), PAYMENT BOND(S), NOTICE OF ACCEPTANCE OF CRIMINAL JURISDICTION THAT NEEDED TO BE FILED WITH THE NEW JERSEY STATE GOVERNOR IN REGARD TO CASE #99-753(AJL), & ETC.]. See, Liebowite v. Almexco Inc., 701 P.2d 140, 142; & U.S. v. King, 781 F.Supp. 315.

10. The Fed.R.Civ.P., Rule 26(b)(1), permits discovery of matters **relevant to the subject matter involved in the pending cause..."** In the discovery stage relevance is construed, broadly to encompass any matter that could bear on **"ANY"** issues that is, or may be in the case. In Oppenheimer Fund. Inc. v. Sanders, 57 L.Ed 2d 253, at ¶ 6-7 (S.Ct. 1978), The Supreme Court held: Parties may obtain discovery regarding any matter not privilege, which is relevant to the subject matter involved in the pending action...; as in Nash v. Thielke, 743 F.Supp. 1301 (S.D. Wis. 1990), The

5

Court held: The Plaintiff, was entitled to the **"officer's urine report"** from day of incident which might have been relevant. Also see Dept. of Justice v. Reporters Comm., 103 L.Ed 2d 774 (S.Ct. 1989); & FBI v. Abramson, 72 L.Ed 2d 376 (S.Ct. 1982).

### CONCLUSION

For the foregoing reasons the Court **"should grant"** the Plaintiff/Sovereign's, Motion to Compel the Defendants, & Counsel(s) of Record for said Defendants, to produce the requested records, documents, & etc.; & answer the Plaintiff/Sovereign's.., requests for admission, **"unless"** the Court honors the conceded admissions, & stipulations made by the Defendants, & Counsel(s) of Record in the Plaintiff/Sovereign's, Requests for Admission.

### OATH

The undersigned declares, certifies, verifies, & state under penalty of perjury under the Laws of the United States pursuant to title 28 U.S.C. § 1746, that the foregoing is true, & correct to the best of my knowledge.

Respectfully Requested, &
Submitted By:

DATED: FEB. 18,2008

Alberto Concepcion© the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

CERT. MAIL TO CLERK FOR THE
DISTRICT COURT OF COLUMBIA NO.
7006-2760-0000-3040-9172

WITHOUT PREJUDICE U.C.C. 1-207

6

## PROOF OF SERVICE

I, <u>Alberto Concepcion</u>, certify that on <u>Feb. 20,2008</u>, I mailed this document, along the Motion to Compel Counsel(s) of Record for Defendants/ Corporations to produce Records, & Documents, as well as the attached fifteen [15] page exhibits therewith for Civil Action #<u>07-1766(RMU)</u>, to the following address, by way of first class mail:

> U.S. ATTORNEYS OFFICE FOR
> THE DISTRICT OF COLUMBIA
> 555 4th Street, N.W.
> Washington, D. 20001
> **ATT: CHRISTOPHER B. HARWOOD, ESQ.**

## OATH

I, <u>Alberto Concepcion</u>, certify that these documents were given to prison officials on <u>Feb. 20,2008</u>, for forwarding to Counsel(s) of Record above. I, certify under penalty of perjury that the foregoing is true, & correct pursuant to 28 U.S.C. § 1746.

Respectfully Submitted By:

*Alberto Concepcion*

DATED: <u>Feb. 18,2008</u>

Alberto Concepcion, the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

**CERT. MAIL TO CLERK FOR THE**
**DISTRICT COURT OF COLUMBIA NO.**
<u>**7006-2760-0000-3040-9176**</u>

WITHOUT PREJUDICE U.C.C. 1-207

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | |
|---|---|
| Postage | $ 1.47 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.27 |

Postmark Here

DEC 27 2007

FOIA

Sent To
FEDERAL BUREAU OF INVESTIGATION
Street, Apt. No.; or PO Box No. 935 Pennsylvania Ave., N.W.
City, State, ZIP+4 Washington, D.C. 20530

7006 2760 0000 3040 8809

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Edward Fudge_        ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery
2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

FEDERAL BUREAU OF
INVESTIGATION [F.O.I.A]
935 Pennsylvania Ave., N.W.
Washington, D.C. 20530

