UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action 07-1766 (RMU) |

# REPORT AND MOTION FOR LEAVE TO PREPARE A SAMPLE VAUGHN INDEX AND FOR A BRIEF EXTENSION OF TIME TO FILE AND SERVE THAT INDEX

Pursuant to this Court's February 14, 2008 Minute Order, Defendants—the Federal Bureau of Investigation (the "FBI") and the Executive Office of the United States Attorney (the "EOUSA") (collectively, "Defendants")—are required to:

- complete their searches for, and disclosure of, documents responsive to Plaintiff's Freedom of Information Act ("FOIA") requests by today, April 11, 2008;

- file with this Court and serve on Plaintiff an index describing any responsive documents that have been withheld from disclosure and the basis for any such withholdings by April 30, 2008; and

- file a motion for summary judgment by May 30, 2008.

Defendants hereby report that, as ordered, they have completed their searches for, and disclosure of, responsive documents. The FBI, however, respectfully requests that it be permitted to: (1) prepare a sample Vaughn index (rather than a full Vaughn index discussing all withheld in full/redacted documents); and (2) file and serve a sample Vaughn index by May 16, 2008 (rather than by April 30, 2008). As demonstrated below, there is good cause to grant these requests. This is the FBI's first request for an extension of time in connection with its obligation

to file and serve a Vaughn index. Because Plaintiff is incarcerated and appearing pro se, it is unnecessary and impractical for the undersigned counsel to confer with him about this motion. See Local Civ. R. 7(m).

On December 17, 1999, Plaintiff was charged with, inter alia, conspiracy to distribute narcotics (heroin). (See Docket No. 15 at 2.) Plaintiff ultimately pleaded guilty to that charge, and was sentenced to 325 months in prison. (Id.) Plaintiff has now instituted this FOIA action to obtain all documents in the possession of the FBI and the EOUSA relating to the criminal case brought against him. (See Compl. ¶68.) Among other things, Plaintiff seeks the production of lab reports, search warrants, wiretap authorizations and witness statements. (See id.)

In searching its records, the FBI located 2,094 pages of responsive documents. Of those 2,094 pages, the FBI released 890 pages to Plaintiff (691 with redactions). In addition, the FBI referred 538 pages of responsive documents to the Drug Enforcement Administration (the "DEA"), 20 pages of responsive documents to the Department of Justice's Criminal Division (the "Criminal Division") and 3 pages of responsive documents to Immigration and Customs Enforcement ("ICE") (collectively, the "referred documents"). Thus, the FBI currently possesses 1,334 pages of withheld in full/redacted documents.

Creating a Vaughn index of the more than 1,300 pages of withheld in full/redacted documents would be extremely burdensome for the FBI. To alleviate that burden, the FBI respectfully requests that it be permitted to create a sample Vaughn index consisting of a representative sample of the withheld in full/redacted documents. The FBI will include within the representative sample approximately 200 pages of documents that fairly reflect both the different types of withheld in full/redacted documents and the various claimed exemptions. Courts permit such representative sampling when the number of withheld in full/redacted

documents is substantial.  See, e.g., Bonner v. Dep't of State, 928 F.2d 1148, 1151 (D.C. Cir. 1991) ("Representative sampling is an appropriate procedure to test an agency's FOIA exemption claims when a large number of documents are involved."); Peay v. Dep't of Justice, No. 04-1859, 2007 WL 788871, at *1 (D.D.C. Mar. 14, 2007) (approving the FBI's selection of a representative sample of withheld in full/redacted documents).

The FBI further requests that it be permitted up to and including May 16, 2008 to file and serve its sample Vaughn index.  The FBI employee who will be preparing the Vaughn index is scheduled to take leave later this month and, with her heavy workload, does not anticipate being able to complete the Vaughn index by the current deadline of April 30, 2008.  The FBI employee who will be preparing the Vaughn index is one of thirteen FBI employees who are presently handling approximately 100 FOIA/Privacy Act matters.

For the foregoing reasons, the FBI respectfully requests that this Court permit it to (1) prepare a sample Vaughn index consisting of approximately 200 pages, and (2) file and serve that sample Vaughn index by May 16, 2008.  A proposed order consistent with this motion is attached hereto.  The EOUSA is not requesting leave to prepare a sample Vaughn index.  The EOUSA currently anticipates that it will be able to file and serve a full Vaughn index by April 30, 2008.

At this time, the undersigned counsel has been unable to ascertain when the third-party agencies to which responsive documents have been referred (i.e., the DEA, the Criminal Division and ICE) expect to finish their review and release of the referred documents.  The undersigned counsel will try to ensure that those agencies process the referred documents and prepare a Vaughn index (if necessary) by May 16, 2008.  If that occurs, the undersigned counsel will be able to file a fully-dispositive motion for summary judgment by May 30, 2008 (as

scheduled). If, however, the undersigned counsel learns that the third-party agencies at issue will be unable to complete their processing of the referred documents and/or their preparation of a Vaughn index sufficiently in advance of the May 30, 2008 summary judgment deadline, he will propose an alternative summary judgment deadline.

                                Respectfully submitted,

                                /s/
                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney

                                /s/
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

                                /s/
                                CHRISTOPHER B. HARWOOD
                                Assistant United States Attorney
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                Phone: (202) 307-0372
                                Fax: (202) 514-8780
                                Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

ALBERTO CONCEPCION
#22853-050
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, N.J. 08640

                                            /s/
                                  Christopher B. Harwood

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALBERTO CONCEPCION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action 07-1766 (RMU) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER</u>**

Having considered the Federal Bureau of Investigation's (the "FBI") Motion for Leave to Prepare a Sample Vaughn Index and for a Brief Extension of Time to File and Serve that Index, it is, this _____ day of _____, 2008,

ORDERED that the FBI's Motion is GRANTED; and it is

FURTHER ORDERED that the FBI may prepare a sample Vaughn index consisting of approximately 200 pages and serve and file that sample index by May 16, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

Alberto Concepcion
#22853-050
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, N.J. 08640