UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action 07-1766 (RMU) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) |
| | ) |
| Defendants. | ) |

### RESPONSE TO PLAINTIFF'S JUNE 10, 2008 FILING

Plaintiff Alberto Concepcion ("Plaintiff"), a prisoner appearing pro se, brought this case on October 3, 2007 pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") to obtain all records relating to himself and the criminal case brought against him in the possession of the Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys ("EOUSA") (collectively, "Defendants"). Plaintiff had previously submitted FOIA/PA requests to the FBI and the EOUSA for those records. On May 30, 2008, Defendants moved for summary judgment on Plaintiff's FOIA/PA claims on the ground that Defendants (and the non-party agencies to which they referred records) have responded fully and adequately to Plaintiff's FOIA/PA requests. (See Docket No. 25.)

On June 10, 2008, Plaintiff filed a document entitled, "Motion in Response to Mail Unresponsive to the Plaintiff's Requested Records, Documents, Files, Data, & Etc." (the "June 10, 2008 filing").[1] (See Docket No. 27.) In the June 10, 2008 filing, Plaintiff complains that Defendants' productions of documents in response to his FOIA/PA requests were deficient

---

[1] The June 10, 2008 filing is dated May 23, 2008. However, it was first posted on the Court's electronic docket, and first received by the undersigned counsel, on June 10, 2008.

because they failed to include each of the "records, documents, files, data, & etc." that were requested by . . . Plaintiff." (See id. at 2-5.) This complaint is without merit. As explained in Defendants' Memorandum of Points and Authorities in Support of Their Motion for Summary Judgment: (1) the FBI and the EOUSA conducted adequate searches for records in response to Plaintiff's FOIA/PA requests and located numerous responsive records; and (2) Plaintiff has received all of the responsive records to which he is entitled—although a number of responsive records were withheld (in whole or in part) pursuant to various FOIA exemptions, each of those withholdings was proper. (See Docket No. 25.)

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

ALBERTO CONCEPCION
#22853-050
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, N.J. 08640

                                                /s/
                                    Christopher B. Harwood