UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
ALBERTO CONCEPCION,                                 )
                                                    )
            Plaintiff,                              )
                                                    )
            v.                                      )        Civil Action 07-1766 (RMU)
                                                    )
FEDERAL BUREAU OF INVESTIGATION,                    )
et al.,                                             )
                                                    )
            Defendants.                             )
_____)

## DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR
## MOTION FOR SUMMARY JUDGMENT

Plaintiff Alberto Concepcion ("Plaintiff"), a prisoner appearing pro se, brought this case

pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act ("PA") to obtain all

records relating to himself and the criminal case brought against him in the possession of the

Federal Bureau of Investigation ("FBI") and the Executive Office for United States Attorneys

("EOUSA") (collectively, "Defendants").  (See Compl. ¶68.)  Prior to bringing this case,

Plaintiff had submitted numerous FOIA/PA requests to the FBI and the EOUSA for those same

records.  (See, e.g., Hardy Decl. Ex. C ("I hereby request [from the FBI a] copy of all of the

records in [the] possession of this agency pertain[ing] to me," including "criminal complaints,

arrest warrants [and] Lab Report(s)"); id. at Ex. E ("I . . . have been []waiting . . . for copies of

certain federal documents, specifically a certified copy of the 'LAB REPORT' for the above

Federal Criminal Case."); Stearns Decl. Ex. 11 ("I . . . request [from the EOUSA] a copy of all

records . . . on myself or which make[] reference to me," including "LAB REPORT,

INDICTMENT, THE RULE 11 APPLICATION . . . & THE RECORDED F.B.I. TAPES

SERIES NUMBERS . . . ."); see also Hardy Decl. ¶¶8, 10-12, 18-19 & Exs. F, G, M, N; Stearns

Decl. ¶¶20-23, 27-29 & Exs. 12-15.)[1]  As is demonstrated in Defendants' Memorandum of

Points and Authorities in Support of Their Motion for Summary Judgment ("Defendants'

Memorandum"), Defendants have satisfied their obligations in connection with Plaintiff's

FOIA/PA requests—they conducted adequate searches for responsive records, and they (and the

non-party agencies to which they referred records) released to Plaintiff all of the responsive

records to which he is entitled.  (See Defs.' Mem. at 10-38.)

On June 30, 2008, Plaintiff filed his Memorandum in Opposition to Defendants' Motion

for Summary Judgment (Plaintiff's "Opposition").[2]  Plaintiff's Opposition is largely irrelevant to

the matters at issue in this FOIA/PA case.  Indeed, the majority of Plaintiff's 39-page Opposition

is devoted to arguing that:  (1) the statutes pursuant to which he was criminally charged are

invalid; (2) the substance for which he was criminally charged with possessing and conspiring to

distribute was not heroin; and (3) the district court before which he pleaded guilty to conspiracy

to distribute heroin lacked jurisdiction over him.  (See, e.g., Pl.'s Opp'n at ¶¶10, 12, 18-61.)

Plaintiff's Opposition does, however, raise three issues that are relevant to this FOIA/PA case.

Defendants address those issues below.

First, in his Opposition, Plaintiff states that "he has received a maximum of 535 [pages]

of . . . records" in response to his FOIA/PA requests from Defendants and the non-party agencies

to which Defendants referred records.  (Id. at ¶6.)  At this point, Plaintiff should have received

far more than 535 pages of records:

---

[1] Citations in the form "(Hardy Decl. __)" refer to the Declaration of David M. Hardy, which appears at entry number 15 on the electronic docket of this case.  The exhibits referenced in that declaration are attached hereto.  Citations in the form "(Stearns Decl. __)" refer to the Declaration of Dione J. Stearns, which also appears at entry number 15 on the electronic docket of this case.  The exhibits referenced in that declaration are attached hereto.

[2] Plaintiff's Opposition was first entered on the Court's electronic docket—and first received by the undersigned counsel—on July 1, 2008.  Thus, this Reply brief is timely.

- Between February 25, 2008 and June 16, 2008, the FBI sent Plaintiff more than 950 pages of records. (See Fourth Hardy Decl. ¶¶5-12.)[3]

- No later than May 16, 2008, the Bureau of Customs and Border Protection ("CBP") sent Plaintiff three pages of records that were referred to it by the FBI. (See Hanson Decl. ¶15 & Ex. A.)[4]

- On or around April 11, 2008, the EOUSA sent Plaintiff a box containing more than 2,400 pages of records (the "box"). (See Second Stearns Decl. ¶5; Fourth Stearns Decl. ¶6.)[5] Shortly thereafter, the box was returned to the EOUSA because the prison where Plaintiff is incarcerated had refused to accept its delivery. (Fourth Stearns Decl. ¶7.) The EOUSA then re-sent the box to Plaintiff on two separate occasions (on or around May 5, 2008 and June 2, 2008), but each time, the box was returned to the EOUSA as undeliverable. (Id. at ¶¶8-9.) On June 26, 2008, in an effort to resolve this matter, the EOUSA called the prison where Plaintiff is incarcerated, spoke to Nicole McFarland, a prison official, and asked Ms. McFarland for her assistance in getting the box delivered to Plaintiff. (Id. at ¶9.) Ms. McFarland agreed both to accept delivery of the box and to facilitate its delivery to Plaintiff. (Id.) On or around June 26, 2008, the EOUSA re-sent the box to Plaintiff, care of Ms. McFarland. (Id.) On July 10, 2008, the EOUSA contacted Ms. McFarland to see whether she had received the box; as of that date, she had not. (Id. at ¶10.) The EOUSA expects that Ms. McFarland will receive the box shortly and will then ensure that it is delivered to Plaintiff.[6]

- By letter dated April 30, 2008, the EOUSA sent Plaintiff 10 pages of records that were referred to it by the FBI. (See Fourth Stearns Decl. ¶¶4, 12; see also Stearns Referral Decl. ¶5.)[7]

If by July 31, 2008 Plaintiff has not received each of the mailings referenced in the

declarations attached to this Reply brief, then he is encouraged to send the undersigned counsel a

---

[3] Citations in the form "(Fourth Hardy Decl. __)" refer to the Fourth Declaration of David M. Hardy, which is attached hereto.

[4] Citations in the form "(Hanson Decl. __)" refer to the Declaration of Mark Hanson, which appears at entry number 24 of the electronic docket of this case.

[5] Citations in the form "(Second Stearns Decl. __)" refer to the Revised Version of the April 30, 2008 Declaration of Dione J. Stearns, which appears at entry number 25 on the electronic docket of this case. Citations in the form "(Fourth Stearns Decl. __)" refer to the Fourth Declaration of Dione J. Stearns, which is attached hereto.

[6] The box has not been returned to the EOUSA since it was last sent to Plaintiff, care of Ms. McFarland. (Fourth Stearns Decl. ¶10.)

[7] Citations in the form "(Stearns Referral Decl. __)" refer to the Revised Version of the May 19, 2008 Declaration of Dione J. Stearns, which appears at entry number 25 on the electronic docket of this case.

letter identifying the specific mailing(s) that he has not received (the "identified mailing(s)").[8]

The undersigned counsel will then work with the FBI and/or the EOUSA to ensure that Plaintiff

receives the records that were sent with the identified mailing(s).

Second, Plaintiff complains that Defendants have failed to disclose to him each of the

records that he identified in his numerous FOIA/PA requests. (See Pl.'s Opp'n at ¶6.) That

complaint is groundless. As stated above, and demonstrated in Defendants' Memorandum:

(1) Defendants conducted adequate searches for records in response to Plaintiff's FOIA/PA

requests (see Defs.' Mem. at 6, 8, 10-11, 30-31); and (2) Defendants (and the non-party agencies

to which they referred records) released to Plaintiff all of the records to which he is entitled—in

other words, any and all withholdings were entirely appropriate (see id. at 12-38). Defendants

have thus satisfied their obligations with respect to Plaintiff's FOIA/PA requests.

To the extent that Plaintiff is arguing in his Opposition that Defendants' searches for

records were inadequate because they failed to uncover each of the records that he had identified

in his FOIA/PA requests, his argument fails. It is settled law that "the adequacy of a FOIA

search is generally determined not by the fruits of the search, but by the appropriateness of the

methods used to carry out the search." Iturralde v. Comptroller of the Currency, 315 F.3d 311,

315 (D.C. Cir. 2003).[9] And, here, as set forth in Defendants' Memorandum, the methods that

Defendants used to search for records responsive to Plaintiff's FOIA/PA requests were

---

[8] The declarations attached hereto recount the various releases of records to Plaintiff by the FBI and the EOUSA. It appears that Plaintiff has received the three pages of records that were sent to him by the CBP. (See Pl.'s Opp'n at ¶6 (stating that Plaintiff has received records from the CBP).) The other non-party agency to which records were referred—the Drug Enforcement Administration (the "DEA")—did not itself send any records to Plaintiff. (See Defs.' Mem. at 7.) Instead, some of the records that were referred to the DEA were ultimately sent to Plaintiff by the FBI. (See id.; Fourth Hardy Decl. ¶12.)

[9] Courts are not to judge the adequacy of a search by the nature of the documents it uncovers because "particular documents may have been accidentally lost or destroyed, or a reasonable and thorough search may have missed them." Iturralde, 315 F.3d at 315.

appropriate.  (See Defs.' Mem. at 6, 8, 10-11, 30-31.)  See also SafeCard Servs., Inc. v. S.E.C.,
926 F.2d 1197, 1201 (D.C. Cir. 1991) ("Mere speculation that as yet uncovered documents may
exist does not undermine the finding that the agency conducted a reasonable search for them.").

Finally, Plaintiff asserts that Defendants are wrongfully withholding lab reports that
relate to himself and the criminal case brought against him.  (See Pl.'s Opp'n at ¶¶62-64.)  They
are not.  As an initial matter, the EOUSA did not withhold any pages of lab reports from
Plaintiff.  (See Second Stearns Decl. Ex. A; Stearns Referral Decl. Ex. D.)  Moreover, although
the FBI did withhold a number of pages of lab reports from Plaintiff (534 pages), its withholding
of those pages was entirely appropriate.  In searching its records in response to Plaintiff's
FOIA/PA requests, the FBI located 608 pages of lab reports.  (See Third Hardy Decl. ¶6; Second
Hardy Decl. ¶5.)  The FBI was ultimately able to determine—after conferring with the Drug
Enforcement Administration (the "DEA")—that 74 of those pages relate to Plaintiff.  (See Third
Hardy Decl. ¶¶6, 8.)  The FBI was able to make that determination because the 74 pages contain
(on their face) Plaintiff's name or other identifying information.  (See id. at ¶6; Little Decl. ¶¶15-
16.)[10]  The FBI has released the 74 pages to Plaintiff.  (See Fourth Hardy Decl. ¶12.)

Despite a diligent effort, neither the FBI nor the DEA was able to determine whether the
remaining 534 pages of lab reports relate to Plaintiff or to one or more of the individuals who
conspired to distribute heroin along with Plaintiff and who was/were arrested and charged with
conspiracy to distribute heroin at the same time as Plaintiff.  (See Third Hardy Decl. ¶9
(describing the steps that the FBI took to try and determine whether any of the 534 pages relates
to Plaintiff); Little Decl. ¶16 & n.3 (same as to the DEA); see also Hardy Decl. ¶5 (stating that
Plaintiff was charged with conspiracy to distribute heroin "along with several co-defendants").)

---

[10] Citations in the form "(Little Decl. __)" refer to the Declaration of William C. Little,
which appears at entry number 24 on the electronic docket of this case.

None of the 534 pages identifies the name of the individual to whom it relates or contains any other information that would allow the FBI or the DEA to identify the individual to whom it relates.  (See Third Hardy Decl. ¶9.)  Consequently, the FBI withheld the 534 pages as non-responsive to Plaintiff's FOIA/PA requests for records relating to himself and the criminal case brought against him.

The FBI believes that it was entirely justified in withholding the 534 pages of lab reports as non-responsive.  However, to ensure that Plaintiff receives all FBI records that are even potentially responsive to his FOIA/PA requests (and are not subject to withholding), the FBI will release to Plaintiff the remaining 534 pages of lab reports.  (See Fourth Hardy Decl. ¶15.)  As with the 74 pages of lab reports that have already been released to Plaintiff, the only information that will be redacted from the 534 pages is the names and other identifying information of the DEA lab personnel and the FBI special agents referenced therein—pursuant to FOIA exemptions (b)(6) and (b)(7)(C).  (See id. at ¶¶15-16.)  Such redactions are plainly appropriate.  (See Defs.' Mem. at 29-30 & n.20 (explaining why it was appropriate to withhold the names and other identifying information of DEA lab personnel and FBI special agents from the 74 pages of lab reports that were previously disclosed to Plaintiff); see also Fourth Hardy Decl. ¶16 (confirming that "[t]he 534 pages of lab reports were created . . . in connection with [an] FBI[] investigation," and observing that "[d]isclosure of the names and other identifying information of the DEA lab personnel and the FBI special agents could subject them to, among other things, harassment, criticism and reprisal, and would shed no light [on how] the FBI[] perform[s] its statutory duties").)

**CONCLUSION**

As demonstrated above and in Defendants' Memorandum, Defendants have responded fully and adequately to Plaintiff's FOIA/PA requests.  Thus, Defendants respectfully request that this Court GRANT their motion for summary judgment and dismiss Plaintiff's FOIA/PA case.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2008, I caused a copy of the foregoing to be served via

first class prepaid postage as follows:

ALBERTO CONCEPCION
#22853-050
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, N.J. 08640

                                                      /s/
                                      Christopher B. Harwood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-CV-1766(ESH) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## FOURTH DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C.  I have held this position since August 1, 2002. Prior to my joining the Federal Bureau of Investigation ("FBI"), from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law.  In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy.  From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters.  I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)     In my official capacity as Section Chief of RIDS, I supervise approximately 194 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit

whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to the FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the FBI's treatment of the numerous FOIA/Privacy Act requests of plaintiff Alberto Concepcion starting on September 13, 2005, which seek access to records concerning himself and the criminal case brought against him.

(4)    The primary purpose of this declaration is to provide the Court and plaintiff with a review of the releases made to date to plaintiff by the FBI. This declaration also discusses the FBI's treatment of 608 pages of lab ports that the FBI located while searching its files in response to plaintiff's FOIA/Privacy Act requests.

## CORRESPONDENCE

(5)    By letter dated February 25, 2008, FBIHQ advised plaintiff that it had reviewed 606 pages and was releasing 31 pages.

(6)    By letter dated March 24, 2008, FBIHQ advised plaintiff that it had reviewed 632

2

pages and was releasing 368 pages.

(7)    By letter dated March 27, 2008, FBIHQ advised plaintiff that it had reviewed 856 pages and was releasing 491 pages.

(8)    FBI letter dated March 24, 2008, was returned by the USPS on 3/31/08 as "Not Deliverable As Addressed - Unable To Forward".

(9)    By letter dated April 15, 2008, FBIHQ re-sent plaintiff the disclosure package that went out with FBI letter dated March 27, 2008.[1]

(10)    By letter dated May 16, 2008, FBIHQ re-sent plaintiff the disclosure package that went out with the FBI letter dated March 24, 2008. The FBI cannot locate its copy of that letter and did not attach a copy of that letter to any prior declarations. Thus, tomorrow, July 15, 2008, the FBI will again resend plaintiff the disclosure package that went out with the FBI letter dated March 24, 2008.

(11)    By letter dated May 19, 2008, FBIHQ advised plaintiff that it had reviewed 209 pages that had been referred to it by the Executive Office of the United States Attorneys ("EOUSA") and was releasing 1 page.[2]

(12)    By letter dated June 16, 2008, FBIHQ advised plaintiff that it had reviewed lab reports that had been referred to and returned by the Drug Enforcement Administration ("DEA"),

---

[1]Copies of the February 25, 2008 letter, the March 24, 2008 letter, the March 27, 2008 letter and the April 15, 2008 letter are attached to the Second Declaration of David M. Hardy, which appears at entry number 23 on the electronic docket of this case.

[2]A copy of the May 19, 2008 letter is attached to the Third Declaration of David M. Hardy, which appears at entry number 25 of the electronic docket of this case.

3

and that it was releasing to plaintiff 73 pages.[3]  A copy of the June 16, 2008 letter is attached

hereto.  (See Exhibit A.)

<div align="center">

**RESULT OF REVIEW OF FBI RELEASES**

</div>

(13)    As of the date of this declaration, the FBI has released 965 pages to plaintiff.  One

of those pages was a document referred to the FBI by the EOUSA.  The remaining 964 pages

were from the FBI's own files.

<div align="center">

**LAB REPORTS**

</div>

(14)    By letter dated May 13, 2008, the DEA returned to the FBI 608 pages of lab

reports that the FBI had referred to it on February 25, 2008.[4]  The FBI subsequently released to

plaintiff 74 of the 608 pages (in part).  The FBI was able to confirm that the 74 pages relate to

plaintiff because they contain plaintiff's name or other identifying information.  Because neither

the FBI nor the DEA could determine whether the remaining 534 pages relate to plaintiff (as

opposed to one or more of the individuals who conspired to distribute heroin along with plaintiff

and was/were arrested and charged at the same time as plaintiff), the FBI treated those pages as

not responsive to plaintiff's FOIA/Privacy Act requests.  The FBI's actions with respect to the 534

pages are discussed in the Third Declaration of David M. Hardy.