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006-2760-0000-3040-8809

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



Ex: D-1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| Postage | $ | 1.47 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.27 |

Postmark Here

DEC 27 2007

Sent To
EXECUTIVE OFFICE OF THE U.S. ATTORNEYS
Street, Apt. No.; or PO Box No. 600 E. Street, N.W.
City, State, ZIP+4 Washington, D.C. 20530

PS Form 3800, August 2006          See Reverse for Instructions

7006 2760 0000 3040 8816

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EXECUTIVE OFFICE OF THE
UNITED STATES ATTORNEYS
600 E. Street, N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel L. Parks_          ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 0 2 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

CFOIA]

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7006-2760-0000-3040-8816

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Ex: D-2



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0004 7651 5924
**Status: Delivered**

Your item was delivered at 4:59 AM on January 14, 2008 in
WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Ex: D-4

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

1/23/2008

Ex: D-5

ALBERTO CONCEPCION, #22853-050
F.C.I FORT DIX P.O. Box 2000
Fort Dix, New Jersey 08640
(609) 723-1100


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| Alberto Concepcion,<br><br>          Plaintiff/Sovereign,<br><br>     vs.<br><br><br>FEDERAL BUREAU OF INVESTIGATION;<br>EXECUTIVE OFFICE OF THE UNITED<br>STATES ATTORNEYS; &<br>U.S. DEPARTMENT OF JUSTICE;<br>          Defendants/Corporations. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 07-1766(RMU)<br>:<br>: |


## PLAINTIFF'S, REQUEST FOR THE PRODUCTION OF
## RECORDS, & DOCUMENTS, & REQUESTS FOR ADMISSION


**NOW COMES,** Pro Se Plaintiff, Alberto Concepcion, the Sovereign,
Secured Party, Creditor, Holder-In-Due-Course, Trade Name Owner, & Record
Owner on behalf of STRAW-MAN, & DEBTOR ALBERTO CONCEPCION, hereinafter
**"Concepcion, or CONCEPCION"**, waving no powers, rights, and/or immunities by
the use of said **"private copyrighted statutes"**; pursuant to the Fed.R.Civ.
P., Rules 34 et seq., 36(a), & Art. I, § 10, of the Const. for the **"United
States"**, submitting the following requests for the production of records,
documents, files, & etc., & the requests for admission, & stipulations
making said admissions, & stipulations **"A CONTRACT"** by the Plaintiff, with
the Defendants known herein as Federal Bureau of Investigation, Executive

Ex: D - 6

Office of the United States Attorneys, & U.S. Department of Justice. Each
of the named Defendants, or Counsel(s) of Record for said Defendants are
**"respectfully"** directed to produce each of the requested records, docu-
ments, files, & etc., for inspection, & copying purposes; & answer in your
own words each of the questions in the requests for admission herewith **"in
writing, & under oath"**. If the Defendants, or Counsel(s) of Record for
said Defendants **"DO NOT PRODUCE, & REBUT"** said facts herewith, & in the
Plaintiff's, filed Civil [COMPLAINT] Action in there entirety within 30
[OR AS ALLOWED BY RULE] days of this Certified Return Receipt Mail Service;

the Plaintiff, asserts that the above Defendants, or Counsel(s) of
Record for said Defendants are admitting, & stipulating by way of "CON-
TRACT [**SEE**, THE CONST. FOR THE UNITED STATES ART. I, § 10]" to the answers
below the questions provided in the requests for admission herewith, as
well as CONCEPCION, being indicted in Federal Criminal Case #99-6144-01, &
99-753(AJL), hereinafter Case #99-753(AJL), **"ON PURE LACTOSE"**, including
said **"lab report(s) being destroyed [INTER ALIA]"** knowingly, intentionally,
& willingly by the initial N.J-USA, & others in said allege federal crimi-
nal case. SEE, Concepcion's, Civil Complaint at pg. 22, ¶ 74.