(15)    For the reasons discussed in the Third Declaration of David M. Hardy, the FBI

believes that it was entirely justified in treating the 534 pages as non-responsive.  Nevertheless,

---

[3]It appears that the June 16, 2008 letter contains a typo because 74 pages of lab reports
have been released to plaintiff.

[4]A copy of the May 13, 2008 letter is attached to the Third  Declaration of
David M. Hardy.

<div align="center">

4

</div>

to ensure that plaintiff receives all FBI records that are even potentially responsive to his

FOIA/Privacy Act requests (and are not subject to withholdings), the FBI will release to plaintiff

the remaining 534 pages of lab reports. The FBI will redact from those 534 pages only the names

and other identifying information of the DEA lab personnel and the FBI Special Agents

referenced therein. The names and other identifying information of the DEA lab personnel and

the FBI Special Agents will be withheld pursuant to FOIA exemptions (b)(6) and (b)(7)(C).

(16)    The 534 pages of lab reports were created by the FBI and sent to the DEA in

connection with the FBI's investigation of plaintiff and/or his co-conspirators for engaging in

illegal drug distribution activities. Disclosure of the names or identifying information of DEA

lab personnel and the FBI Special Agents could subject them to, among other things, harassment,

criticism and reprisal, and would shed no light to the FBI's performance of its statutory duties.

## CONCLUSION

(17)    As of the date of this declaration a total of 965 pages have been released to

plaintiff in response to his FOIA/Privacy Act requests. The FBI will soon release all segregable

information from the 534 additional pages of lab reports.

(18)    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct, and that Exhibit A is a true and correct copy.

5

Executed this ___14th___ day of July, 2008.


DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
                                       )
           Plaintiff,                  )
                                       )  Civil Action No. 07-CV-1766(ESH)
       v.                              )
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
       et al.,                         )
                                       )
                                       )
           Defendants.                 )
                                       )

# EXHIBIT A



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 16, 2008

MR ALBERTO CONCEPCION
**22853-050
FCI FORT DIX
POST OFFICE BOX 2000
FORT DIX, NJ 08640

Subject: CONCEPCION, ALBERTO
FOIPA No. 1030134- 001

Dear Requester:

You were previously advised we were consulting with other Government agencies concerning information related to your Freedom of Information-Privacy Acts (FOIPA) request.

A portion of that information has been returned to the FBI and is enclosed. Deletions have been made pursuant to Title 5, United States Code, Section(s) 552/552a as noted below. See the enclosed form for an explanation of these exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

☒ You may appeal any denials made by the FBI. Appeals should be directed in writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C., 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

⊠ Deletions were made by the other Government agency.  If you wish to appeal those denials, please write directly to that agency.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Note:  File 245-NK-97240 Sub K was processed for this release.  There were 73 pages reviewed and 73 pages released.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,          )
                                       )
              Plaintiff,     )
                                       )
        v.                 )     Civil Action No. 07-1766 (RMU)
                                       )
FEDERAL BUREAU OF INVESTIGATION,  )
et al.,                            )
                                       )
              Defendants.   )
_____)

## FOURTH DECLARATION OF DIONE JACKSON STEARNS

I, Dione J. Stearns, declare the following to be true and correct statements of facts material to this case:

(1)     I am an Attorney Advisor in the Department of Justice currently assigned to the Executive Office for United States Attorneys ("EOUSA"), Freedom of Information and Privacy Staff ("FOIA/Privacy Staff"). The FOIA/Privacy Staff processes all requests received by EOUSA and by all United States Attorney's Offices nationwide – which last year exceeded 3,500 separately tracked request numbers – under the Freedom of Information and Privacy Acts ("FOIA/PA") and related regulations. 5 U.S.C. §§ 552, 552a; 28 CFR § 16.1, et seq.

(2)     My duties on the FOIA/Privacy Staff include acting as liaison with other departmental components and overseeing the processing of FOIA/PA requests for records maintained by EOUSA or any of the United States Attorney's Offices nationwide, including searching for responsive records, determining processing and fee issues, and making determinations regarding release, redaction, or withholding of agency records pursuant to the access and exemption provisions of the FOIA/PA.

(3)    The statements I make in this declaration are made on the basis of my review of the official files and records of EOUSA, my own personal knowledge, or knowledge acquired by me through the performance of my official duties.

(4)    Due to the nature of my official duties, I am familiar with the procedures followed by EOUSA in responding to Plaintiff Alberto Concepcion's requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware that: (1) by letter dated April 30, 2008, EOUSA sent Plaintiff 10 pages of records that were referred to it by the Federal Bureau of Investigation ("FBI"); and (2) beginning on April 11, 2008, EOUSA has made numerous (thus far unsuccessful) attempts to send 1 box of records, containing approximately 2,426 pages, to Plaintiff (the "box"). EOUSA had determined that those documents were releasable documents responsive to Plaintiff's FOIA/PA requests, which sought access to records pertaining to himself and the criminal case brought against him. (See Second Stearns Decl. ¶5 & n.2.)[1]

(5)    The primary purpose of this declaration is to provide the Court and Plaintiff with an explanation of the numerous (thus far unsuccessful) attempts to release the box of records to Plaintiff.

(6)    On or around April 11, 2008, EOUSA mailed the box of responsive records to Plaintiff at the FCI Fort Dix inmate mail/parcel address provided on the Bureau of Prison's ("BOP") web page. The address to which the box was sent is also the address that appears on Plaintiff's most recent court filings. Specifically, EOUSA sent the box to the following address:

---

[1] Citations in the form "(Second Stearns Decl. ¶__)" refer to the Revised Version of April 30, 2008 Declaration of Dionne Jackson Stearns, which appears at entry number 25 on the electronic docket of this case.

To: Janet Harper    Page 3 of 6    2008-07-14 16:26:05 (GMT)    10024971595  From: . .

Case 1:07-cv-01766-RMU    Document 30-3    Filed 07/14/2008    Page 3 of 6

Alberto Concepcion
Registration Number 22853-050
FCI Fort Dix
Federal Corrections Institution
P.O. Box 2000
Fort Dix, NJ 08640

   7)    The box was returned to EOUSA because the prison (FCI Fort Dix) had refused to accept its delivery.

   8)    On or around May 5, 2008, the box was again mailed to the same address. Again, FCI Fort Dix refused to accept the box and it was returned to EOUSA. Upon learning that the box had been returned a second time, I searched BOP's web page and found an alternate address for inmate mail/parcel. On or around June 2, 2008, EOUSA mailed the box to Mr. Concepcion at the following address:

Alberto Concepcion Registration Number 22853-050
FCI Fort Dix
Satellite Camp
P.O. Box 2000
Fort Dix, NJ 08640

   9)    Again, the box was returned. In an effort to resolve this matter, on June 26, 2008, I called FCI Fort Dix and asked to speak with someone in the General Counsel's Office. I spoke with Attorney Advisor Nicole McFarland regarding the undelivered box. I asked Ms. McFarland whether I could send the box to her so that she could then coordinate its delivery to Plaintiff. She agreed to facilitate the delivery to Plaintiff and provided me with her work mailing address. Also, I asked her to call me upon receipt of the box. On or around June 26, 2008, the box was mailed to Ms. McFarland's attention at the following address:

> FCI Fort Dix
> Federal Corrections Institution
> P.O. Box 38
> Fort Dix, NJ 08640

A copy of the letter to Ms. McFarland that was sent along with the box is attached hereto as

**Exhibit A.**

10)   On July 10, 2008, I emailed Ms. McFarland to see whether she had received th

box. She informed me that she had not yet received it. As of July 10, 2008, the box has not be

returned to EOUSA.

11)   EOUSA expects that Ms. McFarland will receive the box shortly and will then

ensure that it is delivered to Plaintiff.

12)   The April 30, 2008 mailing (referenced above in paragraph 4) in which EOUS.

sent Plaintiff 10 pages of records that were referred to it by the FBI has not been returned to

EOUSA. EOUSA thus assumes that Plaintiff has received that mailing.

## CONCLUSION

(13)   EOUSA handled each step in this matter in a manner entirely consistent with

EOUSA procedures and Department of Justice regulations. It will continue to do so and will

work to ensure that Plaintiff receives the records to which he is entitled.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2008.

_Dione Jackson Stearns_

Dione Jackson Stearns
Attorney Advisor
EOUSA FOIA/PA Staff

**U.S. Department of Justice**

Executive Office for United States Attorneys

Freedom of Information and Privacy Staff

Suite 7300, Bicentennial Building
600 E Street, N.W.
Washington, DC 20530

(202) 616-6757
FAX (202) 616-6478

Nicole McFarland
Attorney Advisor
FCI Fort Dix
Federal Correctional Institution
P.O. Box 38
Fort Dix, NJ 08640

Dear Ms. McFarland:

Per our conversation on June 26, 2008, the Executive Office for United States Attorneys has made three unsuccessful mailing attempts to release records to inmate, Alberto Concepcion. In each instance, EOUSA used the proper inmate mailing address, which is posted on the Bureau of Prisons's web page. Nevertheless, the records were returned to us.

Please be advised, that Mr. Concepcion has a pending civil case in the District Court of the District of Columbia and EOUSA is under a Court Order requiring the release of records to him. We are sending the releaseable records to you and we are requesting your cooperation in facilitating Mr. Concepcion's receipt of the records.

Upon receipt of the records, please call me at 202 514-3255 or email me at dione.stearns@usdoj.gov. Thank you in advance for your assistance in resolving this matter.

Sincerely,

Dione J. Stearns
Attorney Advisor

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )        Civil Action 07-1766 (RMU)
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
et al.,                                )
                                       )
            Defendants.                )
                                       )

**EXHIBITS TO THE DECLARATION OF DIONE J. STEARNS**
**DATED FEBRUARY 13, 2008**

LETTER REQUESTING ALL INFORMATION ON CRIMINAL BONDS, AND ANY OTHER
UNMENTIONED BONDS, AND ETC., FOR ASSISTANT U,S, ATTORNEYS SCOTT A.
RESNIK;  GEORGE S. LEONE;  JAMES B. CLARK III;  SUSAN J. STEELE;
STUART A. MINKOWITZ;  AND FOR FORMER U.S. ATTORNEYS LEE H. VILKER;
CAROLYN A. MURRAY;  AND JOHN W. BISSELL.


TO: EXECUTIVE OFFICE FOR THE U.S. ATTORNEY
    600 E. STREET  N.W.  RM. 7100
    DEPARTMENT OF JUSTICE
    WASHINGTON, DC. 20530

FROM: DIRECT RESPONSE TO:
      ALBERTO CONCEPCION, # 22853-050
      F.C.I Allenwood P.O. Box 2000
      White Deer, PA. 17887



P.O.B. Newark, New Jersey
CRIMINAL CASE NO. 2:99-CR-753-01, AND/OR 99-753(AJL),
MAGISTRATE CRIMINAL CASE NO. 99-6144-01-01.
DATE OF SENTENCE: July 7,2000
UNITED STATES DISTRICT COURT OF NEW JERSEY
U.S. DISTRICT JUDGE ALFRED J. LECHNER JR.


Identification of Requested: In accordance with 28 C.F.R. Section 16.41(d).

INFORMATION IN RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, JUDGMENT
NUMBERS, or otherwise as requested for Criminal Case # 99-6144-01-01, and
99-753(AJL), Judgment No. 2:99-CR-753-01, dated July 7,2000.

    Dear Department of Justice,  The herewith request is made pursuant to
the provisions of the Freedom of Information Act 5 U.S.C. § 552, and the
Privacy Act of 5 U.S.C § 552(a), and (d)(1), for a " FULL DISCLOSURE, AND
RELEASE OF ALL RECORDS," and/or data contained in the files of this Depart-
ment, and/or any other State, or Federal Department of Agencies listed
above, and below under my name, and/or indentifier to my name.  This

1

Exhibit 1


GOVERNMENT EXHIBIT

request soughted herein is for " BOND(S) INFORMATION, JUDGMENT INFORMATION, COMMERCIAL BONDING INFORMATION, CASE BONDING INFORMATION, SURETY BOND IN-FORMATION, and etc., [ See, 5 U.S.C. § 552(a)(2)(A), and (B) ] of records [ Including the SURETY BOND(S) pursuant to title 5 U.S.C. § 2901, of the individuals on the top of page one ] which are secured, and maintained by this Department, and/or Agency.

1. The records sought specifically, but not limited to, are the compiled filed contained: A. Criminal Bonding Information; B. Judgment Numbers Information; C. Commercial Bonding Certification; D. Noted Criminal Case Bondings, and/or the pledge for the financing of the Crimi-nal Case listed above; E. Including the above named " PERSONS " Surety Bonds CERTIFIED AS TRUE, CORRECT, and COMPLETE COPIES OF THE BOND(S), AND JUDGMENT(S), IDENTIFICATION NUMBER(S), AND ETC...; F. Certified Identifi-cation of the amount secured per bond, per each offence charged; G. The expiration date, and specified interest for the specified lenght of time of these Bond(s), and Judgment(s); H. Which Government body, and/or whom, or what " PERSON(S) " i.e., CORPORATIONS, COMPANIES, ASSOCIATIONS, FIRMS, LIMITED PARTNERSHIPS, SOCIETIES, JOINT STOCK COMPANIES, INDIVIDUALS, OFFICERS, AND/OR UNINCORPORATED ASSOCIATIONS who secured the Bond(s), and/or whoever is holding the Bond(s); and J. Any, and all records, and data concerning the Bond(s) not otherwise EXEMPT by title 5 U.S.C. Section (a)(6)(c), and (b)(7); 5 U.S.C. Section (a)(j)(2), and (k)(2); or Law Public Citizens v. Department of Justice, 491 U.S. 440, 105 L. Ed 2d 377, 109 S. Ct. 2552 ( 1989 ): Department of Justice v. Reporters Comm, 489 U.S. 749, 103 L. Ed 2d 774, 109 S. Ct. 1488 ( 1989 ); and F.B.I v. Abramson, 465 U.S. 615, 72 L. Ed 2d 376, 102 S. Ct. 2054 ( 1982 ), including exemption.

See, 5 U.S.C. § 552(b)(3).  The requester request the information soughted for the above information, and named individuals, as I authorize, and request this Department, and/or Agency to open, and/or access that file, and all files for the information, records, and/or data requested herein.

2.  It is further requested that this Department, and/or Agency in response to all the information requested, specifically inform Alberto Concepcion, if, and to what Governmental Body, and/or to whom, and/or what " PERSON(S) " previously described, has been release, and/or disclosed any of the information, and/or material requested herein, their names, employ-ment addresses, their purpose, and need for such information, and/or material, and the specific reference to authority Statute, or Regulation Governing such release, and/or disclosure.  See, 5 U.S.C. § 552(a)(b)(1), through (4), or law, Abraham & Rose, P.L.C. v U.S., 138 F. 3d 1075 ( 1998 ).

3.  This Department, and/or Agency is advised that the Bonding, and/or Bond(s) information, data, or reports in total are no longer accorded Exempt status, unless under specific exemptions noted, and only with reference to specific citation, or authority.  See, Nemetz v. Department of Treasury, 446 F. Supp. 102 ( 1987 );  Akins v. Federal Election Comm. 101 F. 3d 731 ( 1996 );  Gummal v. Gore, 180 F. 3d 282 ( 1999 );  and Solar Sources Inc. v. U.S., 142 F. 3d 1033 ( 1998 ).

4.  I agree to pay all reasonable costs, or fees applicable to this request above, and/or beyond the specific allotment, or costs of fees applicable at no charge pursuant to the Uniform Practice Code, the OMB Uniform FOIA fee schedule, and guideline section 6(b), FED REG 10017, in

compliance with section 9701, or if I an considered indigent, I ask that this Department, and/or Agency waive all charges pursuant to 5 U.S.C. § 552(a)(i)(3), ET SEQ.

5. Pursuant to 5 U.S.C., Section (a)(6)(A)(1), it is noted that this Department, and/or Agency has ten ( 10 ) working days following receipt of this request to provide me with the information, and/or material soughted. Should any delay occur, it is respectfully requested that this Department, and/or Agency inform me of this delay as provided by Statute, or I will be compel to pursue other remedies. See, Public Citizen v. F.T.C., 869 F. 2d 1541 ( 1989 ); Blazy v. Tenet, 194 F. 3d 90 ( 1990 ); and Gmri Inc. v. E.E.O.C., 149 F. 3d 449 ( 1998 ).

### OATH

I, Alberto Concepcion, declare under penalty of perjury under the laws of the United States that the foregoing is true, and correct to the best of my knowledge.

RESPECTFULLY REQUESTED BY:

DATED: July 8, 2005

Alberto Concepcion® on behalf of
ALBERTO CONCEPCION

c.c.  file

This request has been sent to the Executive Office for the U.S. ATTORNEY Certified Mail # 7002-0510-0001-6676-2018

4



**U.S. Departm. of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

AUG 30 2005

Request Number: 05-2149          Requester: Alberto Concepcion

Subject: AUSAs, Resnick, Leone, Clark, Steele, Minkowitz (Bonds)

   The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

   Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

   EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

   By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

         Sincerely,

         *Marie A. O'Rourke*

         Marie A. O'Rourke
         Assistant Director

GOVERNMENT EXHIBIT

Exhibit 2

Form No. 001 -6/05

FILE COPY



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

Request Number: 05-2149 _____    Date of Receipt: July 12, 2005 _____

Requester: Alberto Concepcion _____

Subject: Bond Information / New Jersey _____

MAY - 5 2006

Dear Requester:

        In response to your Freedom of Information Act and/or Privacy Act request, the
paragraph(s) checked below apply:

1.    [  ]    A search for records located in EOUSA - _____ has revealed no
              responsive records regarding the above subject.