### REQUEST FOR THE PRODUCTION
### OF RECORDS, & DOCUMENTS PURSUANT
### TO FED.R.CIV.P., RULE 34

1. [**SPECIFIC REQUESTS**] LAB REPORT(S), PURITY OF THE ALLEGE HEROIN
RESULT(S), CHEMICAL RESULT(S), NON-CHEMICAL RESULT(S), & ANY OTHER UNMEN-
TIONED SUBSTANCE, & TEST RESULTS FOR CASE #99-753(AJL), AND/OR **"ANY"** RE-
FERENCES TO EITHER Concepcion, or CONCEPCION.

2. [**SPECIFIC REQUESTS**] SERIAL NUMBERS [**ONLY**] TO ANY, & ALL OF THE
ALLEGE RECORDED N.J-FBI TAPES [INCLUDING THE SERIAL NUMBERS ON ALL OF
CONCEPCION'S, CO-DEFENDANTS TAPES] WITH THERE DATES, & EXACT LOCATIONS OF

2

Ex: D-7

THE RECORDINGS, & THE APPROVED WARRANT(S), & APPLICATION(S) FOR THE PHONE-
WIRE TAP AUTHORIZATION(S), INCLUDING ANY OTHER UNMENTIONED RECORDS, DOCU-
MENTS, FILES, & ETC., FOR CASE #99-753(AJL), AND/OR ANY REFERENCES TO
EITHER Concepcion, or CONCEPCION;

3. [SPECIFIC REQUESTS] THE N.J-FBI 407 FORMS OF ANY, & ALL OF CON-
CEPCION'S, CO-DEFENDANTS STATEMENTS;

4. [SPECIFIC REQUESTS] ALL ISSUED SEARCH WARRANTS INVOLVED IN CASE
#99-753(AJL);

UNMENTIONED REQUESTS
IN REGARD TO CASE #99-753(AJL)

5. A CERTIFIED COPY OF THE "OATH OF OFFICE" PURSUANT TO TITLE 5
U.S.C. § 3331;

6. A CERTIFIED COPY OF THE "OFFICER AFFIDAVIT" PURSUANT TO TITLE 5
U.S.C. § 3332, AND/OR A CERTIFIED COPY OF THE "EMPLOYEE AFFIDAVIT" PURSU-
ANT TO TITLE 5 U.S.C. § 3333;

7. A CERTIFIED COPY OF THE "SURETY BOND(S)" PURSUANT TO TITLE 5
U.S.C. § 2901, "& D.C. CODE 11-7040"; &

8. A CERTIFIED COPY OF THE "REGISTRATIONS" PURSUANT TO TITLES 22
U.S.C. §§ 611, & 612, INCLUDING ANY OTHER LICENSES, AND/OR BONDS MAINTAIN-
ED BY THE FOLLOWING FEDERAL PROSECUTORS [ACTIVE, OR FORMER KNOWN AS ROBERT
J. CLEARY, CHRISTOPHER J. CHRISTIE, GEORGE S. LEONE, SCOTT A. RESNIK,
CAROLYN A. MURRAY, & JAMES B. CLARK, III], THE STATE OF NEW JERSEY, AND/OR
THE UNITED STATES IN ORDER FOR THESE NAMED INDIVIDUALS TO CONDUCT THERE
BUSINESS "ON BEHALF OF THE UNITED STATES", OF WHICH SAID INDIVIDUALS WERE
INVOLVED IN CASE #99-753(AJL), DIRECTLY, OR INDIRECTLY;

9. CO-DEFENDANTS [5 TOTAL] ARREST WARRANTS [ONLY] FOR CASE #99-753

3

Ex: D-8

(AJL);

10. LOG-SHEET(S), OR BOOK(S) FROM THE UNION COUNTY JAIL IN ELIZA-BETH, NEW JERSEY [**SPECIFICALLY**] FROM <u>DEC. 20,1999</u>, THROUGH <u>FEB. 15,2000</u>;

11. NEW JERSEY ESSEX COUNTY SHERIFF [BUREAU OF NARCOTICS] OFFICER JOHN F. MURPHY JR., DEPUTIZED OATH(S) APPLICATION, AUTHORIZATION, & ETC., FROM SAID SHERIFF DEPARTMENT, TO THE FEDERAL BUREAU OF INVESTIGATION;

12. NAME(S) & BADGE NUMBERS **"<u>ONLY OF ALL</u>"** THE NEW JERSEY ESSEX COUNTY SHERIFF OFFICERS, & NEWARK POLICE OFFICERS WHO WERE DIRECTLY IN-VOLVED IN CASE <u>#99-753(AJL)</u>;