2.    [ X ]   A search for records located in the United States Attorney's Office(s) for the <u>District of</u>
              <u>New Jersey</u> has revealed **no responsive records** regarding the above subject. **If you are alleging**
              **that the Department of Justice must be bonded and/or secured before initiating prosecution,**
              **please be informed that the Department of Justice does not "take out" nor "issue" bonds**
              **and/or securities when it investigates and prosecutes alleged violators of <u>federal</u> criminal**
              **law.**

3.    [  ]    After an extensive search, the records which you have requested cannot be located.

4.    [  ]    Your records have been destroyed pursuant to Department of Justice guidelines.

5.    [  ]    Please note that your original letter was split into separate files ("requests"), for processing
              purposes, based on the nature of what you sought.  Each file was given a separate Request
              Number (listed below), for which you will receive a separate response:

        This is the final action on this above-numbered request.  You may appeal this decision on this
request by writing within 60 days from the date of this letter to the **Office of Information and Privacy,**
**United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.**
**20530-0001.**  Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with
the results of any such administrative appeal, judicial review may thereafter be available in U.S. District
Court, 28 C.F.R. §16.9.

                                    Sincerely,

                                    William G. Stewart II
                                    Acting Assistant Director

Form No. 005 - 2/0



*Exhibit 3*

7/13/06                                         06-2529    PA
                                                            (A)

TO: OFFICE OF INFORMATION, &         : FROM: ALBERTO CONCEPCION, #22853-050
     PRIVACY                         :        F.C.I Allenwood [MED]              EOUSA
     U.S. DEPT. OF JUSTICE           :        P.O. Box 2000
     1425 New York Ave. [SUITE 11050]:        White Deer, PA. 17887
     Washington, DC. 20530-0001      :

_____      : _____

REQUEST NO. #05-2149                 :

SUBJECT: BOND REQUEST PURSUANT TO    :        NOTICE OF APPEAL
         TITLE 5 U.S.C. § 2901, &    :
         D.C. CODE § 11-7040         :

_____      : _____


        COME NOW, ALBERTO CONCEPCION, on an appeal requesting for a certi-
fied [AS A TRUE COPY] copy of "any, & all bonds" [SEE, EX: A - H, HEREIN]
specifically pursuant to title 5 U.S.C. §.2901, & D.C. Code 11-7040, for
the named individuals on the top page of Ex: A. attached to this appeal.



                                     Respecfully Requested By:

DATED: JUNE 28, 2006                 Alberto Concepcion
                                     Alberto Concepcion, on behalf of
                                     ALBERTO CONCEPCION



c.c. file

        CERT. MAIL TO THE OFFICE OF INFORMATION, &
        PRIVACY NO. #7003-3110-0006-1290-4034

                                      OFFICE OF INFORMATION
                                      AND PRIVACY

                                      JUL 1 3 2006

                                      RECEIVED



Exhibit 4

LETTER REQUESTING ALL INFORMATION ON CRIMINAL BONDS, AND ANY OTHER
UNMENTIONED BONDS, AND ETC., FOR ASSISTANT U,S, ATTORNEYS SCOTT A.
RESNIK;   GEORGE S. LEONE;   JAMES B. CLARK III;   SUSAN J. STEELE;
STUART A. MINKOWITZ;   AND FOR FORMER U.S. ATTORNEYS LEE H. VILKER;
CAROLYN A. MURRAY;   AND JOHN W. BISSELL.

*Ex: A*

TO: EXECUTIVE OFFICE FOR THE U.S. ATTORNEY
      600 E. STREET  N.W.  RM. 7100
      DEPARTMENT OF JUSTICE
      WASHINGTON, DC. 20530

FROM: DIRECT RESPONSE TO:
        ALBERTO CONCEPCION, # 22853-050
        F.C.1 Allenwood P.O. Box 2000
        White Deer, PA. 17887


P.O.B. Newark, New Jersey
CRIMINAL CASE NO. 2:99-CR-753-01, AND/OR 99-753(AJL),
MAGISTRATE CRIMINAL CASE NO. 99-6144-01-01.
DATE OF SENTENCE: July 7,2000
UNITED STATES DISTRICT COURT OF NEW JERSEY
U.S. DISTRICT JUDGE ALFRED J. LECHNER JR.


Identification of Requested: In accordance with 28 C.F.R. Section 16.41(d).

INFORMATION IN RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, JUDGMENT
NUMBERS, or otherwise as requested for Criminal Case # 99-6144-01-01, and
99-753(AJL), Judgment No. 2:99-CR-753-01, dated July 7,2000.

     Dear Department of Justice,  The herewith request is made pursuant to
the provisions of the Freedom of Information Act 5 U.S.C. § 552, and the
Privacy Act of 5 U.S.C § 552(a), and (d)(1), for a " FULL DISCLOSURE, AND
RELEASE OF ALL RECORDS," and/or data contained in the files of this Depart-
ment, and/or any other State, or Federal Department of Agencies listed
above, and below under my name, and/or indentifier to my name.  This

1

request soughted herein is for " BOND(S) INFORMATION, JUDGMENT INFORMATION, COMMERCIAL BONDING INFORMATION, CASE BONDING INFORMATION, SURETY BOND IN-FORMATION, and etc., [ See, 5 U.S.C. § 552(a)(2)(A), and (B) ] of records [ Including the SURETY BOND(S) pursuant to title 5 U.S.C. § 2901, of the individuals on the top of page one ] which are secured, and maintained by this Department, and/or Agency.                $Ex: B$

1.  The records sought specifically, but not limited to, are the compiled filed contained:  A.  Criminal Bonding Information;  B. Judgment Numbers Information;  C.  Commercial Bonding Certification;  D. Noted Criminal Case Bondings, and/or the pledge for the financing of the Crimi-nal Case listed above;  E. Including the above named " PERSONS " Surety Bonds CERTIFIED AS TRUE, CORRECT, and COMPLETE COPIES OF THE BOND(S), AND JUDGMENT(S), IDENTIFICATION NUMBER(S), AND ETC...;  F. Certified Identifi-cation of the amount secured per bond, per each offence charged;  G. The expiration date, and specified interest for the specified lenght of time of these Bond(s), and Judgment(s);  H. Which Government body, and/or whom, or what " PERSON(S) " i.e., CORPORATIONS, COMPANIES, ASSOCIATIONS, FIRMS, LIMITED PARTNERSHIPS, SOCIETIES, JOINT STOCK COMPANIES, INDIVIDUALS, OFFICERS, AND/OR UNINCORPORATED ASSOCIATIONS who secured the Bond(s), and/ or whoever is holding the Bond(s); and J. Any, and all records, and data concerning the Bond(s) not otherwise EXEMPT by title 5 U.S.C. Section (a)(6) (c), and (b)(7);  5 U.S.C. Section (a)(j)(2), and (k)(2);  or Law Public Citizens v. Department of Justice, 491 U.S. 440, 105 L. Ed 2d 377, 109 S. Ct. 2552 ( 1989 ): Department of Justice v. Reporters Comm, 489 U.S. 749, 103 L. Ed 2d 774, 109 S. Ct. 1488 ( 1989 ); and F.B.I v. Abramson, 465 U.S. 615, 72 L. Ed 2d 376, 102 S. Ct. 2054 ( 1982 ), including exemption.

Ex:C

See, 5 U.S.C. § 552(b)(3). The requester request the information soughted for the above information, and named individuals, as I authorize, and request this Department, and/or Agency to open, and/or access that file, and all files for the information, records, and/or data requested herein.

2. It is further requested that this Department, and/or Agency in response to all the information requested, specifically inform Alberto Concepcion, if, and to what Governmental Body, and/or to whom, and/or what " PERSON(S) " previously described, has been release, and/or disclosed any of the information, and/or material requested herein, their names, employ-ment addresses, their purpose, and need for such information, and/or material, and the specific reference to authority Statute, or Regulation Governing such release, and/or disclosure. See, 5 U.S.C. § 552(a)(b)(1), through (4), or law, Abraham & Rose, P.L.C. v U.S., 138 F. 3d 1075 ( 1998 ).

3. This Department, and/or Agency is advised that the Bonding, and/or Bond(s) information, data, or reports in total are no longer accorded Exempt status, unless under specific exemptions noted, and only with reference to specific citation, or authority. See, Nemetz v. Department of Treasury, 446 F. Supp. 102 ( 1987 ); Akins v. Federal Election Comm. 101 F. 3d 731 ( 1996 ); Gummal v. Gore, 180 F. 3d 282 ( 1999 ); and Solar Sources Inc. v. U.S., 142 F. 3d 1033 ( 1998 ).

4. I agree to pay all reasonable costs, or fees applicable to this request above, and/or beyond the specific allotment, or costs of fees applicable at no charge pursuant to the Uniform Practice Code, the OMB Uniform FOIA fee schedule, and guideline section 6(b), FED REG 10017, in

compliance with section 9701, or if I an considered indigent, I ask that this Department, and/or Agency waive all charges pursuant to 5 U.S.C. § 552(a)(1)(3), ET SEQ.

5. Pursuant to 5 U.S.C., Section (a)(6)(A)(1), it is noted that this Department, and/or Agency has ten ( 10 ) working days following receipt of this request to provide me with the information, and/or material soughted. Should any delay occur, it is respectfully requested that this Department, and/or Agency inform me of this delay as provided by Statute, or I will be compel to pursue other remedies. See, Public Citizen v. F.T.C., 869 F. 2d 1541 ( 1989 ); Blazy v. Tenet, 194 F. 3d 90 ( 1990 ); and Gmri Inc. v. E.E.O.C., 149 F. 3d 449 ( 1998 ).

## OATH

I, Alberto Concepcion, declare under penalty of perjury under the laws of the United States that the foregoing is true, and correct to the best of my knowledge.

RESPECTFULLY REQUESTED BY:

DATED: July 8,2005

Alberto Concepcion on behalf of
ALBERTO CONCEPCION

c.c.  file

This request has been sent to the Executive Office for the
U.S. ATTORNEY Certified Mail # 7002-0510-0001-6676-2018



Ex: E

**U.S. Depart t of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

SEP 1 2 ᴄ᠎᠎᠎5

Requester:  Alberto Concepcion                                          Request Number:  05-2150

Subject:  Former USAS Vilker, Murray, Bissell

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request. The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is maintained by the National Personnel Records Center. Please contact National Personnel Records directly at the following address:

National Personnel Records
9700 Page Avenue
St. Louis, Missouri 63132-5100

This is the final action that this office will take on your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Form No. 042 - 6/05

 **National Personnel Records Center**

Military Personnel Records, *9700 Page Avenue St. Louis, Missouri 63132-5100*

October 19, 2005

Ex: F

MR ALBERTO CONCEPCION-22853-050
F.C.I ALLENWOOD, P.O. BOX 2000
WHITE DEER, PA 17887

RE:    Veteran's Name: CONCEPCION ALBERTO

Request Number: 1-971316879

Dear Sir or Madam:

Thank you for contacting the National Personnel Records Center. We have been attempting to verify the veteran's military service from the information that has been provided. We have conducted extensive searches of every records source and alternate records source at this Center; however, we have been unable to locate any information that would help us verify the veteran's military service.

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above. If you contact us, please reference the Request Number listed above. If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

*[signature]*

BELINDA HENSON
Archives Technician (3B)

**We Value Our Veterans' Privacy**
*Let us know if we have failed to protect it.*

ALBERTO CONCEPCION
#22853-050
F.C.I. Allenwood
P.O. Box 2000 4-B
White Deer, PA. 17887

Ex: G

Office of Information And Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Subject: Freedom of Information Act Appeal

A Freedom of Information Act ( F.O.I. ) request was made by myself
to the Executive Office for United States Attorneys, requesting all
" Criminal Bonds, and any other unmentioned Bonds for five Named
Assistant United States Attorneys and three named former United
States Attorneys [See, EXHIBITS A,B,C, & D] in accordance with 28
C.F.R. section 16.41 (d)."

In response to this request, Assistant Director of EOUSA, Marrie A.
O'Rourke [DECEITFULLY] informed CONCEPCION, by letter that the EOUSA
is in fact the official " record keeper for this office, and various
United States Attorneys Offices," and that the information requested
could be obtained by contacting the Office of National Personal
Records.  See, Ex: E, herein.

It was my understanding that the response letter was in reference
only to the former U.S. Attorneys, LEE M. VILKER, CAROLYN A. MURRAY,
& JOHN W. BISSELL.  The response makes no reference to the named
current U.S. Attorneys, SCOTT A. RESNIK, GEORGE S. LEONE, JAMES B.
CLARK III, SUSAN J. STEELE, AND STUART A. MINKOWITZ.

I attempted to obtain the requested information from the Office of
Personel Records, and received a response on October 25, 2005.  It
would appear that this Office only keeps records on present, and
former military personel.  I have no interest in any military records
nor do I wish to contact any of their families.  See, Ex: F.
It would appear that I am being given the run around in an attempt
to deny me the requested information on the eight named individuals

in Exhibit A.                    Ex: H

It is clear from the response from the Assistant Director of the EOUSA
that the information I seek is kept there since that office is the
" Record Keeper " for Various United States Attorneys Offices.
I further know that the information requested is public domain, and
covered by the Privacy Act under 28 C.F.R. 16.41(d).

I am still requesting the information listed in the original request,
[See, Ex: A,B,C, & D] as I am seeking your help in doing so through
this appeal.

Thank You for your time, and concern in this matter as I await a
prompt response.  Please send all information to the Address listed
above.

                                   Respectfully Requested By:

                                   _Alberto Concepcion_ ©
November 7, 2005                   Alberto Concepcion© the
       DATE                        Secured party/Creditor on
                                   behalf of STRAW-MAN/DEBTOR
                                   ALBERTO CONCEPCION


This Appeal has been Certified Mail # 7003-3110-0006-1289-6391,
to the Office of Information/Privacy
        Flag Building, Suite 570
        Washington, DC. 20530


C.C. FILE



RECEIVED PM 2:40
2006 SEP JUSTICE/EOUSA
OFFICE JUSTICE STAFF
DEPT JUSTICE
FOIA/PA

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

SEP 20 2006

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution          Re: Appeal No. 06-2529
Post Office Box 2000                           Request No. 05-2149   OAS
White Deer, PA  17887                          BVE:CL

Dear Mr. Concepcion:

     You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to any records pertaining to any criminal bonds posted by the Assistant United States Attorneys in the District of New Jersey.

     Please note that EOUSA has administratively separated your Freedom of Information Act request into two separate request files. This appeal concerns only the portion of your initial request relating to the currently employed Assistant United States Attorneys. EOUSA separately processed the portion of your request pertaining to formerly employed Assistant United States Attorneys.

     After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA informed you that it could locate no responsive records maintained by the United States Attorney's Office for the District of New Jersey. I have determined that EOUSA's response was correct.

     If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                         Sincerely,

                         Daniel J. Metcalfe
                         Director

Exhibit 5



GOVERNMENT EXHIBIT



**U.S. Departme    f Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

SEP 1 2 ...

Requester:  Alberto Concepcion                          Request Number:  05-2150

Subject:  Former USAS Vilker, Murray, Bissell

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request. The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is maintained by the National Personnel Records Center. Please contact National Personnel Records directly at the following address:

National Personnel Records
9700 Page Avenue
St. Louis, Missouri 63132-5100

This is the final action that this office will take on your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Form No. 042 - 6/05



Exhibit 6

*N - 811 - 15 - 85*

*06-0493*          *FOIA*
                   *(A)*
                   *EOUSA*

ALBERTO CONCEPCION
#22853-050
F.C.I. Allenwood
P.O. Box 2000 4-B
White Deer, PA. 17887

OFFICE OF INFORMATION
AND PRIVACY

NOV 1 5 2005

RECEIVED

Office of Information And Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Subject: Freedom of Information Act Appeal

A Freedom of Information Act ( F.O.I. ) request was made by myself
to the Executive Office for United States Attorneys, requesting all
" Criminal Bonds, and any other unmentioned Bonds for five Named
Assistant United States Attorneys and three named former United
States Attorneys [See, EXHIBITS A,B,C, & D] in accordance with 28
C.F.R. section 16.41 (d)."

In response to this request, Assistant Director of EOUSA, Marrie A.
O'Rourke [DECEITFULLY] informed CONCEPCION, by letter that the EOUSA
is in fact the official " record keeper for this office, and various
United States Attorneys Offices," and that the information requested
could be obtained by contacting the Office of National Personal
Records. See, Ex: E, herein.

It was my understanding that the response letter was in reference
only to the former U.S. Attorneys, LEE M. VILKER, CAROLYN A. MURRAY,
& JOHN W. BISSELL. The response makes no reference to the named
current U.S. Attorneys, SCOTT A. RESNIK, GEORGE S. LEONE, JAMES B.
CLARK III, SUSAN J. STEELE, AND STUART A. MINKOWITZ.