13. **"<u>BID BOND(S) STANDARD FORM 24</u>"**, FOR CONCEPCION, AND/OR CASE <u>#99-753(AJL)</u>, THAT IS, & WAS PUT OUT BY THE U.S. GENERAL SERVICE ADMINISTRA-TION, HEREINAFTER GSA;

14. **"<u>PERFORMANCE BOND(S) STANDARD FORM 25</u>"**, FOR CONCEPCION, AND/OR CASE <u>#99-753(AJL)</u>, ALSO PUT OUT BY THE GSA;

15. **"<u>PAYMENT BOND(S) STANDARD FORM 25A</u>"**, FOR CONCEPCION, AND/OR CASE <u>#99-753(AJL)</u>, ALSO PUT OUT BY THE GSA, INCLUDING THE U.S. DISTRICT COURT'S FOR THE DISTRICT OF [NEWARK] NEW JERSEY STANDARD FORM 273 [ALSO PROVIDED TO SAID COURTS BY THE GSA], WHICH SAID [**CONTRACT**] 273 FORM IS THE REINSURANCE **"<u>FORM WITH THE UNITED STATES</u>"**; STANDARD FORM 274, WHICH IS THE MILLER ACT REINSURANCE BOND; & STANDARD FORM 275, BEING A PAYMENT BOND FOR CONCEPCION, OF WHICH ALL OF THE ABOVE STANDARD FORMS, & ETC., IN ¶ 13 - ¶ 15, HEREIN ARE ALSO THE REQUESTED UNMENTIONED RECORDS, DOCUMENTS, & ETC., NEEDED BY PLAINTIFF/SOVEREIGN, Concepcion, IN THIS CAUSE OF ACTION;

16. ANY, & ALL RECORDS, DOCUMENTS, FILES, & ETC., PROVIDED BY ANY OTHER LAW ENFORCEMENT AGENCIES, OFFICERS, POLICE DEPARTMENTS, & ETC. [STATE, OR FEDERAL], REGARDING FBI FILE <u>#614099DB7</u>, OR FBI FILE <u>#9508194-NA9</u>, CASE(S) ID. <u>#166E-NW-NEW</u>, OR <u>#166E-NW-97240</u>, OR <u>#245D-NW-97240-K</u>,

4

Ex: D-9

OR #245D-NW-97240-7, OR CASE #99-753(AJL), AND/OR IN REFERENCE TO EITHER
Concepcion, OR CONCEPCION, INCLUDING BUT NOT LIMITED TO INVESTIGATIVE RE-
PORTS, SUPPLEMENTS, & ETC., THERETO;

17. ANY, & ALL RECORDS, DOCUMENTS, FILES, & ETC., THAT ESTABLISH,
AND/OR EVIDENCE OF THE **"UNITED STATES"** OWNING ANY LAND ANYWHERE WITHIN THE
CITY OF NEWARK, N.J, MAPLEWOOD, N.J, AND/OR ESSEX COUNTY N.J GENERALLY
FROM JAN. 1,1998, UNTIL PRESENT, INCLUDING ANY OTHER UNMENTIONED RECORDS,
DOCUMENTS, FILES, & ETC.;

18. ANY, & ALL RECORDS, DOCUMENTS, FILES, & ETC., THAT ESTABLISH,
AND/OR EVIDENCE THAT THE STATE OF NEW JERSEY HAS EVER CEDED JURISDICTION
TO THE **"UNITED STATES"** PURSUANT TO THE CONSTITUTION FOR THE UNITED STATES
ART. I, § 8, CLS. 17, OVER ANY LAND ANYWHERE WITHIN THE CITY OF NEWARK,
N.J, MAPLEWOOD, N.J, AND/OR ESSEX COUNTY N.J GENERALLY FROM JAN. 1,1998,
UNTIL PRESENT, INCLUDING ANY OTHER UNMENTIONED RECORDS, DOCUMENTS, FILES,
& ETC.;