I attempted to obtain the requested information from the Office of
Personel Records, and received a response on October 25, 2005. It
would appear that this Office only keeps records on present, and
former military personel. I have no interest in any military records
nor do I wish to contact any of their families. See, Ex: F.
It would appear that I am being given the run around in an attempt
to deny me the requested information on the eight named individuals

Exhibit 7



in Exhibit A.

It is clear from the response from the Assistant Director of the EOUSA
that the information I seek is kept there since that office is the
" Record Keeper " for Various United States Attorneys Offices.
I further know that the information requested is public domain, and
covered by the Privacy Act under 28 C.F.R. 16.41(d).

I am still requesting the information listed in the original request,
[See, Ex: A,B,C, & D] as I am seeking your help in doing so through
this appeal.

Thank You for your time, and concern in this matter as I await a
prompt response.  Please send all information to the Address listed
above.

                                        Respectfully Requested By:

November 7, 2005                        Alberto Concepcion© the
    DATE                                Secured party/Creditor on
                                        behalf of STRAW-MAN/DEBTOR
                                        ALBERTO CONCEPCION


This Appeal has been Certified Mail # 7003-3110-0006-1289-6391,
to the Office of Information/Privacy
        Flag Building, Suite 570
        Washington, DC. 20530


C.C. FILE



**U.S. Department of Justice**

Office of Information and Privacy RECEIVED

2006 NOV 16 PM 1:59

DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

Telephone: (202) 514-3642

*Washington, D.C. 20530*

**NOV 15 2006**

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution
Post Office Box 2000
White Deer, PA 17887

Re:  Appeal No. 06-0493
     Request No. 05-2150
     BVE:DJS

Dear Mr. Concepcion:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records pertaining to yourself and eight EOUSA employees.

    Please note that EOUSA assigned different request numbers to each portion of your request.  Request Number 05-2149 was assigned to the portion of your request concerning yourself, and Request Number 05-2150, which is the subject of this appeal, was assigned to the portion of your request for information pertaining to the eight EOUSA employees.

    After carefully considering your appeal, and following discussions between EOUSA and a member of staff, I am remanding your request for a search for "bonding information" pertaining to Assistant United States Attorneys George S. Leone, James Clark, Susan Steele, and Stuart Minkowitz of the United States Attorney's Office for the District of New Jersey, as well as Assistant United States Attorney Lee Vilker of the United States Attorney's Office for the District of Rhode Island.  If EOUSA locates any responsive records, it will send any and all releasable portions of these records to you directly, subject to any applicable fees.  You may appeal any future adverse determination made by EOUSA.

    EOUSA correctly advised you that the three remaining individuals are no longer employed by EOUSA and any records pertaining to these individual would be maintained by the Civilian Personnel Records Center at:

                Civilian Personnel Records Center
                111 Winnebago Street
                St. Louis, MO 63118-4126

Exhibit 8



-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director



**U.S. Depart:·· ·· ·t of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

Request Number: 06-3779 _____    Requester: Alberto Concepcion _____    NC'' 2 0 7006

Subject:  AUSA Lee Vilker (bonds) _____

      The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

      Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

      EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

      By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                           Sincerely,

                           William G. Stewart II

                           William G. Stewart II
                           Acting Assistant Director

                                  Form No. 001 -6/05

Exhibit 9





**U.S. Department ı f Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 06-3779          Date of Receipt: July 12, 2005

Requester: Alberto Concepcion

Subject: AUSA Lee Vilker (bonds)

Dear Requester:                                          FEB 2 2 2007

     In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [ ]    A search for records located in EOUSA - ___ has revealed no responsive records regarding the above subject.

2.    [ X ]    A search for records located in the United States Attorney's Office(s) for the District of Rhode Island has revealed no responsive records regarding the above subject. *If you are alleging that the Department of Justice must be bonded and/or secured before initiating prosecution, please be informed that the Department of Justice does not "take out" nor "issue" bonds and/or securities when it investigates and prosecutes alleged violators of federal criminal law.*

3.    [ ]    After an extensive search, the records which you have requested cannot be located.

4.    [ ]    Your records have been destroyed pursuant to Department of Justice guidelines.

5.    [ ]    Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

    This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

Form No. 005 - 2/06

Exhibit 10



## PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB.

POB. Newark, New Jersey

SSN.#

DATE: March 8,2006

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7,2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF [ NEWARK ] New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE 99-6144-01-01

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

## TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

*Alberto Concepcion*
*Without Prejudice U.C.C.1-207*
REG. NO.
F.C.I. Allenwood 22853-050
P.O. Box 2000
White Deer, PA. 17887-2000

Exhibit 11



CERTIFIED MAIL NO. 7003-3110-0006-1290-8636

**PAGE 2 OF 3**          FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION, 22853-050

Address: F.C.I Allenwood P.O. Box 2000

White Deer, PA. 17887

_____

Agency Name: EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS

Address: 600 E. Street, N.W.

Washington, DC. 20530

FREEDOM OF INFORMATION UNIT

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

" LAB REPORT, INDICTMENT, THE RULE 11, APPLICATION OF WHICH WAS

SIGNED BY ALBERTO CONCEPCION, & THE RECORDED F.B.I. TAPES SERIES

NUMBERS WITH THE DATES OF RECORDINGS, & IF POSSIBLE PLEASE PROVED ME

WITH THE LOCATIONS OF SAID RECORDINGS."

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: _Alberto Concepcion_ Without Prejudice

U.C.C. 1-207

Executed on (date): MARCH 8, 2006

Social Security No.:

Date of Birth:

Place of Birth: NEWARK, NEW JERSEY

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

CERTIFIED MAIL NO. 7003-3110-0006-1290-8636

U.S. Department of Justice    PAGE 3 OF 3    **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   ALBERTO CONCEPCION, 22853-050

Citizenship Status [2] Sovereign American   Social Security Number [3]

Current Address   F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth _____   Place of Birth   Newark, New Jersey

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] *Alberto Concepcion©*   Date March 8, 2006
*Without Prejudice U.C.C. 1-207*

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

FORM DOJ-361
FR-01

CERTIFIED MAIL NO. 7003-3110-0006-1290-8636

06-M31
010
/DA

FREEDOM OF INFORMATION ACT REQUEST

June 13, 2006

RECEIVED
2006 JUN 22 P 0 50
2006 JUN 22 PH 3: 56
DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

Requester: ALBERTO CONCEPCION, 22385-822

Address: F.C.I Allenwood
P.O. BOX 2000
White Deer, PA. 17887

Agency Name: F.O.I.A. U.S. DEPT. OF JUSTICE

Address: BICN BLDG. Rm. 7500
600 E. St., N.W.
Washington, DC. 20 530

CERT. MAIL NO. # 7003 - 3110 - 0006 - 1290 - 7592

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Lab Report, Search Warrant(s), & the
Wire Tap Authorized Application for
Federal Criminal Case # 99-6144-01-01, &
99-753 (ATL).

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C. 1-207

Executed on (date): June 13, 2006

Social Security No.: _____

Date of Birth: _____

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3          Exhibit 12

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB.

POB. Newark, New Jersey

SSN.#

DATE: 6-13-2006

MAG. 99-6144-01-01

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF Newark, New Jersey

MAG. RONALD J. HEDGES

US DIST. JUDGE ALFRED J. LECHNER JR.

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000          PAGE 2 OF 3

U.S. Department of Justice                 **Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   _ALBERTO CONCEPCION 22853-050_

Current Address _E.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _____

Place of Birth _Newark, New Jersey_

Social Security Number [2] _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Alberto Concepcion_           Date _6-13-2006_
_Without Prejudice U.C.C. 1-207_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

**TO:** U.S. DEPARTMENT OF JUSTICE
600 E. Street, N.W.
Washington, DC. 20530 *Rm 7300*
ATT: DONNA PRESTON, AND/OR
THE EXECUTIVE PERSONEL

**RECEIVED**

2006 SEP 12 AM 10: 43

DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

**FROM:** ALBERTO CONCEPCION, #22853-050
F.C.I Allenwood P.O. Box 2000
White Deer, PA. 17887

Dear Ms. Preston, and/or the Executive Personel: I, <u>ALBERTO CON-
CEPCION</u>, have given my sister Vilma Cruz, **"POWER OF ATTORNEY"** for the
purpose of getting any, & all documents pertaining to Federal Criminal
Case <u>#99-6144-01</u>, & <u>99-753(AJL)</u>. See, the attached documents pages 1,
through 3, for more detail. The requested **"LAB REPORT"** is to be stamp
[CERTIFIED] as a true, & correct copy of the original with a date, time,
& the name of the person who issued said requested document(s).

Please include **"any other unmentioned tests, and/or documents"**
regarding to the lab results. I hereby respectfully request for an
expeditious response to this request.

Respectfully Requested, &
Submitted By:

*Alberto Concepcion*
ALBERTO CONCEPCION

**DATED:** <u>August 29, 2006</u>

c.c. file

**CERTIFIED MAIL NO.** *7004 1350 0002 0702 4179*

*Exhibit 13*



## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION©, 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: 600 East Street N.W.

Washington, D.C. 20530

ATT: DONNA PRESTON, AND/OR
THE EXECUTIVE PERSONEL

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

LAB REPORT FOR FEDERAL CRIMINAL CASE #99-6144-01, & 99-753(ATL). PLEASE INCLUDE ANY OTHER UNMENTIONED TESTS, AND/OR DOCUMENTS REGARDING TO THE LAB RESULTS.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion©, Without Prejudice U.C.C.1-207

Executed on (date): August 29, 2006

Social Security No.: _

Date of Birth: _

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG. # 22853-050

DOB.

POB. Newark, New Jersey

SSN. #

DATE: 8-29-2006

MAG. JUDGE NO. 99-6144-01

CRIMINAL NO. 99-753 (AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT. # HEROIN

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAG. JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion © Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000     PAGE 2 OF 3

U.S. Department of Justice                    **Certification of Identity**                    

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ALBERTO CONCEPCION© #22853-050

Current Address E.C.I Allenwood P.O. Box 2000 White Deer, PA, 17887

Date of Birth

Place of Birth Newark, New Jersey

Social Security Number [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] Alberto/Concepcion©                    Date August 29, 2006
Without Prejudice U.C.C. 1-207

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

PAGE 3 OF 3

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

FORM DOJ-361
FEB. 95

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION 22853-050

Address: F.C.I ALLenwood P.O. Box 2000
White Deer, PA. 17887

Agency Name: U.S. ATTORNEYS OFFICE

Address: 970 Broad St.
Newark, New Jersey 07102

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

LAB REPORT, certified as a true, &
Correct copy of the original. This request
is for Federal Criminal Case #99-644-01-01,
& 99-753 (AJL).

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: (Alberto Concepcion) Without Prejudice U.C.C.-1-207

Executed on (date): January 23, 2006

Social Security No.: _

Date of Birth: _

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.
C.C. file

Certified Mail No. 7003-3110-0006-1

PASE 1 OF 3      Exhibit
14

NAME: *ALBERTO CONCEPCION*

REG.# *22853-050*

DOB.

POB. *Newark, New Jersey*

SSN.#

DATE: *1-23-2006*

CRIMINAL NO. *Magistrate Judge 99-6144-01-01*
*Trial Judge 99-253(AJL)*

DATE OF SENTENCE *July 7, 2000*

CHARGE/CONVIT.# *HEROIN*

US DIST. COURT OF *NEWARK NEW JERSEY*

US DIST. JUDGE *ALFRED J. LECHNER JR.*

RE:    **FREEDOM OF INFORMATION/PRIVACY ACT REQUEST**

**TO WHOM IT MAY CONCERN**

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletion or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

*Alberto Concepcion*
*Without Prejudice U.C.C. 1-207*
REG. NO. *22853-050*
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

*Certified Mail No. 7003-310-0026-089-8760*

C.C. File

*PAGE 2 OF 3*

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to crim- inal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for review- ing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _ALBERTO CONCEPCION[C] 22853-050_

Citizenship Status [2] _Sovereign American_ Social Security Number [3] _____

Current Address _E.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _____ / _____ Place of Birth _Newark, New Jersey_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Alberto Concepcion[C]_ _Without Prejudice U.C.C.1-207_ Date _Jan. 23, 2006_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/29/04

_Certified mail no. 7003-3110-0000-1287-8760_

C.C. File

_Page 3 of 3_

FORM DOJ-361
(4-91)

FREEDOM OF INFORMATION ACT REQUEST

*dO 07-49*

**Requester:** ALBERTO CONCEPCION© #22898-050

RECEIVED
2006 DEC 12 PM 3:54
DEPT. OF JUSTICE/EOUSA
FOIA/PRIVACY STAFF

**Address:** F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

**Agency Name:** U.S. DEPT. OF JUSTICE [F.O.I.A]

**Address:** BICN BLDG. Room 7300

600 E. Street, N.W.

Washington, D.C. 20530

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

**Signature:** Alberto Concepcion© Without Prejudice U.C.C.1-207

**Executed on (date):** October 24, 2006

Social Security No.:

Date of Birth: _____

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

Exhibit 15



NAME: ALBERTO CONCEPCION©

REG.# 22853-050

DOB.

POB. Newark, New Jersey

SSN.#

DATE: October 25, 2006

MAGISTRATE NO. 99-6144-01-06

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7,

CHARGE/CONVIT.# LACTOSE⁴

US DIST. COURT OF new Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

        Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me.  Please find a Certificate of Identity attached.

        I request a copy of all records wherein my name is utilized, and this requwst is all inclusive.  I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

        I will expect a legal justification for each and every deletition or excision made.  I want an index of all excised or withheld records.  This Acts provide you shall furnish me all non-exempt records.  I, of course, reserve the right to appeal any decision to withhold records.

        I will pay reasonable copying fees for these records.  This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

        As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt.  Please forward the required response to me at the below address.  Thank you.

Sincerely,

Alberto Concepcion© Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.1. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

**Certification of Identity**



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ALBERTO CONCEPCION © #22853-050

Current Address F.C.I Allenwood P.O.Box 2000 White Deer, PA. 17887

Date of Birth _____

Place of Birth Newark, New Jersey

Social Security Number [2] _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] Alberto Concepcion ©
Wittout Prejudice U.C.C. 1-207                    Date October 25, 2006

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz 4 Wetmore Ave., Maplewood, New Jersey 07040
                              (Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98                    PAGE 3 OF 3                    FORM DOJ-361
                                                                   FEB. 95



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)*

Requester: Alberto Concepcion

Request Number: 07-49                Date of Receipt:  March 14, 2006

Subject: Self (Lab Report)

Dear Requester:                                                MAY 1 6 2007

        In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s)
checked below apply:

1.    [  ]    A search for records located in EOUSA - _____ has revealed no
              responsive records regarding the above subject.

2.    [X]    A search for records located in the United States Attorney's Office(s) for the District of New
      Jersey has revealed no responsive records regarding the above subject. *The District has informed us
      that the Lab Reports are not contained in their files.*

3.    [  ]    After an extensive search, the records which you have requested cannot be located.

4.    [  ]    Your records have been destroyed pursuant to Department of Justice guidelines.

5.    [  ]    Please note that your original letter was split into separate files ("requests"), for
      processing purposes, based on the nature of what you sought. Each file was given a
      separate Request Number (listed below), for which you will receive a separate response:

        This is the final action on this above-numbered request.  You may appeal this decision on this
request by writing within 60 days from the date of this letter to the **Office of Information and Privacy,
United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.
20530-0001**.  Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with
the results of any such administrative appeal, judicial review may thereafter be available in U.S. District
Court, 28 C.F.R. §16.9.

                                Sincerely,

                                William G. Stewart II
                                Assistant Director

                                                        Form No. 005 - 3/07

                        Exhibit
                        16



0t-1011

TO: THE OFFICE OF INFORMATION, &    : FROM: ALBERTO CONCEPCION APP
    PRIVACY                                :      Fed.Reg. No. #22853-050
    U.S. DEPT. OF JUSTICE             :      F.C.I Allenwood [MED]
    1425 New York Ave. [SUITE 11050]:      P.O. Box 2000
    Washington, D.C. 20530-0001      :      White Deer, PA. 17887

7OIA
(A)
EOUSA

REQUEST NO. 07-49

SUBJECT: LAB REPORT REQUEST

NOTICE OF APPEAL

#07-49
Closed 5/14/
No Record

**RECEIVED**

JUN 2 8 2007

Office of Information and Privacy

P.O.B. NEWARK, NEW JERSEY
MAGISTRATE JUDGE: RONALD J. HEDGES, #99-6144-01.
TRIAL JUDGE: ALFRED J. LECHNER JR., #2:99-CR-753(AJL), AND/OR
          99-753(AJL).
ARRESTING AGENCIES: NEWARK, NEW JERSEY F.B.I AGENCY; & THE STATE
               ESSEX COUNTY SHERIFF [B.O.N] DEPARTMENT.
PROSECUTING OFFICIALS: U.S. ATTORNEYS OFFICE FROM NEWARK, NEW JERSEY; &
                  THE STATE EESEX COUNTY PROSECUTORS OFFICE.