19. ANY, & ALL RECORDS, DOCUMENTS, FILES, & ETC., THAT ESTABLISH,
AND/OR EVIDENCE THAT AN INSTRUMENT OF **"NOTICE OF ACCEPTANCE OF CRIMINAL
JURISDICTION"** WAS FILED WITH THE GOVERNOR OF THE STATE OF NEW JERSEY, AS
REQUIRED BY THE ACT OF TITLE 40 U.S.C. § 255, FOR ANY LAND, AND/OR CITY
BLOCK(S) ANYWHERE WITHIN THE CITY OF NEWARK, N.J, MAPLEWOOD, N.J, AND/OR
ESSEX COUNTY N.J GENERALLY FROM JAN. 1,1998, UNTIL PRESENT, REGARDING
FBI FILE #614099DB7, OR FBI FILE #9508194NA9, CASE(S) ID. #166E-NW-NEW, OR
#166E-NW-97240, OR #245D-NW-97240-K, OR #245D-NW-97240-7, OR CASE #99-753-
(AJL), AND/OR IN REFERENCE TO EITHER Concepcion, OR CONCEPCION, INCLUDING
ANY OTHER UNMENTIONED RECORDS, DOCUMENTS, FILES, & ETC.

REQUESTS FOR ADMISSION
PURSUANT TO FED.R.CIV.P., RULE 36(a)
& ART. I, § 10, OF THE CONST FOR THE UNITED STATES

Ex: D-10

**20.** DOES THE DEFENDANT(S) HEREWITH HAVE A DUTY TO PROTECT THE PRI-VATE, & CIVIL RIGHTS OF THE PLAINTIFF/SOVEREIGN, KNOWN AS Alberto Concepcion, A COMMON LAW CITIZEN FROM THE STATE OF NEW JERSEY ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

**21.** IS THE STATE OF NEW JERSEY A STATE WITHIN THE MEANING OF TITLE 18 U.S.C. § 921(a)(2), & TITLE 21 U.S.C. § 802(26) ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"NO"**.

**22.** DOES THE **"UNITED STATES"** AS DEFINE IN TITLE 18 U.S.C. § 5, & TITLE 21 U.S.C. § 802(28), PERTAINING TO THE FIFTY [50] STATES OF THE UNION UNITED UNDER THE CONSTITUTION FOR THE UNITED STATES ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"NO"**.

**23.** DOES CONTROLLING AN OFFICE OF TRUST AS NUMEROUS **"UNITED STATES"** GOVERNMENT OFFICIALS ARE DOING AT THE NEWARK, NEW JERSEY U.S. ATTORNEYS OFFICE WHO HAVE NOT FILED A WRITTEN OATH OF OFFICE, A OFFICER'S AFFIDAVIT, AND/OR EMPLOYEE'S AFFIDAVIT, A SURETY BOND(S), OR THEIR REGISTRATIONS; CONSTITUTE THE IMPERSONATION OF A PUBLIC GOVERNMENT OFFICIAL [**SEE**, ¶ 5 - ¶ 8, HEREIN] ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

**24.** CAN A OUT OF STATE **"FOREIGN PROSECUTOR(S)"** FROM THE DISTRICT OF COLUMBIA [**UNITED STATES**] PROSECUTE A DEFENDANT IN ANY OF THE 50 STATES [SPECIFICALLY IN THE STATE OF NEW JERSEY] OF WHICH IS CONSIDER OUTSIDE OF [**THE FEDERAL ZONES**] HIS JURISDICTION ?

Ex: D-11

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"NO"**.

25. CAN **"ANY"** STATE, OR FEDERAL PROSECUTOR(S), & OTHERS SPECIFICALLY THOSE INVOLVED IN PROSECUTING CASE #99-753(AJL), **"INTRODUCE, & ADD A POWDER SUBSTANCE"** TO SAID ALLEGE CRIMINAL CASE IN ORDER FOR SAID PROSECUTORS TO OBTAIN A INDICTMENT ON 100 GRAMS, OR MORE OF [**SO-CALL**] HEROIN AGAINST CONCEPCION, ET AL [**SEE**, Concepcion's, FILED CIVIL COMPLAINT AT PGS. 15-20, ¶ 58 - ¶ 67] ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"NO"**.