    <u>TO WHOM IT MAY CONCERN:</u> The information requested herein [DISCLOSURE
OF LAB REPORT, & ALL CONNECTED DOCUMENTS OF TESTS] is made pursuant to
the F.O.I.A 5 U.S.C. § 552, as Amended, & 5 U.S.C. § 552(a), of the Pri-
vacy Act of <u>1974</u>. I, the requester herein respectfully request for the
"FULL DISCLOSURE, & RELEASE OF ALL RECORDS" in possession of this Depart-
ment, Agency, or Office on myself, or <u>"ANY"</u> reference to me, and/or the
above federal criminal case, including <u>"ANY"</u> data contained in the files
of this Department, Agency, or Office, & <u>"ANY"</u> State, or Federal Depart-
ment(s), Agencies, and/or Offices listed above in regard to said re-
quester, & case; <u>"OF WHICH A LAB REPORT MUST EXIST FOR THE ABOVE CRIMINAL
CASE"</u>. See, <u>Brady v. Maryland</u>, 10 L.Ed 2d 215 (S.Ct. 1963); & <u>Jencks v.
United States</u>, 1 L.Ed 2d 1103 (S.Ct. 1957).

Exhibit
17

1. CONCEPCION, asserts, & contends that said corrupted, & etc., A.U.S.A et al., involved in criminal case #99-753(AJL), destroyed evidence, fabricated evidence, & etc., which involved the requested lab report, & information in regard to the requested lab report in there attempt to cover up there perjury generally, subornation of perjury, false declarations before the Grand Jury, & Court, & etc., in the above criminal case.

2. **IN SHORT**: If this Department, Agency, or Office **"CANNOT LOCATE"** the requester's requested information [LAB REPORT] for Federal Criminal Case #99-753(AJL), please put it in writing that a **"LAB REPORT DOES NOT EXIST"** with this Department, Agency, or Office; & what Department(s), Agencies, and/or Office(s) **"IF ANY"** were contacted in an attempt to locate a lab report for the above criminal case with said individual(s) name, address(es), & phone number(s), including any other unmentioned information pertaining to the requester, and/or his request.

3. I will pay **"ANY"** fees for these records, & information as mentioned by the statute(s).

4. As provided by the Act of 5 U.S.C. § 552(f)(5), & (6)(A)(i); I respectfully will expect a response to this request within twenty (20) working days of receipt of this Cert. Return Receipt Mail #7006-2150-0004-7651-7409.

### OATH

Under penalty of perjury I, ALBERTO CONCEPCION, declare that the foregoing information is true, & correct to the best of my knowledge pursuant to title 28 U.S.C. § 1746.

2

Respectfully Requested, &
Submitted By:

DATED: June 13, 2007

Alberto Concepcion©the
Sovereign, Secured Party, &
Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

c.c.  file



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)*

Requester: Alberto Concepcion

Request Number: 07-49               Date of Receipt:  March 14, 2006

Subject: Self (Lab Report)

MAY 1 6 2007

Dear Requester:

       In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.   [  ]   A search for records located in EOUSA - _____ has revealed no responsive records regarding the above subject.

2.   [X]   A search for records located in the United States Attorney's Office(s) for the District of New Jersey has revealed no responsive records regarding the above subject. *The District has informed us that the Lab Reports are not contained in their files.*

3.   [  ]   After an extensive search, the records which you have requested cannot be located.

4.   [  ]   Your records have been destroyed pursuant to Department of Justice guidelines.

5.   [  ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

       This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

                                        Sincerely,

                                        William G. Stewart II
                                        Assistant Director

Form No. 005 - 3/07



U.S. Departme. of Justice

Office of Information and Privacy

RECEIVED

Telephone: (202) 514-3642          Washington, D.C. 20530

AUG 3 1 2007

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution          Re:    Appeal No. 07-1811
Post Office Box 2000                              Request No. 07-49
White Deer, PA  17887                             ALB:CF

Dear Mr. Concepcion:

      You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records pertaining to your criminal case in the District of New Jersey.  Specifically, you appealed EOUSA's failure to provide you with a lab report.

      After carefully considering your appeal, I am affirming EOUSA's action on your request. A member of my staff has looked into this and found that the United States Attorneys' Office for the District of New Jersey conducted a search and was unable to locate any lab reports pertaining to you in its files.  Therefore, I have determined that EOUSA's response was correct.  If you have not already done so, I suggest that you contact the Newark Field Office of the FBI, located at 11 Centre Place, Newark, NJ 07102-9889, with regard to those records.

      On appeal, you have requested the names, addresses and phone numbers of persons who searched for the lab report in question.  You may not on appeal expand the scope of your initial request.  Please also be advised that the Freedom of Information Act does not require federal agencies to create records in response to a FOIA request.  See e.g., NLRB v. Sears, Roebuck & Co., 421 U.S. 132, 162 (1975); Zemansky v. EPA, 767 F.2d 569, 574 (9th Cir. 1985).

      If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                  Sincerely,

Janice Galli McLeod
Associate Director

Exhibit 18

EOUSA



92/01/2007  11:51    401/89' '7          US ATTORNEY ( 'L                    PAGE  10/12

Nov-28-06  08:42  From-EOUSA FOIA          202 616 6478      T-419  P.008/010  P-875

. LETTER REQUESTING ALL INFORMATION ON CRIMINAL BONDS, AND ANY OTHER
UNMENTIONED BONDS, AND ETC., FOR ASSISTANT U.S. ATTORNEYS SCOTT A.
RESNIK;  GEORGE S. LEONE;  JAMES B. CLARK III;  SUSAN J. STEELE;
STUART A. MINKOWITZ;  AND FOR FORMER U.S. ATTORNEYS LEE R. VILKER;
CAROLYN A. MURRAY;  AND JOHN W. BISSELL.


TO: EXECUTIVE OFFICE FOR THE U.S. ATTORNEY
    600 E. STREET N.W.  RM. 7100
    DEPARTMENT OF JUSTICE
    WASHINGTON, DC. 20530


FROM: DIRECT RESPONSE TO:
      ALBERTO CONCEPCION, # 22853-050
      F.C.I Allenwood P.O. Box 2000
      White Deer, PA. 17887


P.O.B. Newark, New Jersey
CRIMINAL CASE NO. 2:99-CR-753-01, AND/OR 99-753(AJL),
MAGISTRATE CRIMINAL CASE NO. 99-6144-01-01.
DATE OF SENTENCE: July 7,2000
UNITED STATES DISTRICT COURT OF NEW JERSEY
U.S. DISTRICT JUDGE ALFRED J. LECHNER JR.


Identification of Requested: In accordance with 28 C.F.R. Section 16.41(d).


INFORMATION IN RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, JUDGMENT
NUMBERS, or otherwise as requested for Criminal Case # 99-6144-01-01, and
99-753(AJL), Judgment No. 2:99-CR-753-01, dated July 7,2000.


    Dear Department of Justice,  The herewith request is made pursuant to
the provisions of the Freedom of Information Act 5 U.S.C. § 552, and the
Privacy Act of 5 U.S.C § 552(a), and (d)(1), for a " FULL DISCLOSURE, AND
RELEASE OF ALL RECORDS," and/or data contained in the files of this Depart-
ment, and/or any other State, or Federal Department of Agencies listed
above, and below under my name, and/or indentifier to my name.  This

1

Exhibit 19



request sought herein is for " BOND(S) INFORMATION, JUDGMENT INFORMATION,
COMMERCIAL BONDING INFORMATION, CASE BONDING INFORMATION, SURETY BOND IN-
FORMATION, and etc., [ See, 5 U.S.C. § 552(a)(2)(A), and (B) ] of records
[ Including the SURETY BOND(S) pursuant to title 5 U.S.C. § 2901, of the
individuals on the top of page one ] which are secured, and maintained by
this Department, and/or Agency.

    1.  The records sought specifically, but not limited to, are the
compiled filed contained:  A.  Criminal Bonding Information;  B. Judgment
Numbers Information;  C.  Commercial Bonding Certification;  D. Noted
Criminal Case Bondings, and/or the pledge for the financing of the Crimi-
nal Case listed above;  E. Including the above named " PERSONS " Surety
Bonds CERTIFIED AS TRUE, CORRECT, and COMPLETE COPIES OF THE BOND(S), AND
JUDGMENT(S), IDENTIFICATION NUMBER(S), AND ETC...;  F. Certified Identifi-
cation of the amount secured per bond, per each offence charged;  G. The
expiration date, and specified interest for the specified lenght of time of
these Bond(s), and Judgment(s);  H. Which Government body, and/or whom, or
what " PERSON(S) " i.e., CORPORATIONS, COMPANIES, ASSOCIATIONS, FIRMS,
LIMITED PARTNERSHIPS, SOCIETIES, JOINT STOCK COMPANIES, INDIVIDUALS,
OFFICERS, AND/OR UNINCORPORATED ASSOCIATIONS who secured the Bond(s), and/
or whoever is holding the Bond(s); and J. Any, and all records, and data
concerning the Bond(s) not otherwise EXEMPT by title 5 U.S.C. Section (a)(6)
(c), and (b)(7);  5 U.S.C. Section (a)(j)(2), and (k)(2);  or Law Public
Citizens v. Department of Justice, 491 U.S. 440, 105 L. Ed 2d 377, 109
S. Ct. 2552 ( 1989 ): Department of Justice v. Reporters Comm, 489 U.S.
749, 103 L. Ed 2d 774, 109 S. Ct. 1488 ( 1989 ); and F.B.I v. Abramson, 465
U.S. 615, 72 L. Ed 2d 376, 102 S. Ct. 2054 ( 1982 ), including exemption.

compliance with section 9701, or if I am considered indigent, I ask that
this Department, and/or Agency waive all charges pursuant to 5 U.S.C. §
552(a)(i)(3), ET SEQ.

5.  Pursuant to 5 U.S.C., Section (a)(6)(A)(1), it is noted that this
Department, and/or Agency has ten ( 10 ) working days following receipt of
this request to provide me with the information, and/or material soughted.
Should any delay occur, it is respectfully requested that this Department,
and/or Agency inform me of this delay as provided by Statute, or I will be
compel to pursue other remedies.  See, Public Citizen v. F.T.C., 869 F. 2d
1541 ( 1989 );  Blazy v. Tenet, 194 F. 3d 90 ( 1990 ); and Gmri Inc. v.
E.E.O.C., 149 F. 3d 449 ( 1998 ).


### OATH

I, Alberto Concepcion, declare under penalty of perjury under the laws
of the United States that the foregoing is true, and correct to the best of
my knowledge.


DATED: July 8, 2005

RESPECTFULLY REQUESTED BY:

Alberto Concepcion© on behalf of
ALBERTO CONCEPCION


c.c.  file

This request has been sent to the Executive Office for the
U.S. ATTORNEY Certified Mail # 7002-0510-0001-6676-2018

07-1746

TO: OFFICE OF INFORMATION, &          :FROM: ALBERTO CONCEPCION,
    PRIVACY                RECEIVED     Fed. Reg. No. 22853-050
    U.S. DEPT. OF JUSTICE      :       F.C.I Allenwood [MED]
    1425 New York Ave. [SUITE 11050]:  P.O. Box 2000
    Washington, D.C. 20530-0001 JUL -3 AM 7:5 White Deer, PA. 17887

FOIA
(A)
EOUSA

o^o #07-593
Closed 5/14/07
No Record

REQUEST NO. #07-593

SUBJECT: BOND(S) REQUEST PURSUANT     :    NOTICE OF APPEAL
         TO TITLE 5 U.S.C. § 2901;    :
         D.C. CODE 11-7040; & ETC.    :

                                      :

**RECEIVED**

**JUN 19 2007**

Office of Information and Privacy

P.O.B. NEWARK, NEW JERSEY
MAGISTRATE JUDGE: RONALD J. HEDGES, #99-6144-01
TRIAL JUDGE: ALFRED J. LECHNER JR., #2:99-CR-753(AJL), AND/OR
             99-753(AJL).
ARRESTING AGENCIES: NEWARK, NEW JERSEY F.B.I AGENCY; & THE STATE
                    ESSEX COUNTY SHERIFF [B.O.N] DEPARTMENT
PROSECUTING OFFICIALS: U.S. ATTORNEYS OFFICE FROM NEWARK, NEW
                       JERSEY; & THE STATE ESSEX COUNTY PROSECU-
                       TORS OFFICE

     Identification request in accordance with 28 C.F.R. § 16.41(d).

     **TO WHOM IT MAY CONCERN**: The information requested herein [DISCLO-
SURE OF ALL BONDS] is made pursuant to the provisions of the F.O.I.A. 5
U.S.C. § 552(a), & (d)(1), for the **"FULL DISCLOSURE, & RELEASE OF ALL RE-
CORDS DISCRIBED HEREIN"**; & any data contained in the files of this Depart-
ment, & any other State, & Federal Dept., of Agencies, & Offices listed
above in regard to said requested information, & case.

     1. The records soughted specifically, but not limited to are as
follows: [A] SURETY BOND(S) PURSUANT TO 5 U.S.C. § 2901, & D.C. CODE 11-
7040; [B] BID BOND(S) INFORMATION, & CERTIFICATION; [C] PAYMENT BOND(S)

Exhibit
20



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757  FAX: 616-6478  (www.usdoj.gov/usao)*

Requester: Alberto Concepcion

Request Number: 07-593          Date of Receipt: February 7, 2007

                                                           MAY 16 2007

Subject: Self (Bonds)

Dear Requester:

        In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [  ]   A search for records located in EOUSA - _____ has revealed no
             responsive records regarding the above subject.

2.    [X]    A search for records located in the United States Attorney's Office(s) for the District of New
             Jersey has revealed no responsive records regarding the above subject. *If you are alleging that the*
             *Department of Justice must be bonded and/or secured before initiating prosecution, please be*
             *informed that the Department of Justice does not "take out" nor "issue" bonds and/or securities*
             *when it investigates and prosecutes alleged violators of federal criminal law.*

3.    [  ]   After an extensive search, the records which you have requested cannot be located.

4.    [  ]   Your records have been destroyed pursuant to Department of Justice guidelines.

5.    [  ]   Please note that your original letter was split into separate files ("requests"), for
             processing purposes, based on the nature of what you sought. Each file was given a
             separate Request Number (listed below), for which you will receive a separate response:

        This is the final action on this above-numbered request. You may appeal this decision on this
request by writing within 60 days from the date of this letter to the **Office of Information and Privacy,**
**United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.**
**20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with
the results of any such administrative appeal, judicial review may thereafter be available in U.S. District
Court, 28 C.F.R. §16.9.

                                        Sincerely,

                                        illiam G. Stewart II
                                        Assistant Director

Form No. 005 - 3/07

INFORMATION, & CERTIFICATION; [D] PERFORMANCE BOND(S) INFORMATION, & CERTIFICATION; [E] THE MILLER ACT REINSURANCE PERFORMANCE BOND(S); [F] COMMERCIAL BONDIND(S) INFORMATION, & CERTIFICATION; [G] CRIMINAL BOND-ING(S) INFORMATION, & CERTIFICATION; & [H] ANY OTHER UNMENTIONED BOND(S), AND/OR DOCUMENTS CONNECTED TO SAID REQUESTED INFORMATION.

2. Said requested information is including which Private, and/or Government Body, and/or Persons i.e., corporation(s), companies, associ-ations, firms, limited partnerships, societies, joint stock companies, in-dividuals officers, and/or unincorporated associations who secured the Bond(s), & who is holding the Bond(s); & any record, & data concerning the Bond(s) not otherwise exempt by title 5 U.S.C. § 552(a)(6), (c), & (b) (7). See, Public Citizen v. Dept of Justice, 105 L.Ed 2d 377 (1989); Dept. of Justice v. Reporters Comm., 103 L.Ed 2d 774 (1989); & F.B.I v. Abramson, 72 L.Ed 2d 376 (1982).

3. The requester request the information soughted in ¶ 1, herein for the named individuals in the initial F.O.I.A. filing, as I authorize, & request this Department, Agency, or Office to open, & access that file, & all files for the information, records, & datas requested herein. See, 5 U.S.C. § 552(b)(3).

4. It is further requested that this Department, Agency, or Office in response to all the information requested, specifically inform ALBERTO CONCEPCION, if, & to what Private, and/or Government Body(s), and/or to whom, and/or what individual(s) previously described in the initial re-quested F.O.I.A. information has been disclosed, and/or release to, and/or what material request(s) were made by said individual(s); of which I re-spectfully request for their name(s), employment address(es), their pur-pose(s), & need for such information, and/or material, as well as the specific reference to authority statute(s), or regulation(s) governing

2

such release, and/or disclosure. See, 5 U.S.C. § 552(a), & (b)(1)-(4); & <u>Abraham, & Rose, P.L.C. v. United States</u>, 138 F.3d 1075 (1998).

5. CONCEPCION, asserts that this Department, Agency, or Office is advise that the requested information herein, in total "are no longer accorded exempt status", unless under specific exemptions noted, & only with reference to specific citation, or authority. See, <u>Cummock v. Gore</u>, 180 L.Ed 2d 282 (1999); & <u>Solar Sources Inc. v. United States</u>, 142 F.3d 1033 (1998).

6. CONCEPCION, has agree to pay all reasonable costs, or fees applicable to this request; or if I am considered indigent, I ask that this Department, Agency, or Office waive all charges pursuant to 5 U.S.C. § 552(a)(4)(A)(i) et seq.

7. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), it is noted that this Department, Agency, or Office has twenty [20] working days following this Certified Mail #<u>7006-2150-0004-7651-4323</u>, Receipt for this specific request to provide me with the information, and/or material soughted in ¶ 1, herein. Should any delay occur, it is respectfully requested that this Department, Agency, or Office inform me of this delay as provided by statute; or I will be compel to pursue other unnecessary remedies. See, <u>Blazy v. Tenet</u>, 194 F.3d 90 (1999); & <u>Gmri Inc. v. E.E.O.C.</u>, 149 F.3d 449 (1998).