26. CAN THE INITIAL FEDERAL PROSECUTOR(S) FROM THE NEWARK, N.J-USA, & OTHERS WHO WERE PROSECUTING CASE #99-753(AJL), KNOWINGLY, INTENTIONALLY, & WILLINGLY HAVE CONCEPCION, **"INDICTED ON PURE LACTOSE, AS OPPOSED TO HEROIN"**; OF WHICH SAID N.J-USA, & OTHERS CLAIM SAID LACTOSE TO BE HEROIN TO THE FEDERAL GRAND JURY, COURTS, & OTHERS IN WHICH THE REQUESTED LAB REPORT(S) RESULTS WOULD PROVE THE PLAINTIFF'S, FACTS HEREIN, & IN HIS FILED CIVIL FREEDOM OF INFORMATION COMPLAINT ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"NO"**.

27. CAN THE INITIAL FEDERAL PROSECUTORS [LEGALLY, & LAWFULLY], & OTHERS INVOLVED IN CASE #99-753(AJL), KNOWINGLY, INTENTIONALLY, & WILLINGLY **"SWITCH THE FABRICATED N.J-FBI TAPE(S) AFTER"** THEY ACKNOWLEDGE THAT THEY WERE PLACING CONCEPCION, WITHIN THE STATE OF NEW JERSEY, WHEN IN FACT CONCEPCION, **"WAS OUT OF THE STATE OF NEW JERSEY"**, WHEN THE [**SO-CALL**] HEROIN TRANSACTION(S) OCCURRED; IN WHICH THE SERIAL NUMBERS ON THE ALLEGE RECORDED N.J-FBI TAPES WILL ALSO VERIFY Concepcion's, FACTS [**SEE**, Concepcion's, FILED CIVIL COMPLAINT AT PG. 17, ¶ 61, & ¶ 62] ?

Ex: D-12

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"NO"**.

28. **IS IT TURE,** THAT THE EFFECT OF OCT. 9,1940 [PURSUANT TO TITLE 40 U.S.C./U.S.C.A. § 255], IS TO PROVIDE THAT AS TO LANDS WITHIN A **"STATE"** THEREFORE ACQUIRED BY THE **"UNITED STATES THAT NO JURISDICTION EXIST"**, UN-LESS, & UNTIL A NOTICE OF ACCEPTENCE OF CRIMINAL JURISDICTION IS FILED WITH THE GOVERNOR OF SAID STATE [**SPECIFICALLY NEW JERSEY**] FOR WHERE THE ALLEGE FEDERAL CRIME(S) OCCURRED ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

29. **IS IT TRUE,** THAT THE GOVERNMENT, & COMMERCIAL LAW CAN **"ONLY"** DEAL WITH FICTITIOUS ENTITIES AS A **"PERSON, OR ANY PERSONS"**, & THE DOCU-MENTS CREATING THEM, SUCH AS CORPORATIONS, TRUSTS, CERTIFICATES OF TITLE(S), & ETC., INCLUDING CONTRACTS INVOLVING THE SAME ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

30. **IS IT TRUE,** THAT A SOVEREIGN **"CANNOT"** BE NAMED MERELY AS A **"PER-SON"** IN A STATUTE; BUT **"MUST"** BE SPECIFIED [WITHIN THE CONTRACT(S), OR COMMERCIAL INSTRUMENT(S)] WITHIN THE LANGUAGE OF THE STATUTE, AS IT WAS HELD BY THE U.S. SUPREME COURT IN WILL V. MICHIGAN STATE POLICE, 105 L.ED 2D 45, AT 1C (1989) ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

31. **IS IT TRUE,** THAT A STATUTE THAT **"IS NOT"** PUBLISHED [AS TITLES 21 U.S.C. §§§ 841, 846, & 853, AMONG OTHERS] IN THE FEDERAL REGISTER-CODE OF FEDERAL REGULATIONS **"IS NOT"** A LAW OF GENERAL APPLICABILITY, & THEREFORE,

8

Ex: D-13

IS RESTRICTED TO FEDERAL AGENCIES, OR PERSON'S ACTING IN THERE CAPACITY, AS AGENTS, OFFICERS, EMPLOYEES, & ETC., OF THE **UNITED STATES** FEDERAL GOVERN-MENT; **"& A PERSON"** WHO DOES NOT COMPLY WITH ITS PROVISIONS **"CANNOT BE GUILTY OF ANY CRIME(S)"** ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