Respectfully Requested, & Submitted By:

*Alberto Concepcion* ®
Alberto Concepcion, the Sovereign, Secured Party, & Creditor on behalf of STRAW-MAN, & DEBTOR ALBERTO CONCEPCION

DATED: <u>June 11, 2007</u>

c.c. file

3



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642

Washington, D.C. 20530

SEP 2 8 2007

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution
Post Office Box 2000
White Deer, PA 17887

Re:    Appeal No. 07-1746
       Request No. 07-593  *ans*
       ALB:CG

Dear Mr. Concepcion:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records pertaining to yourself in the District of New Jersey. Specifically, you appealed EOUSA's failure to provide you with certain "bond" information.

After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA informed you that it was unable to locate any bond information in its files. I have determined that EOUSA's response was correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

EousA

Exhibit 21



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERTO CONCEPCION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 07-1766 (RMU) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## EXHIBITS TO THE DECLARATION OF DAVID M. HARDY
## DATED FEBRUARY 13, 2008

**(Exhibits A through K)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-CV-1766 (EHS) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# Exhibit A

LETTER REQUESTING ALL INFORMATION OF MISCONDUCT IN WHOLE;
INTERNAL AFFAIRS COMPLAINTS;  DISCIPLINARY ACTIONS;  DIS-
CHARGE OF EMPLOYMENT;  SANCTION(S);  AND ANY OTHER UNMEN-
TIONED DOCUMENTS FOR F.B.I. AGENT KENNETH SHUEY;  AND
FORMER F.B.I AGENT(S) JOHN F. MURPHY JR. [ LOANER FROM
THE BOSTON POLICE DEPT. ];  JERRY OCONNER [ LOANER FROM
THE NEWARK NEW JERSEY POLICE DEPT. ];  AND PERTER MICK-
WALTER, BADGE # 172, [ LOANER FROM THE ESSEX COUNTY
SHERIFF DEPT. [ B.O.N UNIT ].


TO: FEDERAL BUREAU OF INVESTIGATION
    Chief, FOIPA Section
    935 Pennsylvania Ave. N.W.
    Washington, DC. 20530-0001

FROM: DIRECT RESPONSE TO:
      ALBERTO CONCEPCION, # 22853-050
      F.C.I Allenwood P.O. Box 2000
      White Deer, PA. 17887

S.S.N. # 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

D.O.B. May 29,1968

P.O.B. Newark, New Jersey

CRIMINAL CASE NO. 2:99-CR-753-01, AND/OR 99-753(AJL)

MAGISTRATE CRIMINAL CASE NO. 99-6144-01-01

DATE OF SENTENCE: July 7,2000, AT THE

UNITED STATES DISTRICT COURT OF NEW JERSEY

U.S. DISTRICT JUDGE: ALFRED J. LECHNER JR.


IDENTIFICATION OF REQUEST: In accordance with 28 C.F.R. Section 16.41.


INFORMATION IN RE: DISCLOSURE OF ALL COMPLAINTS OF MISCONDUCT; SANCTIONS;
DISCIPLINARY ACTIONS; DISCHARGE FROM EITHER THE STATE, AND/OR FEDERAL
GOVERNMENT AS EMPLOYEES; INTERNAL AFFAIRS RECORDS; and any other unmention-
ed documents from  day one of employment under any State, and/or Federal
authority, and/or otherwise.


    Dear Federal Bureau of Investigaton:  The herewith request is

made pursuant to the provisions of the Freedom of Information Act 5 U.S.C.

1

§ 552, and the Privacy Act of 5 U.S.C. § 552(a), and (d)(1), for a "FULL DISCLOSURE, AND RELEASE OF ALL RECORDS," and/or data contained in the files of this Department, and/or Agency, or any other State, or Federal Department of Agencies listed above, and below under my name, and/or indentifier to my name. This request sought herein is for COMPLAINTS OF MISCONDUCT, SANCTIONS, DISCIPINARY ACTIONS, DISCHARGE FROM EMPLOYMENT FROM EITHER THE STATES, AND/OR FEDERAL GOVERNMENT AS EMPLOYEES, INTERNAL AFFAIRS RECORDS, and etc., pursuant to title 5 U.S.C. § 552(a)(2)(A), and (B), records which are secured, and maintained by this Department, and/or Agency.

1.    The records sought specifically, but not limited to are the compiled files of: A. Misconduct Complaint(s); B. Sanction(s); C. Discipinary Actions; D. Discharge from Government Employment for both the State(s), and/or Federal Government; E. Internal Affairs Records; and any, and all records, and data concerning the Complaints filed by Victim's, co-workers, associates, and/or otherwise not EXEMPT by title 5 U.S.C. Section (a)(b)(c), and (b)(7); 5 U.S.C. Section (a)(j)(2), and (k)(2). Also see Public Citizen v. Department of Justice, 491 U.S. 440, 105 L. Ed 2d 377, 109 S. Ctt. 2552 ( 1989 ); Department of Justice v. Reporters Comm, 489 U.S. 749, 103 L. Ed2d 774, 109 S. Ct. 1488 ( 1999 ); and F.B.I v. Abramson, 465 U.S. 615, 72 L. Ed 2d 376, 102 S. Ct. 2054 ( 1982 ), including exemption.

2.    The requester respectfully request the information soughted for the above information, and named individuals, as I authorize, and request this Department, and/or Agency to open, and access those files for the information, records, and/or data requested herein.

3.    It is further requested that the Department, and/or Agency in response to all the information requested specifically inform Alberto Concepcion, if, and to what State, and/or Federal body, and/or whom, and/or what " PERSON(S) " previously described, and/or other unknown " PERSON(S) " has this information been release, and/or disclosed to which the requester

2

request to know their names, employment address, their purposes, and need for such information, and/or material, and the specific reference of statute, or regulation governing such release, and/or disclosure. See, 5 U.S.C. § 552(a)(b)(1), through (4); and P.L.C. v. U.S., 138 F.3d 1075 ( 1998 ).

4. This Department, and/or Agency is advised that the requested information as the Complaints, and etc., in total are no longer accorded exempt status, unless specific exemptions noted, and only with reference to specific citation, or authority. See, Nemetz v. Department of Justice, 446 F. Supp. 102 ( 1987 ); Akins v. Federal Election Comm, 101 F.3d 731 ( 1996); Gummal v. Gore, 180 F.3d 282 ( 1999 ); and Solar Sources Inc. v. U.S., 142 F.3d 1033 ( 1998 ).

5. I agree to pay all reasonable costs, or fees applicable to this request above, and/or beyond the specific allotment, or costs of fees applicable at no charge pursuant to the Uniform Practice Code, the OMB Uniform FOIA fee schedule, and guideline section 6(b), FED REG. 10017, in compliance with section 9701, or if an considered indigent, I ask that this Department, and/or Agency waive all charges pursuant to title 5 U.S.C. § 552(a)(i)(3), ET SEQ.

6. Pursuant to title 5 U.S.C. Section (a)(6)(A)(1), it is noted that

*COP

of the United States that the foregoing is true, and correct to the best
of my knowledge.

RESPECTFULLY SUBMITTED BY:

DATED: July 19,2005

Alberto Concepcion, on behalf
of ALBERTO CONCEPCION

c.c.   file

THIS REQUEST HAS BEEN SENT TO THE FEDERAL
BUREAU OF INVESTIGATION CERTIFIED MAIL # 7002-0510-
0001-6677-0082.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                          )
                                             )
                Plaintiff,                   )
                                             )        Civil Action No. 07-CV-1766 (EHS)
        v.                                   )
                                             )
FEDERAL BUREAU OF INVESTIGATION et al.,      )
                                             )
                Defendants.                  )
                                             )

# Exhibit B



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 16, 2005

Subject: Disciplinary Action

Mr. Alberto Concepcion
**22853-050
Federal Correctional Institution Allenwood
Post Office Box 2000
White Deer, PA 17887

Dear Mr. Concepcion:

This is in response to your Freedom of Information Act (FOIA) request.

The FOIA provides for access to Government records where the records sought are "reasonably described" [Title 5, United States Code, Section 552(a)(3)(A)]. Your letter does not contain enough descriptive information to permit a search of our records. In accordance with Title 28, Code of Federal Regulations, Part 16.3(b), please provide us more specific information. Any information that would help locate the records with a reasonable amount of effort would be appreciated, such as complete names of individuals, organizations or events, dates and places of birth and the approximate time frame of the information sought, etc.

Sincerely yours,

David M. Hardy /deh

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
            Plaintiff,                 )
                                       )        Civil Action No. 07-CV-1766 (EHS)
        v.                             )
                                       )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                       )
            Defendants.                )
                                       )

# Exhibit C

ALBERTO CONCEPCION, 22853-050
F.C.I Allenwood P.O. Box 2000
White Deer, PA, 17887

Date September 13, 2005

FREEDOM OF INFORAMTION SECTION
FEDERAL BUREAU OF INVESTIGATION
1 Gateway Plaza
Newark, New Jersey 07102

CERTIFIED MAIL NO. 7002-0510-0001-6675-6680

RE: FOIA/PA's request; 5 U.S.C.§§ 552 and/or 552a.

Dear Sir or Madam:

This is my non-commercial request pursuant to the provision of the Freedom of Information and Privacy Act, as codified under the title 5 U.S.C.§ 552 as amended, and/or the Privacy Act of 1974 as codified under the title 5 U.S.C. 552a, et al. I hereby request for copy of all of the records in possession of this agency pertained to me and/or to any form of identification that make reference to myself.

I am requesting copy of all records wherein my name is utilized, and this request is conclusive. I will expect information of myself from any retrievable source, that is but not limited to, this agency's records.

I will expect any legal justification for each and any delection or exemption made. I want a index of all exempted or withhelded records. The Act provide that you shall furnish me all non-exempt records. I, of course, reserve the right to appeals any decision to withhold records. I will also pay for copying fee, after the first 125 pages. As provided by the Act, I expect response withing 20 working days from receiving this letter.

Here I am including the follow information about myself:

Requesting for certified copys of any, and all documents pertaining to ALBERTO CONCEPCION, ET AL, which some are as follows: Statements, criminal complaints, arrest warrants, Lab Report(s), and etc., ncluding any other unmentioned documents.
Certificate of Identity
included.

Alberto Concepcion ®
Without Prejudice U.C.C. 1-207

DATE: September 13, 2005

NAME: ALBERTO CONCEPCION  CRIMINAL NO. 99-6144-01-01
                                        99-753 (ATL)
REG. # 22853-050  DATE OF SENTENCE July 7, 2000
DOB: 5-29-1968  CHARGE/CONVIT. # 8 U.S.C. 841(a)(1) Heroin
POB Newark, N.J  US DIST. COURT OF Newark, New Jersey
SSN # 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  US DIST. JUDGE ALFRED J. LECHNER JR.

RE: <u>FREEDOM OF INFORMATION/PRIVACY ACT REQUEST</u>

<u>TO WHOM IT MAY CONCERN</u>

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552,
as <u>Amended</u>, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I hereby
request a copy of all records in possession of your agency on myself or
which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of <u>all</u> records wherein my name is utilized, and
this request is all inclusive. I will expect information from every retrievable
source to include every system of records located in the FOI Exempt section
of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletion or excision
made. I want an index of all excised or withheld records. The Acts
provide you shall furnish me all non-exempt records I, of course, reserve
the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request
should be processed pursuant to the Privacy Act, which provides that
no fees shall be charged for locating and retrieving records. 5 U.S.C.
552a(f)(5).

As provided by the Acts, I will expect a response to this request
within ten (10) working days of receipt. Please forward the required
response to me as the below address. Thank you..

Sincerely,

Alberto Concepcion ®
Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887-2000

ATTACHMENT: CERTIFICATE OF IDENTITY

CERTIFIED MAIL NO. 7002-0510-0001-6675-6680

U.S. Department of Justice

## Certification of Identity



Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   ALBERTO CONCEPCION

Citizenship Status [2]   American Citizen   Social Security Number [3]   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

Current Address   F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth   May 29, 1968   Place of Birth   Newark, New Jersey
CERTIFIED MAIL NO. 7002-0510-0001-6675-6680

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   Alberto Concepcion Without Prejudice U.C.C. 1-207   Date   September 13, 2005

---

OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

---

### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 3/31/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                )
                                   )
        Plaintiff,                 )
                                   )   Civil Action No. 07-CV-1766 (EHS)
        v.                         )
                                   )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                   )
        Defendants.                )
                                   )

# Exhibit D



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 3, 2005

MR ALBERTO CONCEPCION
**22853-050
POST OFFICE BOX 2000
WHITE DEER, PA 17887 2000

Request No.: 1030134- 000
Subject: CONCEPCION, ALBERTO

Dear Mr. Concepcion:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Newark Field Office.

☐   For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 07-CV-1766 (EHS) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# Exhibit E

TO: U.S. DEPATMENT OF JUSTICE
    FEDERAL BUREAU OF INVESTIGATION

FROM: ALBERTO CONCEPCION, 22853-050
      F.C.I Allenwood P.O. Box 2000
      White Deer, PA. 17887

RE: SECOND REQUEST [ 1030134-000 ] FOR A
    COPY OF THE LAB REPORT FOR FEDERAL
    CRIMINAL CASE # 99-6144-01-01 / 99-753(AJL)

        Dear Mr. David M. Hardy:

                        I, ALBERTO CONCEPCION, have been awaiting

over three months for copies of certain federal documents, specifically

a certified copy of the " LAB REPORT " for the above Federal Criminal

Case. Here inclosed is another F.O.I.A reqest form in place of the first

if needed, with the letter you sent me in response to my first request.

        Please provide me with a expeditous response for said requested

document. * THANK YOU *

                                        Respectfully Requested By:

December 20,2005                        Alberto Concepcion
      DATED                             Alberto Concepcion

c.c. file

        CERTIFIED MAIL TO THE ABOVE ADDRESS NO.
        # 7003-3110-0006-1289-8869

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                          )
                                             )
            Plaintiff,                       )
                                             )     Civil Action No. 07-CV-1766 (EHS)
      v.                                     )
                                             )
FEDERAL BUREAU OF INVESTIGATION et al.,      )
                                             )
            Defendants.                      )
                                             )

# Exhibit F

LETTER REQUESTING ALL INFORMATION OF MISCONDUCT IN WHOLE;
INTERNAL AFFAIRS COMPLAINTS; DISCIPLINARY ACTIONS; DIS-
CHARGE OF EMPLOYMENT; SANCTION(S); AND ANY OTHER UNMEN-
TIONED DOCUMENTS FOR F.B.I. AGENT KENNETH SHUEY; AND
FORMER F.B.I AGENT(S) JOHN F. MURPHY JR. [ LOANER FROM
THE BOSTON POLICE DEPT. ]; JERRY OCONNER [ LOANER FROM
THE NEWARK NEW JERSEY POLICE DEPT. ]; AND PERTER NICK-
WALTER, BADGE # 172, [ LOANER FROM THE ESSEX COUNTY
SHERIFF DEPT. [ B.O.N UNIT ].


TO: FEDERAL BUREAU OF INVESTIGATION
    GATEWAY I MARKET STREET
    Newark, New Jersey 07102


FROM: DIRECT RESPONSE TO:
      ALBERTO CONCEPCION, # 22853-050
      F.C.I Allenwood P.O. Box 2000
      White Deer, PA. 17887

S.S.N. # 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
D.O.B. May 29,1968
P.O.B. Newark, New Jersey
CRIMINAL CASE NO. 2:99-CR-753-01, AND/OR 99-753(AJL)
MAGISTRATE CRIMINAL CASE NO. 99-6144-01-01
DATE OF SENTENCE: July 7,2000, AT THE
UNITED STATES DISTRICT COURT OF NEW JERSEY
U.S. DISTRICT JUDGE: ALFRED J. LECHNER JR.


IDENTIFICATION OF REQUEST: In accordance with 28 C.F.R. Section 16.41.

INFORMATION IN RE: DISCLOSURE OF ALL COMPLAINTS OF MISCONDUCT; SANCTIONS;
DISCIPLINARY ACTIONS; DISCHARGE FROM EITHER THE STATE, AND/OR FEDERAL
GOVERNMENT AS EMPLOYEES; INTERNAL AFFAIRS RECORDS; and any other unmention-
ed documents from  day one of employment under any State, and/or Federal
authority, and/or otherwise.

    Dear Federal Bureau of Investigaton:  The herewith request is
made pursuant to the provisions of the Freedom of Information Act 5 U.S.C.

1

§ 552, and the Privacy Act of 5 U.S.C. § 552(a), and (d)(1), for a " FULL DISCLOSURE, AND RELEASE OF ALL RECORDS," and/or data contained in the files of this Department, and/or Agency, or any other State, or Federal Department of Agencies listed above, and below under my name, and/or indentifier to my name.  This request soughted herein is for COMPLAINTS OF MISCONDUCT, SANCTIONS, DISCIPINARY ACTIONS, DISCHARGE FROM EMPLOYMENT FROM EITHER THE STATES, AND/OR FEDERAL GOVERNMENT AS EMPLOYEES, INTERNAL AFFAIRS RECORDS, and etc., pursuant to title 5 U.S.C. § 552(a)(2)(A), and (B), records which are secured, and maintained by this Department, and/or Agency.