32. **IS IT TRUE,** THAT CONGRESS HAS AN EXECUTIVE RULE OVER A GIVEN TERRITORY; & THE COMMON LAW CITIZENS OF THE SEVERAL STATES [NOW 50 IN NUM-BER] **"ARE NOT A PART OF THAT TERRITORY"** ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

33. **IS IT TRUE,** THAT THE UNITED STATES CODE, IN ITS TOTALITY, WERE PUT TOGETHER IN THE DISTRICT OF COLUMBIA AS **"COPYRIGHTED PRIVATE INTERNA-TIONAL LAW, & ARE APPLICABLE ONLY IN THE DISTRICT OF COLUMBIA, OR FEDERAL TERRITORIES"** ?

IF NO ANSWER IS PROVIDED, DEFENDANT IS ADMITTING, & STIPULATING [TO THIS ANSWER, & CONTRACT] THAT THE ANSWER IS **"YES"**.

34. Your **"failure"** to produce the above specific requested records, documents, files, & etc., as well as the Defendants, or Counsel(s) of re-cord for said Defendants **"to answer"** the specific questions herewith in detail, & the Plaintiff's, Civil Action in whole will result in admission, & stipulation of these facts; of which silence can only be aquated with fraud [INTER ALIA] where there is a legal, & moral duty to speak, or where an inquiry left unanswered would be knowingly, intentionally, & willinly misleading, inter alia. **SEE,** Plaintiff's, Civil Complaint at pg. 10, ¶ 44, & pg. 20, ¶ 67; the Const. for the United States Amended. IX; U.S. v.

9

Ex: D-14

<u>Tweel</u>, 550 F.2d 297-300 (1977); & <u>America National Ins. Co. v. Murray</u>, 383 F.2d 81 (1967).

<u>CERTIFICATE OF SERVICE, & OATH</u>

I, <u>Alberto Concepcion</u>, certify that on this date, the original request for the production of records, & documents, & the requests for admission, & stipulations were served Certified Return Receipt Mail to Defendants:

1) FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Ave., N.W.
Washington, D.C. 20530
**CERT. RETURN RECEIPT MAIL #**
<u>7006-2760-0000-3040-8809</u>
<u>ATT: F.O.I.A UNIT</u>

2) EXECUTIVE OFFICE OF THE UNITED
STATES ATTORNEYS
600 E. Street N.W.
Washington, D.C. 20530
**CERT. RETURN RECEIPT MAIL #**
<u>7006-2760-0000-3040-8816</u>
<u>ATT: F.O.I.A UNIT</u>

3) UNITED STATES DEPT. OF JUSTICE
950 Pennsylvania Ave., N.W.
[ROOM 5111]
Washington, D.C. 20530
**CERT. RETURN RECEIPT MAIL #**
<u>7006-2760-0000-3040-8823</u>
<u>ATT: EXECUTIVE PERSONEL</u>

I declare under penalty of purjury that the foregoing statements are true.

Respectfully Requested, &
Submitted By:

*Alberto Concepcion*©
Alberto Concepcion, the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

DATED: <u>December 27,2007</u>

c.c. file

10

<u>PROOF OF SERVICE</u> Ex: D-15

I, certify that on <u>Jan. 2,2008</u>, I mailed this document, & the Request for the Production of documents, & Requests for Admission to Counsel of Record CHRISTOPHER B. HARWOOD, at 555 4th Street, N.W. Washington, D.C. 20001 by way of Cert. Return Receipt Mail <u>#7006-2150-0004-7651-5924</u>, for Case <u>#07-1766(RMU)</u>.

<u>OATH</u>

I, <u>ALBERTO CONCEPCION</u>, certify that these documents were given to the prison officials on <u>Jan. 2,2008</u>, for forwarding to Counsel of Record CHRISTOPHER B. HARWOOD. I, certify under penalty of perjury that the foregoing is true, & correct pursuant to 28 U.S.C. § 1746.

Respectfully Submitted By:

DATED: <u>Jan. 2,2008</u>

*Alberto Concepcion* ©
Alberto Concepcion© the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

c.c. file