1.  The records soughted specifically, but not limited to are the compiled files of:  A.  Misconduct Complaint(s);  B.  Sanction(s);  C. Disciplinary Actions;  D.  Discharge from Government Employment for both the State(s), and/or Federal Government;  E.  Internal Affairs Records; and any, and all records, and data concerning the Complaints filed by Victim's, co-workers, associates, and/or otherwise not EXEMPT by title 5 U.S.C. Section (a)(b)(c), and (b)(7);  5 U.S.C. Section (a)(j)(2), and (k)(2).  Also see Public Citizen v. Department of Justice, 491 U.S. 440, 105 L. Ed 2d 377, 109 S. Ctt. 2552 ( 1989 );  Department of Justice v. Reporters Comm, 489 U.S. 749, 103 L. Ed2d 774, 109 S. Ct. 1488 ( 1999 ); and F.B.I v. Abramson, 465 U.S. 615, 72 L. Ed 2d 376, 102 S. Ct. 2054 ( 1982 ), including exemption.

2.  The requester respectfully request the information soughted for the above information, and named individuals, as I authorize, and request this Department, and/or Agency to open, and access those files for the information, records, and/or data requested herein.

3.  It is further requested that the Department, and/or Agency in response to all the information requested specifically inform Alberto Concepcion, if, and to what State, and/or Federal body, and/or whom, and/or what " PERSON(S) " previously described, and/or other unknown " PERSON(S) " has this information been release, and/or disclosed to which the requester

2

request to know their names, employment address, their purposes, and need for such information, and/or material, and the specific reference of statute, or regulation governing such release, and/or disclosure. See, 5 U.S.C. § 552(a)(b)(1), through (4); and P.L.C. v. U.S., 138 F.3d 1075 ( 1998 ).

4. This Department, and/or Agency is advised that the requested information as the Complaints, and etc., in total are no longer accorded exempt status, unless specific exemptions noted, and only with reference to specific citation, or authority. See, Nemetz v. Department of Justice, 446 F. Supp. 102 ( 1987 ); Akins v. Federal Election Comm, 301 F.3d 731 ( 1996 ); Gummal v. Gore, 180 F.3d 282 ( 1999 ); and Solar Sources Inc. v. U.S., 142 F.3d 1033 ( 1998 ).

5. I agree to pay all reasonable costs, or fees applicable to this request above, and/or beyond the specific allotment, or costs of fees applicable at no charge pursuant to the Uniform Practice Code, the OMB Uniform FOIA fee schedule, and guideline section 6(b), FED REG. 10017, in compliance with section 9701, or if an considered indigent, I ask that this Department, and/or Agency waive all charges pursuant to title 5 U.S.C. § 552(a)(i)(3), ET SEQ.

6. Pursuant to title 5 U.S.C. Section (a)(6)(A)(1), it is noted that this Department, and/or Agency has ten ( 10 ) working days following receipt of this request to provide me with the information, and/or material soughted. Should any delay occur, it is respectfully requested that this Department, and/or Agency inform me of the delay as provided by statute, or I will be compel to pursue other remedies. See, Public Citizen v. F.T.C., 869 F.2d 1541 ( 1998 ); Blazy v. Tenet, 194 F.3d 90 ( 1990 ); and GMRI Inc. v. E.E.O.C., 149 F.3d 449 ( 1998 ).

## OATH

I, Alberto Concepcion, declare under penalty of perjury under the laws

3

of the United States that the foregoing is true, and correct to the best
of my knowledge.

Respectfully Submitted By:

DATED: December 28,2005

Alberto Concepcion,
Secured Party

c.c.   file

THIS REQUEST HAS BEEN SENT TO THE FEDERAL BUREAU
OF INVESTIGATION CERTIFIED MAIL # 7003-3110-0006-
1289-9255

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                          )
                                             )
            Plaintiff,                       )
                                             )        Civil Action No. 07-CV-1766 (EHS)
        v.                                   )
                                             )
FEDERAL BUREAU OF INVESTIGATION et al.,      )
                                             )
            Defendants.                      )
                                             )

# Exhibit G

## FREEDOM OF INFORMATION ACT REQUEST

**Requester:** _ALBERTO CONCEPCION, #22853-050_

**Address:** _F.C.I Allenwood P.O. Box 2050_

_White Deer, PA. 17887_

_____

**Agency Name:** _____

**Address:** _____

_____

_____

CERT.MAIL NO. _7003-3110-0006-1290-9510_

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

_Lab Report, Search Warrant(s), & the Wire Tap_
_Authorized Application for Federal Criminal Case_
_# 99-6144-01-01, & 99-753(AJL)._

_____

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

**Signature:** _Alberto Concepcion Without Prejudice U.C.C. 1-207_

**Executed on (date):** _June 13, 2006_

**Social Security No.:** _136-6X-6035_

**Date of Birth:** _5-29-1968_

**Place of Birth:** _Newark, New Jersey_

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. 5-29-1968

POB. Newark, New Jersey

SSN.# 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

DATE: 6-13-2006

MAG. 99-6144-01-01

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF Newark, New Jersey

MAG. RONALD J. HEDGES

US DIST. JUDGE ALFRED J. LECHNER Jr

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000        PAGE 2 OF 3

U.S. Department of Justice                    **Certification of Identity**          

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _ALBERTO CONCEPCION, 22853-050_

Current Address  _F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth  _5-29-1968_

Place of Birth  _Newark, New Jersey_

Social Security Number [2]  _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_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  _Alberto Concepcion_              Date  _6-13-2006_
_Without Prejudice U.C.C.1-207_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98                    PAGE 3 OF 3                    FORM DOJ-361
                                                                  FEB. 95

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION,<br><br>   Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION et al.,<br><br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 07-CV-1766 (EHS)<br>)<br>)<br>)<br>)<br>)<br>) |

# Exhibit H



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR ALBERTO CONCEPCION                                    August 11, 2006
**22853-050
POST OFFICE BOX 2000
WHITE DEER, PA 17887 2000

Request No.: 1030134- 000
Subject: CONCEPCION, ALBERTO

Dear Requester:

    This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

    The material you requested is located in an investigative files which is exempt from disclosure pursuant to subsection (b)(7)(A) of Title 5, United States Code, Section 552. For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

    You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C., 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-CV-1766 (EHS) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# Exhibit I

TO: CO-DIRECTOR, OFFICE OF INFORMATION,
    & PRIVACY, U.S. DEPT OF JUSTICE
    1125 New York Ave., N.W., [SUITE 11050]
    Washington, DC. 20530-0001

FROM: ALBERTO CONCEPCION, #22853-050
     F.C.I Allenwood P.O. Box 2000
     White Deer, PA. 17887

REQUEST NO. #1030134-000

SUBJECT: ALBERTO CONCEPCION


     **NOTICE OF APPEAL IS HEREBY GIVEN:** That <u>ALBERTO CONCEPCION</u>, is appealing the denial of the requested information in his original request in said F.O.I.A., application.


DATED: <u>September 21,2006</u>

Submitted By;

*Alberto Concepcion*
ALBERTO CONCEPCION


c.c. file


OFFICE OF INFORMATION
AND PRIVACY

FEB 1 5 2007

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                      )
                                         )
        Plaintiff,                       )
                                         )
            v.                           )   Civil Action No. 07-CV-1766 (EHS)
                                         )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                         )
        Defendants.                      )
                                         )

# Exhibit J

1 of 2

Oct. 19, 2006

Vilma Cruz
4 Wetmore Ave
Maywood, N.J.

Certified # 7005 1820 0002 4169-
5031

To: U.S. Dept. of Justice
F.B.I. (F.O.F.A)
935 Pennsylvania NW
Washington, DC 20535
Re: Request # 1030134-000
Alberto Concepcion

To Whom It May Concern:

Enclosed are the following documents,
- Limited Power of Attorney
- Another - Freedom of Information Request
- A copy of letter (response) dated
    October 3 2005 from David Hardy.

Please be informed that my brother
has not received any of the
documents / audio tapes requested over
a year ago. I have made several
calls and left several messages with
Viola Brown for the past three weeks

Re: 1030134-000
A. Concepcion

And have yet to receive a call from Ms. Brown. I've tried to request for someone else and ~~and~~ still I'm connected to Ms. Brown's voice mail. My Brother is in need of said documents ASAP as he needs said documents to send out to courts. As you are aware the courts have deadlines. I would appreciate your immediate attention in this matter.

Thank you

2 of 2

LIMITED POWER OF ATTORNEY

(With Durable Provision)

NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

TO ALL PERSONS: Be it known, that I:

ALBERTO CONCEPCION, #22853-050

of

F.C.I Allenwood P.O. Box 2000

White Deer, PA. 17887

as Grantor, do hereby make and Grant a limited specific power of attorney to:

VILMA CRUZ

of

4 Wetmore Ave.

Maplewood, New Jersey 07040

and appoint and constitute said individual as my attorney in fact.

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 23, 2006

MAGISTRATE M. 99-6144-01-136
CRIMINAL NO. 99-753 (ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR
MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

        Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552,
as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request
a copy of all records in possession of your agency on myself or which makes a
reference to me.  Please find a Certificate of Identity attached.

        I request a copy of all records wherein my name is utilized, and this
requwst is all inclusive.  I will expect information from every retrievable
source to include every system of records located in the FOI Exempt section
of my Central File as well as all information in the SIS files and computers.

        I will expect a legal justification for each and every deletition or excision
made.  I want an index of all excised or withheld records.  This Acts provide
you shall furnish me all non-exempt records.  I, of course, reserve the right to
appeal any decision to withhold records.

        I will pay reasonable copying fees for these records.  This request should
be processed pursuant to the Privacy Act, which provides that no fees shall be
charged for locating and retrieving records.  5 U.S.C. 552a(f)(5).

        As provided by the Acts, I will expect a response to this request within
ten (10) working days of receipt.  Please forward the required response to me
at the below address.  Thank you.

Sincerely,

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000        PAGE 2 OF 3

U.S. Department of Justice                **Certification of Identity**                

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ALBERTO CONCEPCION  #22853-050

Current Address F.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth May 29, 1968

Place of Birth Newark, New Jersey

Social Security Number [2] 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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] Alberto Concepcion          Date October 23, 2006
Without Prejudice U.C.C. 1-207

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
                    (Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98          PAGE 3 OF 3          FORM DOJ-361
FEB. 95



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 3, 2005

MR ALBERTO CONCEPCION
**22853-050
POST OFFICE BOX 2000
WHITE DEER, PA 17887 2000

Request No.: 1030134- 000
Subject: CONCEPCION, ALBERTO

Dear Mr. Concepcion:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Newark Field Office.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                        )
                                           )
          Plaintiff,                       )
                                           )
          v.                               )     Civil Action No. 07-CV-1766 (EHS)
                                           )
FEDERAL BUREAU OF INVESTIGATION et al.,    )
                                           )
          Defendants.                      )
                                           )

# Exhibit K



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

                                                FEB 2 8 2007

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

            Re: Request No. 1030134

Dear Mr. Concepcion:

        This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on February 15, 2007.

        The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt. Your appeal has been assigned number
**07-0678**. Please mention this number in any future correspondence to this Office regarding this
matter.

        We will notify you of the decision on your appeal as soon as we can. We regret the
necessity of this delay and appreciate your continued patience.

                            Sincerely,

                            NaKeitha D. Gilbert
                        for Priscilla Jones
                            Supervisory Administrative Specialist

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
            Plaintiff,                 )
                                       )
                    v.                 )        Civil Action 07-1766 (RMU)
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
et al.,                                )
                                       )
            Defendants.                )
                                       )

**EXHIBITS TO THE DECLARATION OF DAVID M. HARDY
DATED FEBRUARY 13, 2008**

**(Exhibits L through T)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
        Plaintiff,                     )
                                       )   Civil Action No. 07-CV-1766 (EHS)
            v.                         )
                                       )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                       )
        Defendants.                    )
_____)

# Exhibit L



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530·*

JUN 2 0 2007

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution          Re:     Appeal Nos. 07-0678 & 07-1156
Post Office Box 2000                               Request No. 1030134
White Deer, PA  17887                              ADW:ALB

Dear Mr. Concepcion:

        You appealed from the action of the Newark Field Office of the Federal Bureau of
Investigation on your request for access to records pertaining to yourself.

        After carefully considering your appeal, and as a result of discussions between FBI
personnel and a member of my staff, I am remanding your request for further processing.
The FBI initially invoked Exemption 7(A) of the Freedom of Information Act, 5 U.S.C.
§ 552(b)(7)(A), at the time your request was processed.  However, that exemption, which
pertains to records or information compiled for law enforcement purposes the release of which
could reasonably be expected to interfere with enforcement proceedings, is no longer applicable
to withhold all of the responsive records in their entireties.  Accordingly, the FBI will send any
and all releasable portions of the responsive records to you directly, subject to any applicable
fees.  In fact, a member of my staff has looked into this and found that the FBI anticipates
sending responsive records to you by approximately June 22, 2007, under a new request file
number (FOIPA 1062945).  You may appeal any future adverse determination made by the FBI.

        If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Janice Galli McLeod
                                        Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                        )
        Plaintiff,                      )
                                        )   Civil Action No. 07-CV-1766 (EHS)
        v.                              )
                                        )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                        )
        Defendants.                     )
                                        )

# Exhibit M

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION © 22853-050
Address: F.C. I Allenwood [MED]
P.O. Box 2000
White Deer, PA. 17887

Agency Name: Federal Bureau of Investigation
Address: 1 Gateway Plaza
Newark, New Jersey
CERT. MAIL NO. # 7003-3110-0006-1296-3383

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

The serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case
#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above
Federal Criminal Case. IF there is no Lab Report for the above criminal case,
please put it in writing, & forward a copy of that response to CONCEPCION, & CRUZ.
THANK YOU!!!

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion © Without Prejudice U.C.C. 1-207
Executed on (date): October 20, 2006
Social Security No.: 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
Date of Birth: May 29, 1968
Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 20, 2006

MAGISTRATE NO. 99-6144-01

CRIMINAL NO. 99-753(ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this request is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

*Alberto Concepcion* Without Prejudice U.C.C. 1-207

REG. NO.  /22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice               **Certification of Identity**               

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  ALBERTO CONCEPCION  22853-050

Current Address  F.C.I. Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth  May 29, 1968

Place of Birth  Newark, New Jersey

Social Security Number [2]  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  Alberto Concepcion       Date  October 13, 2006
Without Prejudice U.C.C. 1-207

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016        PAGE 3 OF 3        FORM DOJ-361
EXPIRES 1/31/98                                            FEB. 95

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION

Address: F.C.I Allenwood [MED]
P.O. Box 2000
White Deer, PA, 17887

Agency Name: Federal Bureau of Investigation

Address: 111 Center Place
Newark, New Jersey 07102

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminl Case

#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the

above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL

CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE

REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion, Without Prejudice U.C.C.i-207

Executed on (date): November 8, 2006

Social Security No.: 136 68 6035

Date of Birth: May 27, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22353-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 136 68 6035

DATE: 11-8-2006

MAGISTRATE NO. 99-6144-01

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACROSE

US DIST. COURT OF NEWARK, NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

        Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

        I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

        I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

        I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

        As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion© Without Prejudice U.C.C.1-207.

REG. NO. 22353-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice

# Certification of Identity

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ALBERTO CONCEPCION, © 22853-050

Current Address F.C.I. Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth May 29, 1968

Place of Birth Newark, New Jersey

Social Security Number [2] 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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] Alberto Concepcion © Date November 8, 2006
Without Prejudice U.C.C. 1-207

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave, Maplewood, New Jersey 07040
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/98

PAGE 3 OF 3

FORM DOJ-361
FEB. 95

FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: NEWARK FEDERAL BUREAU OF INVESTIGATION

Address: 111 Center Place

Newark, New Jersey 07102

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case #99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepion © Without Prejudice U.C.C.1-207

Executed on (date): November 14, 2006

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

DATE: _____

NAME: ALBERTO CONCEPCION

MAGISTRATE NO. 99-6044-21
CRIMINAL NO. 99-153(AML)

REG.# 28853-050

DATE OF SENTENCE July 7, 2000

DOB. May 27, 1968

CHARGE/CONVICT.# LACTOSE

POB. Newark, New Jersey

US DIST. COURT OF Newark, New Jersey

SSN.# 136 68 6535

US DIST. JUDGE Alfred J. Lechner Jr.

MAGISTRATE JUDGE Ronald J. Hedges

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

    Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

    I request a copy of all records wherein my name is utilized, and this request is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

    I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

    I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

    As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 28853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice                 **Certification of Identity**                 

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _ALBERTO CONCEPCION® 22853-250_

Current Address _E.C.I Allenwood P.O. Box 2000 White Deer, PA. 17887_

Date of Birth _May 29, 1968_

Place of Birth _Newark, New Jersey_

Social Security Number [2] _136 68 6035_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _Alberto/Concepcion®_              Date _November 14, 2006_
_Without Prejudice U.C.C 1-207_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:
_Vilma Cruz, 4P Wetmore Ave, Maplewood, New Jersey 07040_
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016          PAGE 3 OF 3          FORM DOJ-361
EXPIRES 1/31/98                                              FEB. 95

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-CV-1766 (EHS) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION et al., ) | |
| ) | |
| Defendants. ) | |

# Exhibit N

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION© 22353-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: Federal Bureau of Investigation

935 Pennsylvania Ave., N.W.

Washington, DC. 20535

CERT. MAIL NO. 7003-3110-0006-1296-3369

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request a copy of the following:

Requesting for the serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case #99-6144-01-06, & 99-753(AJL); & a "Certified Copy of the Lab Report" for the above Federal Crim. Case.

If there is no Lab Report for the above Federal Criminal Case, please put it in writing, & forward copy to CONCEPCION, & CRUZ.

Included with my sworn signature below, is identifying data for your verification. Thanking you in advance, I expect your timely reply (within 10 business days) as provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C.1-207

Executed on (date): October 13, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

DATE: October 13, 2006

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

MAGISTRATE no. 99-6144-01
CRIMINAL NO. 99-753(ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF NEW JERSEY

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:     FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

I request a copy of all records wherein my name is utilized, and this request is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

I will expect a legal justification for each and every deletion or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion Without Prejudice U.C.C. 1-207

REG. NO. 22853-050
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice                **Certification of Identity**                

---

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ____ALBERTO CONCEPCION @#32853-050_____

Current Address ___F.C.I Allenwood P.O. Box 2000 White Deer, PA, 17887___

Date of Birth ___May 29, 1968_____

Place of Birth ___Newark, New Jersey_____

Social Security Number [2] ___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_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] __Alberto /Concepcion @_____ Date __October 13, 2006___
        __Without Prejudice U.C.C. 1-207_____

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

___Vilma Cruz, 4 Wetmore Ave, Maplewood, New Jersey 07040___
                              (Print or Type Name)

---

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

**PAGE 3 OF 3**

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION, © # 22853-050

Address: F.C.I Allenwood [MED]

P.O. Box 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: Federal Bureau of Investigation [F.O.I.A]

935 Pennsylvania Ave., N.W.

Washington, DC. 20535

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case

#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the

above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL

CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE

REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion© Without Prejudice U.C.C.1-207

Executed on (date): October 24, 2006

Social Security No.: 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

Date of Birth: May 29, 1968

Place of Birth: Newark, New Jersey

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

PAGE 1 OF 3

NAME: ALBERTO CONCEPCION©

REG.# 22853-050

DOB. May 29, 1968

POB. Newark, New Jersey

SSN.# 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

DATE: October 25, 2006

MAGISTRATE NO. 99-6144-01-06

CRIMINAL NO. 99-753(AJL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# LACTOSE

US DIST. COURT OF Newark, New Jersey

US DIST. JUDGE ALFRED J. LECHNER JR.

MAGISTRATE JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

        Pursuant to the Freedom of Information Act, 5 U.S.C. Sec. 552, as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request a copy of all records in possession of your agency on myself or which makes a reference to me. Please find a Certificate of Identity attached.

        I request a copy of all records wherein my name is utilized, and this requwst is all inclusive. I will expect information from every retrievable source to include every system of records located in the FOI Exempt section of my Central File as well as all information in the SIS files and computers.

        I will expect a legal justification for each and every deletition or excision made. I want an index of all excised or withheld records. This Acts provide you shall furnish me all non-exempt records. I, of course, reserve the right to appeal any decision to withhold records.

        I will pay reasonable copying fees for these records. This request should be processed pursuant to the Privacy Act, which provides that no fees shall be charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

        As provided by the Acts, I will expect a response to this request within ten (10) working days of receipt. Please forward the required response to me at the below address. Thank you.

Sincerely,

Alberto Concepcion© Without Prejudice U.C.C. 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer, PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice          **Certification of Identity**          

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ALBERTO CONCEPCION  #22853-050

Current Address E.C.I. Allenwood P.O. Box 2000 White Deer, PA. 17887

Date of Birth May 29, 1968

Place of Birth Newark, New Jersey

Social Security Number [2] 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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] Alberto Concepcion          Date October 25, 2006
Without Prejudice U.C.C. 1-207

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Vilma Cruz, 4 Wetmore Ave., Maplewood, New Jersey 07040
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016          PAGE 3 OF 3          FORM DOJ-361
EXPIRES 10/98                                                  FEB. 95

## FREEDOM OF INFORMATION ACT REQUEST

Requester: ALBERTO CONCEPCION © 22853-050

Address: F.C.I Allenwood [MED]

P.O. BOX 2000

White Deer, PA. 17887

Agency Name: U.S. DEPT. OF JUSTICE

Address: Federal Bureau Of Investigation

935 Pennsylvania Ave., N.W.

Washington, D.C. 20535 - 0001

[ REGULAR MAIL ]                    [ LAST REQUEST ]

Dear Sir or Madam,

Pursuant to the Freedom of Information Act, Title 5 U.S.C. § 552, I hereby request
a copy of the following:

Serial numbers, & dates [ONLY] on all the audio tapes for Federal Criminal Case

#99-6144-01-06, & 99-753(AJL); & a "CERTIFIED COPY OF THE LAB REPORT" for the

above Federal Criminal Case. "IF THERE IS NO LAB REPORT FOR THE ABOVE CRIMINAL

CASE, PLEASE PUT IT IN WRITING, & FORWARD A COPY OF THAT RESPONSE TO THE ABOVE

REQUESTER." THANK YOU !!!!

Included with my sworn signature below, is identifying data for your verification.
Thanking you in advance, I expect your timely reply (within 10 business days) as
provided by statute.

Signature: Alberto Concepcion © Without Prejudice U.C.C 1-207

Executed on (date): March /14, 2007

Social Security No.: 136 68 6035

Date of Birth: May 29, 1968

Place of Birth: Newark, N.J

Under penalty of perjury, I declare the above to be true and correct to the best
of my knowledge pursuant to Title 28 U.S.C. § 1746.

## PAGE 1 OF 3

NAME: ALBERTO CONCEPCION

REG.# 22853-050

DOB. 5-29-1968

POB. Newark, New Jersey

SSN.# 136 68 6035

DATE: March 14, 2007

MAG. Judge No. 99-G144-51

CRIMINAL NO. 99-753(ATL)

DATE OF SENTENCE July 7, 2000

CHARGE/CONVIT.# HEROIN

US DIST. COURT OF NEWARK, NEW JERSEY

US DIST. JUDGE ALFRED J.LECHNER.JR.

MAG.JUDGE RONALD J. HEDGES

RE:    FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO WHOM IT MAY CONCERN

        Pursuant to the Freedom of Information Act; 5 U.S.C. Sec. 552,
as Amended, and the Privacy Act of 1974, 5 U.S.C. Sec. 552(a), I thereby request
a copy of all records in possession of your agency on myself or which makes a
reference to me. Please find a Certificate of Identity attached.

        I request a copy of all records wherein my name is utilized, and this
requwst is all inclusive. I will expect information from every retrievable
source to include every system of records located in the FOI Exempt section
of my Central File as well as all information in the SIS files and computers.

        I will expect a legal justification for each and every deletition or excision
made. I want an index of all excised or withheld records. This Acts provide
you shall furnish me all non-exempt records. I, of course, reserve the right to
appeal any decision to withhold records.

        I will pay reasonable copying fees for these records. This request should
be processed pursuant to the Privacy Act, which provides that no fees shall be
charged for locating and retrieving records. 5 U.S.C. 552a(f)(5).

        As provided by the Acts, I will expect a response to this request within
ten (10) working days of receipt. Please forward the required response to me
at the below address. Thank you.

Sincerely,

Alberto Concepcion © Without Prejudice U.CC 1-207

REG. NO. 22853-050

F.C.I. Allenwood

P.O. Box 2000

White Deer; PA. 17887-2000

PAGE 2 OF 3

U.S. Department of Justice                    **Certification of Identity**    

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester ¹ _ALBERTO CONCEPCION©  22853-052_

Citizenship Status ² _Sovereign American_ Social Security Number ³ _136 68 6035_

Current Address _F.C.I Allenwood P.O Box 2000 White Deer, PA, 17887_

Date of Birth _May 29, 1968_    Place of Birth _Newark, New Jersey_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature ⁴ _Alberto Concepcion©_    Date _March 14, 2007_
_Without Prejudice U.C.C. 1-207_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_Vilma Cruz, 4 Wetmore Ave. Maplewood, New Jersey 07040_
Print or Type Name

¹ Name of individual who is the subject of the record sought.
² Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
⁴ Signature of individual who is the subject of the record sought.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,           )
                              )
        Plaintiff,            )
                              )   Civil Action No. 07-CV-1766 (EHS)
        v.                    )
                              )
FEDERAL BUREAU OF INVESTIGATION et al., )
                              )
        Defendants.           )
                              )

# Exhibit O

October 26, 2006
FBI Agency (F.O.I.A.)
111 Centre PL
Newark, NJ 07102
ATTN: Duty Agent
Re: Alberto Concepcion # 228530-050

To Whom It May Concern:

I, Vilma Cruz am requesting
all correspondence to be sent
to my mailing address only

Vilma Cruz
P.O. Box 304
Newark NJ 07101

Thank You

Vilma Cruz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
          Plaintiff,                   )
                                       )     Civil Action No. 07-CV-1766 (EHS)
          v.                           )
                                       )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                       )
          Defendants.                  )
                                       )

# Exhibit P



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR ALBERTO CONCEPCION                                    November 17, 2006
**22853-050
POST OFFICE BOX 2000
WHITE DEER, PA 17887

                                              Request No.: 1062945- 000
                                              Subject:  CONCEPCION, ALBERTO

Dear Requester:

☒       This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
        to the FBI. The FOIPA number listed above has been assigned to your request.  Your
        request was forwarded to FBI Headquarters from the Newark Field Office for processing.

☐       For an accurate search of our records, please provide the complete name, alias, date and
        place of birth for the subject of your request.  Any other specific data you could provide
        such as prior  addresses, or employment information would also be helpful.  If your
        subject is deceased, please  include date and proof of death.

☐       To make sure information about you is not released to someone else, we require your
        notarized signature or, in place of a notarized signature, a declaration pursuant to Title
        28, United States Code 1746.  For your convenience, the reverse side of this letter
        contains a form which may be used for this purpose.

☐       If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
        your arrest record, please follow the enclosed instructions in Attorney General Order
        556-73.  You must submit fingerprint impressions so a comparison can be made  with the
        records kept by CJIS.  This is to make sure your information is not released to an
        unauthorized person.

☒       We are searching the indices to our central records system at the Newark Field Office for
        the information you requested, and will inform you of the results as soon as possible.

☐       Processing delays have been caused by the large number of requests received by the
        FOIPA.  We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above.  Please use this number in all
correspondence with us.  Your patience is appreciated.

                                      Sincerely yours,

                                      David M. Hardy
                                      Section Chief,
                                      Record/Information
                                         Dissemination Section
                                      Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,               )
                                  )
          Plaintiff,              )
                                  )   Civil Action No. 07-CV-1766 (EHS)
          v.                      )
                                  )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                  )
          Defendants.             )

# Exhibit Q



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 09, 2007

MR ALBERTO CONCEPCION
**22853-050
POST OFFICE BOX 2000
WHITE DEER, PA 17887

Request No:  1062945-000
Subject:  CONCEPCION, ALBERTO

Dear Requester:

　　　The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI).  Currently your request is being reviewed by an analyst.  The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA.  If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions.  Large requests take the longest time to be processed by an analyst.

　　　You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERTO CONCEPCION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-CV-1766 (EHS) |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# Exhibit R

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

June 14, 2007

MR VILMA CRUZ
POST OFFICE BOX 304
NEWARK NJ 07101

Subject: CONCEPCION, ALBERTO

FOIPA No. 1062945-000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

51 page(s) were reviewed and 28 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

The enclosed file is a mutli-subject file and only those pages responsive to your request for information concerning yourself were considered for processing.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO CONCEPCION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-CV-1766 (EHS) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION et al., ) | |
| ) | |
| Defendants. ) | |

# Exhibit S

TO: THE OFFICE OF INFORMATION, &        :    FROM: ALBERTO CONCEPCION AC
    PRIVACY                              :         Fed. Reg. No. #22853-050.
    U.S. DEPT. OF JUSTICE                :         F.C.I Allenwood [MED]
    1425 New York Ave. [SUITE 11050]     :         P.O. Box 2000
    Washington, D.C. 20530-0001          :         White Deer, PA. 17887

────────────────────────────────────         ────────────────────────────────

                                             :
REQUEST NO. 1062945-000                      :
                                             :
SUBJECT: LAB REPORT REQUEST, & THE           :        NOTICE OF APPEAL
         RESPONSIVE RECORD IN THEIR          :
         ENTIRETIES                          :

────────────────────────────────────         ────────────────────────────────

S.S.N. #136 68 6035                                    **RECEIVED**

D.O.B. May 29, 1968                                    **JUL 1 0 2007**

P.O.B. NEWARK, NEW JERSEY
MAGISTRATE JUDGE: RONALD J. HEDGES, #99-6144-01.    Office of Information and Privacy
TRIAL JUDGE: ALFRED J. LECHNER JR., #2:99-CR-753(AJL), AND/OR
             99-753(AJL).
ARRESTING AGENCIES: NEWARK, NEW JERSEY F.B.I AGENCY; & THE STATE
                    ESSEX COUNTY SHERIFF [B.O.N] DEPARTMENT.
PROSECUTING OFFICIALS: U.S. ATTORNEYS OFFICE FROM NEWARK, NEW JERSEY; &
                       THE STATE ESSEX COUNTY PROSECUTORS OFFICE.


          Identification request in accordance with 28 C.F.R. § 16.41(d).


          TO WHOM IT MAY CONCERN: The information requested herein [SPECIFI-

CALLY THE DISCLOSURE OF THE "LAB REPORT", & ALL OF THE CONNECTED DOCUMENTS

"TO THE LAB REPORT TESTS, & RESULTS", & THE REMAINING 23 PAGES OUT OF THE

51 PAGES THAT "WERE NOT PROVIDED (AS WAS ORDER TO BE RELEASE BY THE U.S.

DEPT. OF JUSTICE, OFFICE OF INFO., & PRIVACY") BY THE NEWARK FILED OFFICE

OF THE FEDERAL BUREAU OF INVESTIGATION. SEE, THE F.O.I.A DOCUMENT DATED

JUNE 20, 2007, ATTACHED HEREIN] is made pursuant to the F.O.I.A 5 U.S.C. §

552, as Amended, & 5 U.S.C. § 552(a), of the Privacy Act of 1974. I, the

requester herein "respectfully" request for the "FULL DISCLOSURE, & RE-

LEASE OF ALL RECORDS" in possession of this Department, Agency, or Office

on myself, or "ANY" reference to me, and/or the above federal criminal

case, including "**ANY**" data contained in the files of this Department, Agency, or Office, & "**ANY**" State, or Federal Department(s), Agencies, and/ or Offices listed above in regard to said requester, & case; "**OF WHICH A LAB REPORT MUST EXIST** FOR THE ABOVE CRIMINAL CASE". See, Brady v. Mary- land, 10 L.Ed 2d 215 (S.Ct. 1963); & Jencks v. United States, 1 L.Ed 2d 1103 (S.Ct. 1957).

1. CONCEPCION, asserts, & contends that said "corrupted, & etc., A.U.S.A et al.", involved in criminal case #99-753(AJL), "destroyed evi- dence, fabricated evidence, & etc., which involved the requested lab re- port, & information in regard to the requested lab report in there attempt "to cover-up" there perjury generally, subornation of perjury, false decla- rations before the Grand Jury, & Court, & etc., in the above criminal case".

2. **IN SHORT**: If this Department, Agency, or Office "**CANNOT LOCATE**" the requester's requested information [**SPECIFICALLY THE LAB REPORT**] for Federal Criminal Case #99-753(AJL), please put it in writing that a "**LAB REPORT DOES NOT EXIST**" with this Department, Agency, or Office; & what Department(s), Agencies, and/or Offices "**IF ANY**" were contacted in an attempt to locate a lab report for the above criminal case with said in- dividual(s) name, address(es), & phone number(s), including any other un- mentioned information pertaining to the requester, and/or his request.

3. Once again, I will pay "**ANY**" fees for these records, & informa- tion as mentioned by the statute(s).

4. As provided by the Act of 5 U.S.C. § 552(f)(5), & (6)(A)(i); I respectfully will expect a response to this request within twenty (20) working days of receipt of this Cert. Return Receipt Mail #7006-2150-0004- 7651-4835.

2

<u>OATH</u>

Under penalty of perjury  I, <u>ALBERTO CONCEPCION</u>, declare that the foregoing information is true, & correct to the best of my knowledge pursuant to title 28 U.S.C. § 1746.

Respectfully Requested, &
Submitted By,

*Alberto Concepcion*

DATED: <u>June 29, 2007</u>

Alberto Concepcion ℗ the
Sovereign, Secured Party,
& Creditor on behalf of
STRAW-MAN, & DEBTOR
ALBERTO CONCEPCION

c.c. file

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO CONCEPCION,                    )
                                       )
            Plaintiff,                 )
                                       )   Civil Action No. 07-CV-1766 (EHS)
      v.                               )
                                       )
FEDERAL BUREAU OF INVESTIGATION et al., )
                                       )
            Defendants.                )
                                       )

# Exhibit T



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 1 1 2007

Mr. Alberto Concepcion
Register No. 22853-050
Federal Correctional Institution
Post Office Box 2000
White Deer, PA  17887

      Re:  Request No. 1062945

Dear Mr. Concepcion:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on July 10, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-1867. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Supervisory Administrative Specialist

FBI